**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Rachel**<br>First name<br>**Lee**<br>Middle name<br>**Orapello**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **PKA Rachel Lee Benavides** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1784 | |

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

**5.** **Where you live**

About Debtor 1:

**1712 Valley Road**
**Sapulpa, OK 74066**
Number, Street, City, State & ZIP Code

**Creek**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

About Debtor 2 (Spouse Only in a Joint Case):

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

About Debtor 1:

*Check one:*

- ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

About Debtor 2:

*Check one:*

- ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Rachel Lee Orapello**                                  Case number *(if known)*   _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S. C. § 1182(1)?**
For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

Number, Street, City, State & Zip Code

---

| Debtor 1 | **Rachel Lee Orapello** | Case number *(if known)* |
|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Rachel Lee Orapello**          Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ■ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Rachel Lee Orapello**
_____          _____
**Rachel Lee Orapello**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on   **December 27, 2022**            Executed on   _____
              MM / DD / YYYY                                  MM / DD / YYYY

Debtor 1  **Rachel Lee Orapello**                                                  Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Ron D. Brown OBA**                                    Date    **December 27, 2022**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Ron D. Brown OBA 16352**
Printed name

**Brown Law Firm PC**
Firm name

**715 S. Elgin Ave.**
**Tulsa, OK 74120**
Number, Street, City, State & ZIP Code

Contact phone   **918-585-9500**               Email address   **ron@ronbrownlaw.com**

**OBA 16352 OK**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rachel Lee Orapello** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B................................................... | $          235,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $          41,780.38 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $          276,780.38 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          250,793.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $          126,658.82 |
| **Your total liabilities** | $          377,451.82 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................................. | $          5,421.05 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $          5,343.10 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1   **Rachel Lee Orapello**                                         Case number *(if known)* _____

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                                                            $ _____ **4,570.15**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

Debtor 1          **Rachel Lee Orapello**
                  First Name        Middle Name         Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name         Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

**1.1**

**1712 Valley Road**
Street address, if available, or other description

**Sapulpa          OK     74066-0000**
City              State    ZIP Code

**Creek**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Legal: Lot Thirteen (13), Block Three (3), Valley Ridge, a subdivision to the City of Sapulpa, Creek County, State of Oklahoma, according to the recorded Plat thereof.**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$235,000.00** | **$235,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.....................................................................=>**

| |
|---|
| **$235,000.00** |

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1   **Rachel Lee Orapello**                                         Case number *(if known)*

---

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **GMC** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

Model: **Yukon**

Year: **2016**

Approximate mileage: **104,000**

Other information:

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $27,128.00 | $27,128.00 |

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

4.1   Make: **Harley-Davidson**

Model: **Iron 883**

Year: **2022**

Other information:
**Title and lien are in the name of Debtor's non-filing spouse. The vehicle is subject to a lien in the amount of approx. $14k owed to Harley Financial.**

Who has an interest in the property? *Check one*

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $10,000.00 | $10,000.00 |

---

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>

| $37,128.00 |
|---|

---

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| Misc. Household Goods and Furnishings | $3,000.00 |
|---|---|

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes. Describe.....

| Two televisions, two cell phone, one desktop one laptop computer, security cameras | $400.00 |
|---|---|

---

Debtor 1   **Rachel Lee Orapello**                                          Case number *(if known)*

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ■ No
- ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ■ No
- ☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ■ No
- ☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
- ☐ No
- ■ Yes. Describe.....

| Clothing | $500.00 |
|----------|---------|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- ☐ No
- ■ Yes. Describe.....

| Wedding ring | $400.00 |
|--------------|---------|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
- ■ No
- ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................**   | $4,300.00 |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ☐ No
- ■ Yes.............................................................................................................

|  Cash | $60.00 |
|-------|--------|

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No

Debtor 1    **Rachel Lee Orapello**                                          Case number *(if known)* _____

■ Yes.......................

Institution name:

| | | | | |
|---|---|---|---|---|
| 17.1. | **Checking** | **Chase**<br>**Account Ending 5418** | | **$5.58** |
| 17.2. | **Checking** | **Navy Federal Credit Union-account ending in**<br>**2003** | | **$285.04** |
| 17.3. | **Savings** | **Tinker Federal Credit Union** | | **$1.76** |
| 17.4. | **Savings** | **Navy Federal Credit Union-account ending in**<br>**.296** | | **$0.00** |
| 17.5. | **Checking** | **Tinker Federal Credit Union** | | **$0.00** |
| 17.6. | **Savings** | **Truity Federal Credit Union-account ending in**<br>**5117** | | **$0.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Old Republic Collectibles LLC**<br>**Online toy sales. LLC owns approx. $5k in**<br>**inventory and Chase bank account ending 7015**<br>**with a balance of $0.00.**<br><br>**Value is computed at $0 because liabilities**<br>**exceed the assets. This information provided on**<br>**this non-filing entity is not designed to be a full**<br>**disclosure of all of the company's assets,**<br>**liabilities and transactions, but is given for**<br>**informational purposes.** | **100**  % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
             Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
             Type of account:        Institution name:

Debtor 1    Rachel Lee Orapello                                    Case number *(if known)*

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ....................                              Institution name or individual:

**23.  Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............          Issuer name and description.

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28.  Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

**31.  Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **USAA homeowner's and vehicle insurance policies** | **Debtor** | **$0.00** |
| **TriCare health insurance policy** | | **$0.00** |

Debtor 1    **Rachel Lee Orapello**                                              Case number *(if known)* _____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

    **$352.38**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|         | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

    **$0.00**

Debtor 1    **Rachel Lee Orapello**                                                 Case number *(if known)*

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ......................................................................................................    $235,000.00

56.  **Part 2: Total vehicles, line 5**                                                   $37,128.00

57.  **Part 3: Total personal and household items, line 15**                             $4,300.00

58.  **Part 4: Total financial assets, line 36**                                         $352.38

59.  **Part 5: Total business-related property, line 45**                                $0.00

60.  **Part 6: Total farm- and fishing-related property, line 52**                       $0.00

61.  **Part 7: Total other property not listed, line 54**                      +         $0.00

62.  **Total personal property.** Add lines 56 through 61...        $41,780.38      Copy personal property total    $41,780.38

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                             $276,780.38

Official Form 106A/B                           Schedule A/B: Property                                    page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rachel Lee Orapello** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1712 Valley Road Sapulpa, OK 74066 Creek County**<br>**Legal: Lot Thirteen (13), Block Three (3), Valley Ridge, a subdivision to the City of Sapulpa, Creek County, State of Oklahoma, according to the recorded Plat thereof.**<br>Line from *Schedule A/B*: **1.1** | $235,000.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, §§ 1(A)(1),(2); Okla. Stat. tit. 31, § 2** |
| **2016 GMC Yukon 104,000 miles**<br>Line from *Schedule A/B*: **3.1** | $27,128.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(13)** |
| **Misc. Household Goods and Furnishings**<br>Line from *Schedule A/B*: **6.1** | $3,000.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |
| **Two televisions, two cell phone, one desktop one laptop computer, security cameras**<br>Line from *Schedule A/B*: **7.1** | $400.00 | ☑ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(3)** |

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(7)** |
| **Wedding ring**<br>Line from *Schedule A/B*: **12.1** | $400.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 31, § 1(A)(8)** |
| **Cash**<br>Line from *Schedule A/B*: **16.1** | $60.00 | ■ 75%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 12, § 1171.1;**<br>**Okla. Stat. tit. 31, § 1(A)(18)** |
| **Checking: Navy Federal Credit Union-account ending in 2003**<br>Line from *Schedule A/B*: **17.2** | $285.04 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **Savings: Tinker Federal Credit Union**<br>Line from *Schedule A/B*: **17.3** | $1.76 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **Savings: Navy Federal Credit Union-account ending in .296**<br>Line from *Schedule A/B*: **17.4** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **Checking: Tinker Federal Credit Union**<br>Line from *Schedule A/B*: **17.5** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **Savings: Truity Federal Credit Union-account ending in 5117**<br>Line from *Schedule A/B*: **17.6** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **38 U.S.C. § 5301(a)** |
| **USAA homeowner's and vehicle insurance policies**<br>**Beneficiary: Debtor**<br>Line from *Schedule A/B*: **31.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36, § 3631.1** |
| **TriCare health insurance policy**<br>Line from *Schedule A/B*: **31.2** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Okla. Stat. tit. 36, § 3631.1** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

Debtor 1 **Rachel Lee Orapello**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **AmeriHome Mortgage** | | $217,434.00 | $235,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**1712 Valley Road Sapulpa, OK 74066  Creek County Legal: Lot Thirteen (13), Block Three (3), Valley Ridge, a subdivision to the City of Sapulpa, Creek County, State of Oklahoma, according to the recorded Plat thereof.**

**Attn: Bankruptcy**
**1 Baxter Way, Suite 300**
**Thousand Oaks, CA 91362**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Mortgage**

Date debt was incurred   **Opened 03/22  Last Active 12/02/22**          Last 4 digits of account number   **9564**

Debtor 1    **Rachel Lee Orapello**                                                    Case number (if known) _____

   First Name         Middle Name         Last Name

| | | | | |
|---|---|---|---|---|
| **2.2** | **Truity Credit Union** | Describe the property that secures the claim: | $33,359.00 | $27,128.00 | $6,231.00 |

| 2.2 | **Truity Credit Union** |
|---|---|
| | Creditor's Name |

**Attn: Bankruptcy Department**
**Po Box 1358**
**Bartlesville, OK 74005**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> **2016 GMC Yukon 104,000 miles**

$33,359.00    $27,128.00    $6,231.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Purchase Money Security**

Date debt was incurred   **Opened 05/22  Last Active 11/14/22**   Last 4 digits of account number   **0100**

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $250,793.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $250,793.00 |

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rachel Lee Orapello** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |
|---|---|
|  | Total claim |

| 4.1 | **Aaron  Walters** | Last 4 digits of account number | **1784** | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 217**
**Heppner, OR 97836**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Debtor 1    **Rachel Lee Orapello**      Case number (if known) _____

---

| 4.2 | **Aaron Isaacs** |
|---|---|

Nonpriority Creditor's Name

**22 North Ave.**
**Manchester, NY 14504**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 | **Aaron Nedved** |
|---|---|

Nonpriority Creditor's Name

**575 Morts Dr**
**Wentzville, MO 63385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 | **Abigail Salmon** |
|---|---|

Nonpriority Creditor's Name

**30 viewpoint Drive**
**Alexandria, KY 41001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| | |
|---|---|
| 4.5 | **Abraham Aguilar** |

Nonpriority Creditor's Name

**1828 N 34TH ST**
**MCALLEN, TX 78501-3526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | |
|---|---|
| 4.6 | **Abrahan Solis** |

Nonpriority Creditor's Name

**10444 Venita Street**
**El Monte, CA 91731**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | |
|---|---|
| 4.7 | **Adam Adam** |

Nonpriority Creditor's Name

**10 Forest Blvd**
**Ardsley, NY, NY 10502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 4.8 | **Adam Coley** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**94 Smokebox Circle**
**Stewartstown, PA 17363**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | | | |
|---|---|---|---|---|
| 4.9 | **Adam Johnson** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**5666 Willow Wood Court**
**#11**
**South Ogden, UT 84403**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| | | | | |
|---|---|---|---|---|
| 4.10 | **Adam Petersen** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**7317 W Hawthorn Leaf Dr**
**Herriman, UT 84096**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                        Case number (if known) _____

---

**4.1 1**

**Adam Schumacher**

Nonpriority Creditor's Name

**2 Wander Ln**
**Wantagh, NY 11793**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 2**

**Adam South**

Nonpriority Creditor's Name

**535 Mary Cromwell Rd.**
**Jamestown, TN 38556**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 3**

**Adrian Jimenez**

Nonpriority Creditor's Name

**PO Box 425**
**Seeley, CA 92273**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 4**

**Adrian Meza**

Nonpriority Creditor's Name

**11324 Magnolia St**
**El Monte, CA 91732**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1784** _____      **Unknown**

When was the debt incurred?   **2022** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business debt** _____

---

**4.1 5**

**adriana Sigala**

Nonpriority Creditor's Name

**10510 Civic Center Dr**
**Rancho Cucamonga, CA 91730**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1784** _____      **Unknown**

When was the debt incurred?   **2022** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business debt** _____

---

**4.1 6**

**Adrien  Cho**

Nonpriority Creditor's Name

**125 16th Avenue**
**Seattle, WA 98122-5610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

Last 4 digits of account number   **1784** _____      **Unknown**

When was the debt incurred?   **2022** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Business debt** _____

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.17 | **Adrienne  Smith** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**8735 Contee Road**
**Apt 303**
**Laurel, MD 20708**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.18 | **Aidan  Duffin** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**15 Appleton Lane**
**Hampstead, NH 03841**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.19 | **AJ Wilson** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**323 Hickory Cir**
**Oakville, OK L6H 4V3**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.2 0**

**Alan Castro**

Nonpriority Creditor's Name

**1006 Liberty Drive**
**Suisun City, CA 94585**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?     **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **Business debt**

---

**4.2 1**

**Alan De Asis**

Nonpriority Creditor's Name

**115 SquareHaven CT**
**San Jose, CA 95111**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?     **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **Business debt**

---

**4.2 2**

**Albert  Rosado**

Nonpriority Creditor's Name

**356 Snow Drop Ln**
**Elgin, IL 60124**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?     **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify     **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                          Case number (if known) _____

| 4.2 3 | **Albert Schneider** | Last 4 digits of account number | **1784** | Unknown |

Nonpriority Creditor's Name

**1175 New Highland Church Rd**
**Brandenburg, KY 40108**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2 4 | **Alec Aguila** | Last 4 digits of account number | **1784** | Unknown |

Nonpriority Creditor's Name

**5866 sw 107 st**
**Miami, FL 33156**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2 5 | **Alec Aguila** | Last 4 digits of account number | **1784** | Unknown |

Nonpriority Creditor's Name

**5866 sw 107 st**
**Miami, FL 33156**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                                         Case number (if known)

---

**4.2 6**

**Alejandro Cabrera**
Nonpriority Creditor's Name
**11968 Manor Dr**
**Apt A**
**Hawthorne, CA 90250**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 7**

**Alejandro Lariz**
Nonpriority Creditor's Name
**3016 Archdale Dr**
**Charlotte, NC 28210**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 8**

**Alejandro Manzo**
Nonpriority Creditor's Name
**2907 Pinto Ln**
**Anderson, CA 96007**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.29**

**Alejandro Manzo**
Nonpriority Creditor's Name
**2907 Pinto Ln**
**Anderson, CA 96007**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **1784**          Unknown

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt**

---

**4.30**

**Aleksei Selivanov**
Nonpriority Creditor's Name
**300 Cornell drive**
**STE A3**
**Wilmington, DE 19801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **1784**          Unknown

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt**

---

**4.31**

**Alex  Cruz**
Nonpriority Creditor's Name
**540 lewrosa way**
**Santa Rosa, CA 95404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **1784**          Unknown

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                   Case number (if known) _____

---

**4.3 2**

**Alex  Kolster**
Nonpriority Creditor's Name
**5010 Pebble Ct**
**Kansas City, MO 64133**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 3**

**Alex  Olivencia**
Nonpriority Creditor's Name
**4817 W Mercer Ln**
**Glendale, AZ 85304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 4**

**Alex Billnoski**
Nonpriority Creditor's Name
**16634 Holly Ln S**
**Montgomery, TX 77316**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.3 5**

**Alex Iervasi**
Nonpriority Creditor's Name
**501 Coronado Way**
**Indian Harbour Beach, FL 32937**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**         **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 6**

**Alex Lopez**
Nonpriority Creditor's Name
**1231 Franciscan Ct, Unit 2**
**Carpinteria, CA 93013**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**         **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 7**

**Alex Shaffer**
Nonpriority Creditor's Name
**10150 Ravenwood ct.**
**Streetsboro, OH 44241**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**         **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                Case number (if known) _____

---

**4.3 8**

**Alex Torrez**
Nonpriority Creditor's Name
**4549 s Squires In**
**101**
**Gilber, AZ 85297**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.3 9**

**Alexander  Mainegra**
Nonpriority Creditor's Name
**1329 West 76th Street**
**Hialeah, FL 33014**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.4 0**

**Alexander  Thetford**
Nonpriority Creditor's Name
**145 Webster Ave**
**Apt 2**
**Jersey City, NJ 07307**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.4 1 | **Alexander Bova** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**3940 E. 75th Street**
**Indianapolis, IN 46240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.4 2 | **Alexander Jones** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**740 Walnut St PO BOX 347**
**Dayton, IN 47941**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.4 3 | **Alexander Preciado** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**853 Victoria Avenue**
**Venice, CA 90291**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.4 4 | **Alfonso  Flores** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**7809 Blackford Ave**
**Whittier, CA 90606**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 5 | **Alfredo  Garcia Menocal** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**6785 sw 99 terrace**
**Pinecrest, FL 33156**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 6 | **Allyson Hines** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4312 E Morenci Rd**
**San Tan Valley, AZ 85143**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known)

---

| 4.4 7 | **Alm Jose Herrera** | |
|---|---|---|

Nonpriority Creditor's Name

**8125 NW 74TH AVE UNIT 2**
**MEDLEY, FL 33166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.4 8 | **Alonso Gonzalez** | |
|---|---|---|

Nonpriority Creditor's Name

**1304 Coral Ct**
**Brownsville, TX 78520**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.4 9 | **Amanda  Hornsby** | |
|---|---|---|

Nonpriority Creditor's Name

**8412  Stansbury Lake Dr**
**Baltimore, MD 21222**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.50**

**Amanda Hurst**

Nonpriority Creditor's Name

**211 Chippewa ave**
**Apt 5**
**Tampa, FL 33606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.51**

**Andre Maas**

Nonpriority Creditor's Name

**170 W Mendocino Ave**
**Willits, CA 95490-3457**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.52**

**Andre Vertucio**

Nonpriority Creditor's Name

**PSC 2 Box 1558**
**APO, AR 96264-0016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known)

---

**4.5 3**

**Andrea Amell**

Nonpriority Creditor's Name

**6251 ridge ln**

**Warrenton, VA 20187**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.5 4**

**Andres Chavez**

Nonpriority Creditor's Name

**4004 SE 13th Ave**

**Amarillo, TX 79104**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.5 5**

**Andres Guachichulca**

Nonpriority Creditor's Name

**6149 S Francisco Ave**

**Chicago, IL 60629**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.5 6**

**Andrew  Driggers**
Nonpriority Creditor's Name
**458 Hicks Chapel Loop**
**Marion, NC 28752**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 7**

**Andrew  Iademarco**
Nonpriority Creditor's Name
**1014 2nd Ave se**
**Albany, OR 97321**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 8**

**Andrew Alonso**
Nonpriority Creditor's Name
**420 Hillcrest Ave**
**Placentia, CA 92870**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.59**

**Andrew Augustine**
Nonpriority Creditor's Name
**602 Woodbine Ave**
**Oak Park, IL 60302**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.60**

**Andrew Brinkman**
Nonpriority Creditor's Name
**442 Sterling Street South**
**Saint Paul, MN 55119**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.61**

**Andrew Forbes IV**
Nonpriority Creditor's Name
**3959 Monroe St**
**Williamstown, NJ 08094**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number (if known) _____

---

**4.6 2**   **andrew holzheimer**                         Last 4 digits of account number   **1784** _____              **Unknown**
Nonpriority Creditor's Name
**544 Palisade Ave**                               When was the debt incurred?    **2022**
**apt 8**
**Jersey City, NJ 07307**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Business debt** _____

---

**4.6 3**   **Andrew Kelso**                            Last 4 digits of account number   **1784** _____              **Unknown**
Nonpriority Creditor's Name
**326 Center St**                                  When was the debt incurred?    **2022**
**Oakland, CA 94607**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Business debt** _____

---

**4.6 4**   **Andrew Myerson**                          Last 4 digits of account number   **1784** _____              **Unknown**
Nonpriority Creditor's Name
**31 Edmunds Rd**                                  When was the debt incurred?    **2022**
**WELLESLEY HILLS, MA 02481-2907**
Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**      ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Business debt** _____

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 5**

**Andrew Raymond**
Nonpriority Creditor's Name
**7011 cook ave**
**Irvington, AL 36544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 6**

**Andrew Rouhier**
Nonpriority Creditor's Name
**460 Roy Ave**
**Dayton, OH 45419**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 7**

**Andrew Sanchez**
Nonpriority Creditor's Name
**1656 walworth ave**
**Pasadena, CA 91104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.6 8 | | | |

**Andrew Sikorski**
Nonpriority Creditor's Name
**1919 24th ave**
**L308**
**Astoria, NY 11102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 9 | | | |

**Andy Robles**
Nonpriority Creditor's Name
**2070 Monroe Avenue**
**North Bellmore, NY 11710**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 0 | | | |

**Angel Rivera**
Nonpriority Creditor's Name
**6 Jasmine Rd**
**Lumberton, NJ 08048**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                          Case number (if known) _____

---

**4.7 1**

**Anibal Vazquez**
Nonpriority Creditor's Name
**1102 calle Cordillera**
**Valle Alto**
**Pomce, PA 00730**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt**

**Unknown**

---

**4.7 2**

**Anthony  Guzman**
Nonpriority Creditor's Name
**300 N Rampart St**
**Trlr 56**
**Orange, CA 92868**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt**

**Unknown**

---

**4.7 3**

**Anthony Erdag**
Nonpriority Creditor's Name
**13307 Virtuoso**
**Irvine, CA 92620**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 4**

**Anthony Files**
Nonpriority Creditor's Name
**205 Brooks Dr**
**Sheffield, AL 35660-7259**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 5**

**Anthony Gomez**
Nonpriority Creditor's Name
**1009 E Banyan St**
**Ontario, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 6**

**Anthony Gonzalez**
Nonpriority Creditor's Name
**1421 W. Crone Ave.**
**Anaheim, CA 92802-1833**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.7 7**

**Anthony Roman**
Nonpriority Creditor's Name
**22 Celia Terrace**
**Belleville, NJ 07109**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 8**

**Anthony San Andres**
Nonpriority Creditor's Name
**64-19 79th St**
**Middle Village, NY 11379**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 9**

**Anthony Sarango**
Nonpriority Creditor's Name
**53 Wildwood Ave**
**Edison, NJ 08837**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.80 | | |

**Anthony Vargas**
Nonpriority Creditor's Name
**32 Sand Hill Road**
**Morristown, NJ 07960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.81 | | |

**antonio barajas**
Nonpriority Creditor's Name
**10430 ashdale st.**
**stanton, CA 90680**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.82 | | |

**Antonio Borrero**
Nonpriority Creditor's Name
**9735 Channing Dr**
**Sun city center, FL 33573**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.8<br>3 | **Antonio Llanos** | | Last 4 digits of account number | **1784** | | Unknown |

Nonpriority Creditor's Name
**14160 Leaning Pine Dr**
**Miami Lakes, FL 33014**
Number Street City State Zip Code

When was the debt incurred?   **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8<br>4 | **Antonio Quiachon** | | Last 4 digits of account number | **1784** | | Unknown |

Nonpriority Creditor's Name
**2709 Cabrillo Avenue**
**Apartment A**
**Torrance, CA 90501**
Number Street City State Zip Code

When was the debt incurred?   **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8<br>5 | **Aramis  Alcantara** | | Last 4 digits of account number | **1784** | | Unknown |

Nonpriority Creditor's Name
**2985 sw 24th st**
**Miami, FL 33145**
Number Street City State Zip Code

When was the debt incurred?   **2022**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 6**

**Ari Verzosa**
Nonpriority Creditor's Name
**28683 Middlesbrough Ct**
**Menifee, CA 92584**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 7**

**Aurelio  Vergara**
Nonpriority Creditor's Name
**10845 cotillion dr**
**Dallas, TX 75228**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 8**

**Austin Gillespie**
Nonpriority Creditor's Name
**389 County Road 302D**
**Henderson, TX 75654**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known)

---

**4.89**

**Austin Hall**
Nonpriority Creditor's Name
**1611 Oakwood Ave**
**Akron, OH 44301**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.90**

**Austin Jones**
Nonpriority Creditor's Name
**1580 Maple Ridge Drive**
**Loganville, GA 30052**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.91**

**Austin Martinez**
Nonpriority Creditor's Name
**6156 Pacific Dogwood Ave**
**Las Vegas, NV 89139**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                                                           Case number (if known) _____

---

**4.9 2**

**Austin Russell**
Nonpriority Creditor's Name
**367 Taghkanic Rd**
**Elizaville, NY 12523**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 3**

**Avery White**
Nonpriority Creditor's Name
**402 E 7th St**
**Belle, WV 25015**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 4**

**babe dufresne**
Nonpriority Creditor's Name
**2127 2nd ave #310**
**SEATTLE, WA 98121**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known)

---

**4.9 5**

**Bao Doan**
Nonpriority Creditor's Name
**2449 vista mountain dr**
**Vista, CA 92084**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 6**

**Barry  Greer**
Nonpriority Creditor's Name
**827 Goldmine Rd**
**Palmyra, VA 22963**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 7**

**Barry Max Jeter**
Nonpriority Creditor's Name
**503 Jubilee Circle**
**Pell City, AL 35125**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                                Case number (if known) _____

---

| 4.9 8 | **Ben Elmore** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 20691**
**Greenfield, WI 53220**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.9 9 | **Benjamin Alverson** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**201 Rollingwood circle NW**
**Rome, GA 30165**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 00 | **Beth Apol** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**254 Snyder Rd**
**Granger, WA 98932**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                     Case number (if known)

---

**4.1 01**

**Blaine Hafen**
Nonpriority Creditor's Name
**2363 Indiana Ave**
**Columbus, OH 43202-3109**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 02**

**Blake Robinson**
Nonpriority Creditor's Name
**6 Meadowbrook Avenue**
**Eatontown, NJ 07724**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 03**

**bobby dixon**
Nonpriority Creditor's Name
**1205 sarasota dr**
**Tallahassee, FL 32301**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 04**

**Bonnie Mills**

Nonpriority Creditor's Name

**95 Garland Avenue**
**Oakland, CA 94611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 05**

**Brad Fack**

Nonpriority Creditor's Name

**143 N Beachwood Dr**
**Apt E**
**Burbank, CA 91506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 06**

**Brad Petry**

Nonpriority Creditor's Name

**3129 W Rose Garden Ln**
**Phoenix, AZ 85027**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.1 07 | **Brady Christensen** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**3409 252nd St E**
**Spanaway, WA 98387**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 08 | **Brandi Hafen** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**128 South 4th Street**
**Hebron, OH 43025**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.1 09 | **Brandon  Hall** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1440 Fir Avenue**
**Clovis, CA 93611**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

| 4.1 10 | **Brandon Kreissler** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2911 E Henley Dr**
**Columbia Mo, MO 65202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 11 | **Brandon Lane** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**6822 Shamrock Way**
**San Antonio, TX 78253**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 12 | **Brandon Wright** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4 market Street**
**Rm 118**
**Potsdam, NY 13676**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 13**

**Brandt Pence**
Nonpriority Creditor's Name
**1306 Poplar Ridge Dr**
**Memphis, TN 38120-3438**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 14**

**Brayden Eubanks**
Nonpriority Creditor's Name
**115 Anderson Avenue**
**Pacolet, SC 29372**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 15**

**Brendan  mcnally**
Nonpriority Creditor's Name
**36 jessieave**
**Attleboro, MA 02703**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known)

---

**4.1**
**16**

**Brendan  Willett**

Nonpriority Creditor's Name

**330 Darlene street**

**York, PA 17402**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

**4.1**
**17**

**Brendan Westenbarger**

Nonpriority Creditor's Name

**1468 Nestor Street**

**Munising, MI 49862**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

**4.1**
**18**

**Brendon Wheeler**

Nonpriority Creditor's Name

**2423 Sweet Water Court**

**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.1 19**

**Brent  Woodside**

Nonpriority Creditor's Name

**2303 s Missouri abe**

**Sedalia, MO 65301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 20**

**Brent W**

Nonpriority Creditor's Name

**199 lakehill Beach est rd**

**Springville, TN 38256**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 21**

**Brett  Gassman**

Nonpriority Creditor's Name

**3851 cornell st**

**Hamburg, NY 14075**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                      Case number (if known) _____

---

| 4.1<br>22 | **Brett Jones** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**7068 Waterman Avenue**
**University City, MO 63130**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1<br>23 | **Breven Walker** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1015 Broadax Path**
**Georgetown, KY 40324**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1<br>24 | **Brian  Robbins** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4821 Lankershim Blvd**
**Suite F, #234**
**North Hollywood, CA 91601**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1**
**25**

**Brian Bell**

Nonpriority Creditor's Name

**657 Upland Drive**
**Tooele, UT 84074**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1**
**26**

**Brian Hess**

Nonpriority Creditor's Name

**33 Audie Ln**
**Harpers Ferry, WV 25425**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1**
**27**

**Brian Hoffman**

Nonpriority Creditor's Name

**38 West Mountain Road, BOX 235**
**West Simsbury, CT 06092**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 28**

**Brian K Saltzman**
Nonpriority Creditor's Name
**321 Ridge Point Cir**
**Apt b31**
**Bridgeville, PA 15017**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.1 29**

**Brian Magee**
Nonpriority Creditor's Name
**8012 Long Drive**
**472**
**Littleton, CO 80123**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.1 30**

**Brian Malone**
Nonpriority Creditor's Name
**10442 Breamore Dr**
**Charlotte, NC 28270**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.1 31 | | |
|---|---|---|

**Brian Nishimura**
Nonpriority Creditor's Name
**3644 Serena**
**Clovis, CA 93619**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**            Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.1 32 | | |
|---|---|---|

**Brian Robinson**
Nonpriority Creditor's Name
**16244 11th Ave ne**
**Shoreline, WA 98155**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**            Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.1 33 | | |
|---|---|---|

**BRIAN SEAY**
Nonpriority Creditor's Name
**105 Palmer Ave**
**STROUDSBURG, PA 18360-1173**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**            Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known)

---

**4.1 34**

**Brian Weikert**

Nonpriority Creditor's Name

**5940 State Route 605 S**
**Westerville, OH 43082**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 35**

**Brody Lyons**

Nonpriority Creditor's Name

**8914 Liptonshire Dr.**
**Dallas, TX 75238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 36**

**Bryan Simoes**

Nonpriority Creditor's Name

**22 cove rd.**
**Dartmouth, MA 02748**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

| | |
|---|---|
| **4.1 37** | **Bryan Meusel** |

Nonpriority Creditor's Name
**2212 Cloverdale Dr**
**Fallston, MD 21047**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                 **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| | |
|---|---|
| **4.1 38** | **Bryan Walker** |

Nonpriority Creditor's Name
**620 N Church St**
**Apt S1109**
**Charlotte, NC 28202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                 **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| | |
|---|---|
| **4.1 39** | **Bryant Maciel** |

Nonpriority Creditor's Name
**3001 Hahn Dr #470**
**Modesto, CA 95350**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                 **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                              Case number (if known) _____

---

| 4.1 40 | **Caleb Alderman** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**3709 Arbor Drive**
**Fenton, MI 48430**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.1 41 | **Caleb Curfman** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**38 Wakefield Ave**
**Fredericksburg, VA 22405**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.1 42 | **Caleb Roe** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2120 Justice Lane**
**Saint Cloud, FL 34769**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known)

---

**4.1 43**

**Calvin Boily**
Nonpriority Creditor's Name
**96 Red Spruce Ln**
**Rochester, NY 14616**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                  Unknown
When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.1 44**

**Cameron Hodges**
Nonpriority Creditor's Name
**307 E Franklin**
**Shawnee, OK 74804**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                  Unknown
When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.1 45**

**Cameron Minor**
Nonpriority Creditor's Name
**201 marilee dr**
**New lebanon, OH 45345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                  Unknown
When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                       Case number (if known) _____

---

**4.1 46**

**cameron Robbins**
Nonpriority Creditor's Name
**12573 Trammell Ct**
**Ashland, VA 23005**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.1 47**

**Carall Fillinger**
Nonpriority Creditor's Name
**30248 Firwood Dr**
**Warren, MI 48088**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.1 48**

**Carl Iwasaki**
Nonpriority Creditor's Name
**3142 Hayden Street**
**Honolulu, HI 96815**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                                Case number (if known) _____

---

**4.1 49**

**Carlos  Capetillo**
Nonpriority Creditor's Name
**228 N 18th st**
**#2**
**San jose, CA 95112**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 50**

**Carlos Gaitan**
Nonpriority Creditor's Name
**16027 Geranium Ct**
**Moreno Valley, CA 92551**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.1 51**

**Carlos Gonzalez**
Nonpriority Creditor's Name
**3329 Live Oak St**
**Huntington Park, CA 90255**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                        Case number (if known) _____

---

| 4.1 52 | **Carlos Herrera** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**615 s Lorena st.**
**C204**
**Los Angeles, CA 90023**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 53 | **Carolyn Fines** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**13716 e Cienega Creek drive**
**Vail, AZ 85641**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 54 | **Casey Boris** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**950 Genesee Street**
**Waukesha, WI 53186**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 55**

**Casey Lau**
Nonpriority Creditor's Name
**68 Rustic Way**
**Freehold, NJ 07728**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 56**

**Cashin Quimayousie**
Nonpriority Creditor's Name
**27502 Via La Carta**
**San Juan Capistrano, CA 92672**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 57**

**Celia Galindo**
Nonpriority Creditor's Name
**22 Green Hill Ln**
**Rochester, NY 14534**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 58**

**Celtic Bank Corporation**
Nonpriority Creditor's Name
**268 South State Street**
**Suite 300**
**Salt Lake City, UT 84111**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number    **1784**                    $10,094.61

When was the debt incurred?    **10/12/2022**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt**

---

**4.1 59**

**Cesar Mier**
Nonpriority Creditor's Name
**5585 Rumsey Dr**
**Riverside, CA 92506**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt**

---

**4.1 60**

**Chad Dietz**
Nonpriority Creditor's Name
**810 Spicebush Path**
**Locust Grove, GA 30248**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1**
**61**

**Chad Fisher**
Nonpriority Creditor's Name
**109 Pimlico Dr**
**Dillsburg, PA 17019**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.1**
**62**

**Chandler Story**
Nonpriority Creditor's Name
**8845 25th St**
**Metairie, LA 70003**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.1**
**63**

**Charity Romero**
Nonpriority Creditor's Name
**1372 Nutcracker Ave**
**Dinuba, CA 93618**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                    Case number (if known) _____

---

**4.1 64**

**Charles  Rijnders**
Nonpriority Creditor's Name
**13760 Alderwood Ln**
**85L**
**Seal Beach, CA 90740**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt**

---

**4.1 65**

**Charles Lyman**
Nonpriority Creditor's Name
**4531 W Gillette St**
**Meridian, ID 83642**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt**

---

**4.1 66**

**Charles Pacheco**
Nonpriority Creditor's Name
**400 Atlantic street DPW**
**Security**
**Elizabeth, NJ 07206**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                     Case number (if known) _____

---

| 4.1 67 | | |
|---|---|---|

**Charles Zimmel**                                   Last 4 digits of account number   **1784** _____                **Unknown**
Nonpriority Creditor's Name
**2060 East Plank Road**                          When was the debt incurred?   **2022**
**Unit 1**
**Appleton, WI 54915**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Business debt** _____

---

| 4.1 68 | | |
|---|---|---|

**Charlie Griffith**                                 Last 4 digits of account number   **1784** _____                **Unknown**
Nonpriority Creditor's Name
**104 Sierra Vista Terrace S.W.**                 When was the debt incurred?   **2022**
**Calgary, AK T3H 3C5**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Business debt** _____

---

| 4.1 69 | | |
|---|---|---|

**Charlie Hernandez**                                Last 4 digits of account number   **1784** _____                **Unknown**
Nonpriority Creditor's Name
**2565 N 1150 W**                                 When was the debt incurred?   **2022**
**Layton, UT 84041**
Number Street City State Zip Code                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**    ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Business debt** _____

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known)

---

4.1
70

**Charlie Richardson**                    Last 4 digits of account number    **1784**                    **Unknown**

Nonpriority Creditor's Name
**1361 N Peterson Ave**                    When was the debt incurred?    **2022**
**Long Beach, CA 90813**

Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ■ Contingent
☐ Debtor 2 only                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                       ■ Other. Specify    **Business debt**
☐ Yes

---

4.1
71

**Charlton Morales**                       Last 4 digits of account number    **1784**                    **Unknown**

Nonpriority Creditor's Name
**1606 Conestoga Circle**                  When was the debt incurred?    **2022**
**Columbia, SC 29223**

Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ■ Contingent
☐ Debtor 2 only                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                       ■ Other. Specify    **Business debt**
☐ Yes

---

4.1
72

**Chase Bais**                             Last 4 digits of account number    **1784**                    **Unknown**

Nonpriority Creditor's Name
**125 Kayen Luseru**                       When was the debt incurred?    **2022**
**Yigo, GA 96929**

Number Street City State Zip Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ■ Contingent
☐ Debtor 2 only                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only               ■ Disputed
■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                       ■ Other. Specify    **Business debt**
☐ Yes

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.1 73**

**Chase Hewins**
Nonpriority Creditor's Name
**167 Burnt Pine Dr**
**Naples, FL 34119**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 74**

**Chase Prochut**
Nonpriority Creditor's Name
**264 Acadia Avenue**
**Hartford, WI 53027**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 75**

**Cheri Mctureous**
Nonpriority Creditor's Name
**7080 Southwest 34th Place**
**Gainesville, FL 32608**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

---

**4.1 76**

**Chris  Henderson**
Nonpriority Creditor's Name
**4208 Alta Towne Lake Circle Bldg 4208**
**Pooler, GA 31322**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

**Unknown**

---

**4.1 77**

**Chris Alsip**
Nonpriority Creditor's Name
**11985 Tavel Court**
**Cincinnati, OH 45246**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

**Unknown**

---

**4.1 78**

**Chris Jones**
Nonpriority Creditor's Name
**590 Jon Ln**
**Des Plaines, IL 60016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.1 79 | **Chris Keller** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**113 west boscawen street
2
winchester, VA 22601**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.1 80 | **Chris Mozingo** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1547 LAMBERT ST
RAHWAY, NJ 07065-2037**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.1 81 | **Chris Richardson** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**20098 McCray Drive
Abingdon, VA 24211**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known)

---

| 4.1 82 | | |
|---|---|---|

**Chris Shelton**

Nonpriority Creditor's Name

**163 Tedder Blvd**
**Smyrna, TN 37167**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**                                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 83 | | |
|---|---|---|

**Chris Thorn**

Nonpriority Creditor's Name

**4091 Primrose Lane**
**Peachtree Corners, GA 30092-1908**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**                                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.1 84 | | |
|---|---|---|

**Christiaan Xavier Bencomo**

Nonpriority Creditor's Name

**4492 Camino De La Plaza**
**#2327**
**San Ysidro, CA 92173**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**                                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.1 85 | **Christian Aliser** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1147 Ala Napunani St**
**Apt 601**
**Honolulu, HI 96818**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 86 | **CHRISTIAN ANTKOW** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1006 Chumley Road**
**Garland, TX 75044**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 87 | **Christian Hanspach** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**16485 COLLINS AVE**
**APT 2236**
**Sunny Isles Beach, FL 33160**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.1 88**

**Christian Maust**
Nonpriority Creditor's Name
**65 Russo Dr**
**Canfield, OH 44406**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 89**

**Christian Miller**
Nonpriority Creditor's Name
**5811 W 111th Pl**
**Westminster, CO 80020**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 90**

**Christian Neufischer**
Nonpriority Creditor's Name
**1245 E. Dover St**
**Glendora, CA 91740**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.1 91**

**Christian Tinnion**
Nonpriority Creditor's Name

**700 Beverly Hills Rd**
**925**
**Hattiesburg, MS 39401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.1 92**

**Christine Boeringa**
Nonpriority Creditor's Name

**24928 S. Donegal Drive**
**Manhattan, IL 60442**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.1 93**

**Christopher  Moore**
Nonpriority Creditor's Name

**19002 Mission Park Drive**
**1338**
**Richmond, TX 77407**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)*

---

**4.1 94**

**Christopher  Morey**
Nonpriority Creditor's Name
**10 Fessenden Street**
**1**
**Portland, ME 04103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                  **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 95**

**Christopher  Niedermayer**
Nonpriority Creditor's Name
**511 Lexington dr**
**Cinnaminson, NJ 08077**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                  **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 96**

**Christopher  Zervos**
Nonpriority Creditor's Name
**109 Dosel lane**
**St Augustine, FL 32095**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                  **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.1 97**

**Christopher Dakovicch**

Nonpriority Creditor's Name

**16367 Sisley Drive**
**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 98**

**Christopher Floeter**

Nonpriority Creditor's Name

**6206 Kings Scepter Rd**
**Grand Blanc, MI 48439**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.1 99**

**Christopher Minarchi**

Nonpriority Creditor's Name

**11746 SW 132nd Place**
**Miami, FL 33186**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.2 00**

**Christopher Price**
Nonpriority Creditor's Name
**1466 Saddle St NE**
**Uniontown, OH 44685**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 01**

**Christopher Reese**
Nonpriority Creditor's Name
**26520 Mahonia Way**
**Murrieta, CA 92562**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 02**

**Christy Chichester**
Nonpriority Creditor's Name
**127 West Curtin Street**
**Bellefonte, PA 16823**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                                    Case number (if known) _____

---

| 4.2 03 | **Citibank North America** | Last 4 digits of account number | **0743** | $652.00 |

Nonpriority Creditor's Name
**Citibank SD MC 425**
**5800 South Corp Place**
**Sioux Falls, SD 57108**

When was the debt incurred?    **Opened 05/19  Last Active 12/22**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.2 04 | **Clayton Carron** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**438 S Longbranch Dr**
**Maize, KS 67101**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business debt**

---

| 4.2 05 | **Clayton sharp** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4500 N 439 Rd**
**Adair, OK 74330**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.2 06**

**Clint Esqueda**
Nonpriority Creditor's Name
**3415 Sweetwater Springs Blvd**
**SpringValley, CA 91978**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.2 07**

**Codi Schneider**
Nonpriority Creditor's Name
**1175 New Highland Church Rd**
**Brandenburg, KY 40108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.2 08**

**Cody  Hammill**
Nonpriority Creditor's Name
**13165 sw Ash Dr**
**Tigard, OR 97223**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

| 4.2<br>09 | **Cody Case** | Last 4 digits of account number   **1784** | Unknown |

Nonpriority Creditor's Name
**103 Morton St.**
**Jackson, OH 45650**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2<br>10 | **Cody Chapman** | Last 4 digits of account number   **1784** | Unknown |

Nonpriority Creditor's Name
**500 Weldon Lake Rd**
**Milner, GA 30257**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2<br>11 | **Cody Farmer** | Last 4 digits of account number   **1784** | Unknown |

Nonpriority Creditor's Name
**84 Theresa Ln**
**Lebanon, KY 40033**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                      Case number (if known) _____

| | |
|---|---|
| 4.2 12 | |

**Cody Iversen**
Nonpriority Creditor's Name
**50 hinds street**
**Montrose, PA 18801**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | |
|---|---|
| 4.2 13 | |

**Cody Kozma**
Nonpriority Creditor's Name
**1015 Karen Ridge Ct**
**Kissimmee, FL 34747**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| | |
|---|---|
| 4.2 14 | |

**Cody McKee**
Nonpriority Creditor's Name
**22 Belgian Blue Way**
**Fountain Inn, SC 29644**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.2
15**

**Colby Crawford**

Nonpriority Creditor's Name

**1415 Savannah Street
Covington, LA 70433**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.2
16**

**Cole Williams**

Nonpriority Creditor's Name

**116 Fulwood Dr
Franklin, TN 37067**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.2
17**

**Colin  Lawrence**

Nonpriority Creditor's Name

**452 Via Colinas
Westlake Village, CA 91362**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                                   Case number (if known) _____

---

| 4.2 18 | **Colin Clover** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**2091 Mayfield Ave**
**San Jose, CA 95130**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2 19 | **Colton Remley** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**4639 E Van Ness Rd**
**Hernando, FL 34442**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2 20 | **Connor Rose** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**1725 E 3rd St**
**B626**
**Bloomington, IN 47406**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known)

---

**4.2 21**

**Conor McQuade**
Nonpriority Creditor's Name
**23 Wayne Ave**
**Dudley, MA 01571**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.2 22**

**Constantine Pavlidis**
Nonpriority Creditor's Name
**34-47 82nd st**
**Supers apt**
**Jackson heights, NY 11372**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.2 23**

**Convergent Outsourcing, Inc.**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**800 Sw 39th St, Ste 100**
**Renton, WA 98057**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number   **1575**          **$168.00**

When was the debt incurred?   **Opened 06/22  Last Active 06/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Collection Attorney T-Mobile Usa**

---

Debtor 1   **Rachel Lee Orapello**                                         Case number (if known) _____

---

**4.2 24**

**Corey Low**
Nonpriority Creditor's Name
**9561 Satellite Blvd**
**Suite 317-FCL1004602**
**Orlando, FL 32837**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 25**

**Cory Doane**
Nonpriority Creditor's Name
**29040 N Brenner Pass Rd**
**Queen Creek, AZ 85142**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 26**

**Courtney Thornton**
Nonpriority Creditor's Name
**1231 E Richmond St**
**Broken Arrow, OK 74012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.2 27**

**Craig North**
Nonpriority Creditor's Name
**19905 Se 5th Way**
**Camas, WA 98607**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.2 28**

**Criston Charley**
Nonpriority Creditor's Name
**P.O. Box 548 Thoreau NM 87323**
**Thoreau, NM 87323**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.2 29**

**Curtis  Cronin**
Nonpriority Creditor's Name
**651 Baker Ln**
**Leander, TX 78641**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known)

---

| 4.2<br>30 | **Curtis Cronin** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**651 Baker Ln**
**Leander, TX 78641**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.2<br>31 | **Curtiss Huckabone** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**10808 W SACK DR**
**SUN CITY, AZ 85373**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

| 4.2<br>32 | **Dale Austin** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**809 Beautyberry ln.**
**Leander, TX 78641**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.2 33 | **Dallas Diaz** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**10697 W centennial Pkwy**
**Apt 3061**
**Las Vegas, NV 89166**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 34 | **Damian Ortega** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1024 Gulf Avenue**
**Wilmington, CA 90744**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 35 | **Dan Borses** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1208 S EVANWOOD AVE**
**WEST COVINA, CA 91790**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                   Case number (if known) _____

---

**4.2 36**

**Daniel  Aparicio**
Nonpriority Creditor's Name
**1012 North Plum Grove Road**
**Apt 301**
**Schaumburg, IL 60174**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 37**

**Daniel  Borrero**
Nonpriority Creditor's Name
**1038 39th ave**
**Oakland, CA 94601**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 38**

**Daniel  Castillo**
Nonpriority Creditor's Name
**28241 sw 163rd ct**
**Homestead, FL 33033**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.2 39 | **Daniel  Masaya** | |
|---|---|---|

Nonpriority Creditor's Name

**3912 S Forecastle Ave**
**West Covina, CA 91792**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 40 | **Daniel  Williams** | |
|---|---|---|

Nonpriority Creditor's Name

**93 Ledgestone Dr**
**Fairview, NC 28730**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2 41 | **Daniel Byers** | |
|---|---|---|

Nonpriority Creditor's Name

**5332 Espinoso Way**
**San Antonio, TX 78261**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

---

<table>
<tr><td>4.2<br>42</td></tr>
</table>

**Daniel Gutierrez**

Nonpriority Creditor's Name

**1862 Cassidy Knoll Dr**
**Kissimmee, FL 34744**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

<table>
<tr><td>4.2<br>43</td></tr>
</table>

**Daniel Lopez**

Nonpriority Creditor's Name

**1105 Merced St**
**Madera, CA 93638**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

<table>
<tr><td>4.2<br>44</td></tr>
</table>

**Daniel Pacheco**

Nonpriority Creditor's Name

**10196 Oxbow Avenue**
**Frisco, TX 75035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.2<br>45 | **Danny Carrera** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**4029 Orlando ct**
**Dallas, TX 75211**

When was the debt incurred?   **2022**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2<br>46 | **Danny Cushing** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**140 Howard St NE**
**Atlanta, GA 30317**

When was the debt incurred?   **2022**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.2<br>47 | **Danny Melendez** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**43 Bronx River Rd Apt 8S**
**Yonkers, NY 10704**

When was the debt incurred?   **2022**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.2 48 | **Darin Kearns** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**264 S. Arlington St.**
**Akron, OH 44306**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.2 49 | **Dave  Fields** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1474 Friends Station road**
**New Market, TN 37820**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.2 50 | **Dave Cheeseman** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**126 Parkhurst Boulevard**
**Toronto, OK M4G 2E7**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor 1  **Rachel Lee Orapello**                                      Case number *(if known)*

---

**4.2 51**

**Dave DiCello**

Nonpriority Creditor's Name

**1285 Folkstone Dr**
**Pittsburgh, PA 15243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 52**

**David  Duggan**

Nonpriority Creditor's Name

**316 North College Avenue**
**Greencastle, IN 46135**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 53**

**David  Rodriguez**

Nonpriority Creditor's Name

**24-53 77th St**
**East Elmhurst, NY 11370**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known)

---

**4.2 54**

**David  White**
Nonpriority Creditor's Name
**1414 West Vine**
**Arlington Heights, IL 60005**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 55**

**David Barow**
Nonpriority Creditor's Name
**167 Chaffee Ave.**
**Waltham, MA 02453**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 56**

**David Caprio**
Nonpriority Creditor's Name
**9507 E 147th Pl**
**Brighton, CO 80602**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                          Case number (if known) _____

---

**4.2 57**

**David Coultas**
Nonpriority Creditor's Name
**9044 N. Polk Ave**
**Portland, OR 97203**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                     **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 58**

**David Edmonds**
Nonpriority Creditor's Name
**3810 Lochmoor Dr**
**Lansing, MI 48911**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                     **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 59**

**David Finegan**
Nonpriority Creditor's Name
**1656 Rockcress Drive**
**JAMISON, PA 18929**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                     **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.2 60**

**David Foster**

Nonpriority Creditor's Name

**1044 long pointe avenue**
**Fort Worth, TX 76108**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 61**

**David Gilfillan**

Nonpriority Creditor's Name

**2650 egg harbor road**
**Lindenwold, NJ 08021**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 62**

**David Justin**

Nonpriority Creditor's Name

**2925**
**Berry Hill**
**McKinney, TX 75069**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.2 63 | **David Kempson** | | Last 4 digits of account number | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**5194 Tipperary Ave**
**Waldorf, MD 20602**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.2 64 | **David McGarrh** | | Last 4 digits of account number | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**970 Millcreek Dr.**
**Henderson, KY 42420**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.2 65 | **David Mendez** | | Last 4 digits of account number | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**22425 benson rd se**
**Apt A 303**
**Kent, WA 98031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.2<br>66 | **David Newman** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**57 Capri Dr**
**Brick, NJ 08723**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.2<br>67 | **David Pavell** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**717 Clifton Court**
**Simi Valley, CA 93065**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.2<br>68 | **David Tester** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**5468 W Morning Blush Dr**
**Herriman, UT 84096**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (*if known*) _____

---

| 4.2 69 | |
|---|---|

**David Weber**
Nonpriority Creditor's Name
**4900 NW 47th Terrace**
**Tamarac, FL 33319**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.2 70 | |
|---|---|

**Deborah O'Campo**
Nonpriority Creditor's Name
**610 East Cypress Street**
**Apt B**
**Santa Maria, CA 93454**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.2 71 | |
|---|---|

**Dennis Porebski**
Nonpriority Creditor's Name
**408 N Fir Pl**
**BROKEN ARROW, OK 74012**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.2 72**

**Dennis Zuniga**
Nonpriority Creditor's Name
**8620 W Paddle Wheel Way**
**Las Vegas, NV 89117**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.2 73**

**DEREK LONDON RODRIGUEZ**
Nonpriority Creditor's Name
**375 CONESTOGA WAY**
**UNIT 2213**
**HENDERSON, NV 89002**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.2 74**

**Derek Zumba**
Nonpriority Creditor's Name
**332 39th street**
**Apt 2**
**Brooklyn, NY 11232**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

**4.2 75**

**Devin Gills**

Nonpriority Creditor's Name

**4752 Moorpark way**
**Sacramento, CA 95842**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.2 76**

**Devin Smith**

Nonpriority Creditor's Name

**32 Seminole Trail**
**Palmyra, VA 22963**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.2 77**

**Devon Lininger**

Nonpriority Creditor's Name

**814 Red Crossbill**
**San Antonio, TX 78253**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                                    Case number (if known) _____

---

**4.2 78**

**Diego Casillas**
Nonpriority Creditor's Name
**13724 W Mauna Loa Ln**
**Surprise, AZ 85379**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**                      **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.2 79**

**Diego Casillas**
Nonpriority Creditor's Name
**13724 W Mauna Loa Ln**
**Surprise, AZ 85379**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**                      **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.2 80**

**Diego Munoz**
Nonpriority Creditor's Name
**770 vista san matias**
**San Diego, CA 92154**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**                      **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number (if known)

---

**4.2
81**

**Dillon Justice**

Nonpriority Creditor's Name

**1805 Martin Ave Lot 5
Radford, VA 24141**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.2
82**

**Dino Funari**

Nonpriority Creditor's Name

**17 Hillside Rd
Hull, MA 02045**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.2
83**

**Dino Rossi**

Nonpriority Creditor's Name

**23768 Demley Dr
Charter Township of Clinton, MI
48035**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                     Case number (if known) _____

---

**4.2
84**

**Dolf Dodge**

Nonpriority Creditor's Name

**3953 Pegg Ave
Columbus, OH 43214**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.2
85**

**Dominic Forte**

Nonpriority Creditor's Name

**472 Circuit St
Hanover, MA 02339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.2
86**

**Dominic Ross**

Nonpriority Creditor's Name

**1289 Shobar Ave
Sacramento, CA 95815**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| | |
|---|---|
| 4.2<br>87 | |

**Dominick Cirigliano**
Nonpriority Creditor's Name
**81 Columbia street New York**
**Apt 7C**
**New York, NY 10002**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business debt**

**Unknown**

---

| | |
|---|---|
| 4.2<br>88 | |

**Dominick LaGrutta Jr**
Nonpriority Creditor's Name
**2805 EDGE ROCK CIR**
**LAS VEGAS, NV 89117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business debt**

**Unknown**

---

| | |
|---|---|
| 4.2<br>89 | |

**Don Brosius**
Nonpriority Creditor's Name
**129 Hill Dr**
**Fincastle, VA 24090**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Business debt**

**Unknown**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

4.2
90

**Don Haring**
Nonpriority Creditor's Name
**PO BOX 20**
**Creamery, PA 19430**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

4.2
91

**Donald George**
Nonpriority Creditor's Name
**155 oak street**
**Lilly, PA 15938**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

4.2
92

**Donnie Campbell**
Nonpriority Creditor's Name
**312 St. James Drive**
**Langhorne, PA 19047**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.2 93**

**Doug Bell**

Nonpriority Creditor's Name

**4102 S 220th Place**
**Kent, WA 98032**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 94**

**Douglas Schroeder**

Nonpriority Creditor's Name

**1582 GALLEON BLVD**
**HILLIARD, OH 43026**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.2 95**

**Douglas Wallace**

Nonpriority Creditor's Name

**45 Lenox Circle**
**Roanoke, VA 24019**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.2 96**

**Dru Tischer**

Nonpriority Creditor's Name

**1509 N Minnesota Ave**
**Shawnee, OK 74804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.2 97**

**Dru Tischer**

Nonpriority Creditor's Name

**1509 N Minnesota Ave**
**Shawnee, OK 74804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.2 98**

**Duy Ninh**

Nonpriority Creditor's Name

**13227 Rustic Garden Dr**
**Houston, TX 77083**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.299**

**Dwayne Soriano**
Nonpriority Creditor's Name
**973 Beachpoint Way**
**Rodeo, CA 94572**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.300**

**dylan blasenak**
Nonpriority Creditor's Name
**3401 pottz trail**
**conway, SC 29526**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.301**

**Dylan Buehler**
Nonpriority Creditor's Name
**268 Kenyon Avenue**
**Millville, NJ 08332**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                              Case number (if known) _____

---

**4.3 02**

**Dylan Rogness**
Nonpriority Creditor's Name
**122 Silkstone Road West**
**Lethbridge, AK T1J 2G3**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 03**

**Edward  Stevens**
Nonpriority Creditor's Name
**9601 Justin Lane**
**Laurel, MD 20723**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 04**

**Edwin Solorzano**
Nonpriority Creditor's Name
**8174 Lakespring Way**
**SACRAMENTO, CA 95828**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

| 4.3 05 | **Eileen Cruz** |
|---|---|

Nonpriority Creditor's Name

**190 Nw 122nd Ave**
**Miami, FL 33182**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 06 | **Eli Boone** |
|---|---|

Nonpriority Creditor's Name

**11812 Richmond st**
**Caldwell, ID 83605**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 07 | **Elijah King** |
|---|---|

Nonpriority Creditor's Name

**110 London Lane**
**Sharpsburg, GA 30277**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                           Case number (if known) _____

| | | | |
|---|---|---|---|

**4.3 08**

**Elliot Kuzma**
_____
Nonpriority Creditor's Name
**42 Fitchburg Rd**
**Ashburnham, MA 01430**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.3 09**

**Emerson  Aguilar**
_____
Nonpriority Creditor's Name
**3676 Farnham Place**
**Riverside, CA 92503**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.3 10**

**Emily Luna**
_____
Nonpriority Creditor's Name
**11601 Lago Vis W Apt 1401**
**Farmers Branch, TX 75234**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.3 11 | **Entertainment Earth** |
|---|---|

Nonpriority Creditor's Name
**61 Moreland Road**
**Simi Valley, CA 93065**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                      **$6,844.94**

**When was the debt incurred?**   **Unknown**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

| 4.3 12 | **Eoghan Cataldo** |
|---|---|

Nonpriority Creditor's Name
**3150 Rochambeau Avenue**
**Apt B23**
**Bronx, NY 10467**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                      **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 13 | **Eric  Herb** |
|---|---|

Nonpriority Creditor's Name
**27 Golf Rd**
**Apt B**
**Lebanon, PA 17046**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                      **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

**4.3 14**

**Eric  McTureous**

Nonpriority Creditor's Name

**7080 sw 34th place**
**Gainesville, FL 32608**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.3 15**

**Eric  McTureous**

Nonpriority Creditor's Name

**7080 sw 34th place**
**Gainesville, FL 32608**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.3 16**

**Eric Alvarado**

Nonpriority Creditor's Name

**1094 Beaver Way**
**La verne, CA 91750**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (*if known*) _____

---

**4.3
17**

**Eric Anderson**
Nonpriority Creditor's Name

**875-3 Dipper Lane**
**Unit 3**
**Aurora, OH 44202**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.3
18**

**Eric Ballenger**
Nonpriority Creditor's Name

**2107 Beckham Ln**
**St Charles, IL 60174**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.3
19**

**Eric Galan**
Nonpriority Creditor's Name

**2303 Fair Oaks Dr**
**Austin, TX 78745**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                              Case number (if known) _____

---

| 4.3 20 | **Eric Matthias** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**1131 E Oriole Dr**
**Gilbert, AZ 85297**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 21 | **Eric Nichols** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Caputo Ave**
**Fort Edward, NY 12828-1104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 22 | **Eric Pichardo** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**14226 Gowland St**
**Houston, TX 77045**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                              Case number (if known) _____

---

**4.3 23**

**Eric Pierce**
Nonpriority Creditor's Name
**1034 Towlston Rd**
**McLean, VA 22102**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**               **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.3 24**

**Eric Roepke**
Nonpriority Creditor's Name
**8 Country Club Drive Apt H**
**Coram, NY 11727**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**               **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.3 25**

**Eric Springsted**
Nonpriority Creditor's Name
**12230 SW Winterhawk Ln**
**Beaverton, OR 97007**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**               **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                Case number (if known) _____

---

| 4.3 26 | **Erich Joas** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**1521 8th Ave**
**Apt B314**
**Greeley, CO 80631**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 27 | **Erich Lehman** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**400 Spencer Rd**
**Rochester, NY 14609**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.3 28 | **Erik Cole** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**3255 SW 78th Ave**
**Portland, OR 97225**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.3 29 | **Erik Lopez** | Last 4 digits of account number __1784__ | Unknown |

Nonpriority Creditor's Name
**8630 Broadway**
**Apt 3B**
**Elmhurst, NY 11373**
Number Street City State Zip Code

**When was the debt incurred?**  __2022__

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 30 | **Erin Clement** | Last 4 digits of account number __1784__ | Unknown |

Nonpriority Creditor's Name
**14691 Dartmouth Cir**
**tustin, CA 92780**
Number Street City State Zip Code

**When was the debt incurred?**  __2022__

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 31 | **Eryn Sahs** | Last 4 digits of account number __1784__ | Unknown |

Nonpriority Creditor's Name
**923 Warner Ave**
**Lemont, IL 60439**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  __2022__

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.3 32 | |
|---|---|

**Esteban Asencio**
Nonpriority Creditor's Name
**2424 SW 177th Terrace**
**Miramar, FL 33029**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 33 | |
|---|---|

**Ethan Inge**
Nonpriority Creditor's Name
**2501 Pendleton Drive**
**Apt. 908**
**Norman, OK 73072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 34 | |
|---|---|

**Ethan Urzua**
Nonpriority Creditor's Name
**45 Fullerton Ave**
**Whitman, MA 02382**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.3 35**

**Etyam Santos**
Nonpriority Creditor's Name
**14110 N Gila River Ave**
**Marana, AZ 85658**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 36**

**evan contreras**
Nonpriority Creditor's Name
**13028 downey ave**
**Apt H**
**downey, CA 90242**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 37**

**Evan Kwak**
Nonpriority Creditor's Name
**2014 Deerfield Dr**
**Bensalem, PA 19029**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.3 38 | **Evan Valencia** |
|---|---|

Nonpriority Creditor's Name
**5437 Lafayette Dr**
**Fuquay-Varina, NC 27526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

| 4.3 39 | **Evangelos Lithoxopoulos** |
|---|---|

Nonpriority Creditor's Name
**4806 Sawtelle blvd**
**Culver city, CA 90230**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

| 4.3 40 | **Fabio Redivo** |
|---|---|

Nonpriority Creditor's Name
**35 Edenville Rd**
**Warwick, NY 10990**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

Debtor 1  **Rachel Lee Orapello**                                      Case number *(if known)* _____

---

| 4.3 41 | **Felix Feagins** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**7028 Glenwood Ln**
**Moody, AL 35004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.3 42 | **Felix Lu** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**460 Center St. #6424**
**Moraga, CA 94570**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.3 43 | **Fernando Catania** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**8600 NW 64th Street**
**Suite 4**
**Miami, FL 33166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.3 44 | **Forrest  Strickland** |
|---|---|

Nonpriority Creditor's Name

**90 E Mason Place**
**Grapeview, WA 98546**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 45 | **Forrest Link** |
|---|---|

Nonpriority Creditor's Name

**2845 Clarendon Dr**
**Richmond, VA 23235**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 46 | **Francesco Brusco** |
|---|---|

Nonpriority Creditor's Name

**117 W Central Blvd**
**Suite 1**
**Palisades Park, NJ 07650**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.3 47 | **Francisco Cubillos** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**45-26 80th St**
**Apt #2A**
**Elmhurst, NY 11373**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 48 | **Francisco Marmolejo** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**624 Button St**
**Santa Cruz, CA 95060**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 49 | **Francisco Nunez** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**164 Princeton road**
**Parlin, NJ 08859**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                      Case number *(if known)* _____

---

**4.3 50**

**Frank Page**

Nonpriority Creditor's Name

**21 Weeks Rd**
**Palmyra, ME 04965-3619**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 51**

**Frank Roman**

Nonpriority Creditor's Name

**5845 Caminito Del Estio**
**La Jolla, CA 92037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 52**

**Franky Gonzales**

Nonpriority Creditor's Name

**5220 W Northern Ave**
**112**
**Glendale, AZ 85301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                   Case number (if known) _____

---

| 4.3 53 | **Fred Soriano** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**14 Maple Way**
**San Carlos, CA 94070**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 54 | **Fritz  Duggan** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**323 Pierce Street**
**Lakewood, CO 80226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 55 | **Gabriel Loubies Cordova** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2250 NW 114th Ave**
**Unit 1W CHL513270**
**Miami, FL 33192**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.3 56 | **Gaige Jevne** | **Last 4 digits of account number** 1784 | **Unknown** |

Nonpriority Creditor's Name
**818 23rd St S**
**Apt 7**
**Fargo, ND 58103**

**When was the debt incurred?** 2022

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

| 4.3 57 | **Gambit  Rodriguez** | **Last 4 digits of account number** 1784 | **Unknown** |

Nonpriority Creditor's Name
**5350 Orangethorpe Ave**
**Apt 67**
**La Palma, CA 90623**

**When was the debt incurred?** 2022

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

| 4.3 58 | **Garrett Baldwin** | **Last 4 digits of account number** 1784 | **Unknown** |

Nonpriority Creditor's Name
**270 Happy Home School Rd**
**Ruffin, NC 27326**

**When was the debt incurred?** 2022

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                            Case number *(if known)* _____

---

**4.3 59**   **Garrett Surles**                              Last 4 digits of account number   **1784**                              Unknown

Nonpriority Creditor's Name

**9601 Keeling Ridge Rd**                              When was the debt incurred?   **2022**
**Louisville, KY 40291**

Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community**            ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Business debt**

---

**4.3 60**   **Garrison Webking**                          Last 4 digits of account number   **1784**                              Unknown

Nonpriority Creditor's Name

**906 7th Ave NW**                                    When was the debt incurred?   **2022**
**Puyallup, WA 98371**

Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community**            ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Business debt**

---

**4.3 61**   **Gary Couturie**                             Last 4 digits of account number   **1784**                              Unknown

Nonpriority Creditor's Name

**1330 Park Dr**                                      When was the debt incurred?   **2022**
**Suite 300**
**Mandeville, LA 70471**

Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                                       ■ Contingent

☐ Debtor 2 only                                       ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                          ■ Disputed

■ At least one of the debtors and another             **Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community**            ☐ Student loans
**debt**
                                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                   report as priority claims

■ No                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                 ■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number *(if known)*

| | |
|---|---|
| **4.3 62** | |

**Gary Spisak**

Last 4 digits of account number **1784**                          **Unknown**

Nonpriority Creditor's Name
**11745 Preston St**
**Grand Terrace, CA 92313**

When was the debt incurred? **2022**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

| | |
|---|---|
| **4.3 63** | |

**Gary Williamson**

Last 4 digits of account number **1784**                          **Unknown**

Nonpriority Creditor's Name
**1290 W. Horizon Ridge Parkway**
**#623**
**Henderson, NV 89012**

When was the debt incurred? **2022**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

| | |
|---|---|
| **4.3 64** | |

**Gary Young**

Last 4 digits of account number **1784**                          **Unknown**

Nonpriority Creditor's Name
**327 Ogden Station Rd**
**Wenonah, NJ 08090**

When was the debt incurred? **2022**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.3 65**

**Gavin Thomas**
Nonpriority Creditor's Name
**11024 Home Shore Drive**
**Pinckney, MI 48169**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.3 66**

**Geof Harrington**
Nonpriority Creditor's Name
**38 Commerce Ave SW**
**Apt 503**
**Grand Rapids, MI 49503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.3 67**

**George Guerra**
Nonpriority Creditor's Name
**320 Liberty Street**
**Apt 57**
**Little Ferry, NJ 07643**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known)

---

| 4.3 68 | **George Santiago** | | Last 4 digits of account number   **1784** | | **Unknown** |

Nonpriority Creditor's Name
**6416 NW 56th St.**
**Coral Springs, FL 33067**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 69 | **Gerald LaBoone** | | Last 4 digits of account number   **1784** | | **Unknown** |

Nonpriority Creditor's Name
**105 Smithfield Blvd**
**Smithfield, VA 23430**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 70 | **Gianni Tabigne** | | Last 4 digits of account number   **1784** | | **Unknown** |

Nonpriority Creditor's Name
**91-1841 Keaunui Dr**
**Unit 607**
**Ewa Beach, HI 96706**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.3 71**

**Gianny Giguere**

Nonpriority Creditor's Name

**100 walnut st**
**Door 19**
**Champlain, NY 12919**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**Unknown**

---

**4.3 72**

**Gilbert Ascencion**

Nonpriority Creditor's Name

**1917 Myrtle St.**
**Apt. 4**
**Santa Ana, CA 92703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**Unknown**

---

**4.3 73**

**Glenn Hyland**

Nonpriority Creditor's Name

**124 Birch St**
**Kingsford, MI 49802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**Unknown**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.3 74**

**Goldman Sachs Bank USA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 70379**
**Philadelphia, PA 19176**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **7651**          **$2,360.00**

**When was the debt incurred?**    **Opened 05/20  Last Active 11/22**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

**4.3 75**

**Gordy Gibson**
Nonpriority Creditor's Name
**5918 Simpson Ave**
**Valley Village, CA 91607**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.3 76**

**Gordy Gibson**
Nonpriority Creditor's Name
**5918 Simpson Ave**
**Valley Village, CA 91607**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.3 77 | **Graham Read** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**3334 ne 55th ave**
**Portland, OR 97213**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.3 78 | **Greg  Kicmal** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**810 shortwood drive**
**Joliet, IL 60432**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.3 79 | **greg bugbee** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**717 Maple Brook Rd**
**Fuquay Varina, NC 27526**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.3 80 | **Greggory F Pontious** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name
**375 Jacksonville Rd.**
**Bldg. 2 Apt. 204**
**Warminster, PA 18974**
Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 81 | **Gregory Cavaluzzo** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name
**185 Buckingham Road**
**West Hempstead, NY 11552**
Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 82 | **Griffin Ferrari** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name
**6291 court street rd**
**east Syracuse, NY 13057**
Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.3 83**

**Guillermo Verdesoto**

Nonpriority Creditor's Name

**6117 Northwest 72nd Avenue**
**Miami, FL 33195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 84**

**Gustavo Acosta**

Nonpriority Creditor's Name

**750 W Irving Park Rd**
**Apt 03**
**Chicago, IL 60613**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**4.3 85**

**Hanqi Dong**

Nonpriority Creditor's Name

**1555 Adams St**
**Apt D2**
**Madison, WI 53711-2102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**         **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

| 4.3 86 | **Harry Rodriguez** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**18540 Soledad Canyon Road Space 94**
**Canyon Country, CA 91351**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 87 | **Henry Galarza** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1318 Mill Slough Road**
**Kissimmee, FL 34744**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 88 | **Heston Bond** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**30782 South County Road**
**Stigler, OK 74462**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1     **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.3 89 | **Hinata Ikagawa** | | **Last 4 digits of account number** | **1784** | | | **Unknown** |

Nonpriority Creditor's Name

**11 Palamedes**
**Irvine, CA 92604**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business debt**

---

| 4.3 90 | **Holden Combs** | | **Last 4 digits of account number** | **1784** | | | **Unknown** |

Nonpriority Creditor's Name

**235 west center street**
**Milford center, OH 43045**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business debt**

---

| 4.3 91 | **Ian  Walker** | | **Last 4 digits of account number** | **1784** | | | **Unknown** |

Nonpriority Creditor's Name

**1230 NLBJ hill country apts**
**837**
**San Marcos, TX 78666**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

| 4.3 92 | **Ian Happel** | **Last 4 digits of account number** 1784 | **Unknown** |

Nonpriority Creditor's Name
**6663 Montezuma Rd.**
**Apt 26**
**San Diego, CA 92115**
Number Street City State Zip Code

**When was the debt incurred?**   2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 93 | **Ina Molinari** | **Last 4 digits of account number** 1784 | **Unknown** |

Nonpriority Creditor's Name
**11 Cummings Pl**
**Brigantine, NJ 08203**
Number Street City State Zip Code

**When was the debt incurred?**   2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 94 | **Isaac Solis** | **Last 4 digits of account number** 1784 | **Unknown** |

Nonpriority Creditor's Name
**1701 Smokehouse rd**
**Granbury, TX 76049**
Number Street City State Zip Code

**When was the debt incurred?**   2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.3 95**

**Isaac Fesmire**

Nonpriority Creditor's Name

**152 Keil St.**
**North Tonawanda, NY 14120**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                       **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 96**

**Isabella Henkel-Hanke**

Nonpriority Creditor's Name

**5925 Valentine Dr.**
**Winneconne, WI 54986**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                       **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 97**

**Israel Del Valle**

Nonpriority Creditor's Name

**8910 Levelland**
**San Antonio, TX 78251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                       **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                  Case number *(if known)*

---

**4.3 98**

**Israel Padilla**
Nonpriority Creditor's Name
**3713 Sumac dr**
**Joliet, IL 60435**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?       **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.3 99**

**Issam Abreu**
Nonpriority Creditor's Name
**3400 CALLE MARQUES**
**SAN ANTONIO, PA 00690-1355**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?       **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 00**

**Itria Ventures/Biz 2 Credit**
Nonpriority Creditor's Name
**1000 N West St #1200**
**Wilmington, DE 19801**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **0685**                          **$26,562.50**

When was the debt incurred?       **10/11/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.4 01**

**Izaak Aguirre**
Nonpriority Creditor's Name
**11133 Shoreline Dr**
**El Paso, TX 79936**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Unknown

---

**4.4 02**

**Jace Wilhelmi**
Nonpriority Creditor's Name
**20808 N 27th Ave Apt 1106**
**1106**
**Phoenix, AZ 85027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Unknown

---

**4.4 03**

**Jack  Silbergeld**
Nonpriority Creditor's Name
**17441 Cardinal Drive**
**Lake Oswego, OR 97034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Unknown

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

**4.4 04**

**Jackson  Masters**
Nonpriority Creditor's Name
**1862 old Seneca tpke
Marcellus, NY 13108**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number   1784**            **Unknown**

**When was the debt incurred?   2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

**4.4 05**

**jackson branch**
Nonpriority Creditor's Name
**12 chelsea circle
greenville, SC 29605**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number   1784**            **Unknown**

**When was the debt incurred?   2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

**4.4 06**

**Jacob  Trombino**
Nonpriority Creditor's Name
**3151 Muldoon Road
Pensacola, FL 32526**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number   1784**            **Unknown**

**When was the debt incurred?   2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt** _____

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.4 07 |

**Jacob DePriest**
Nonpriority Creditor's Name
**5737 Shaver St**
**Dublin, VA 24084**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 08 |

**Jacob Opperman**
Nonpriority Creditor's Name
**6434 Bay Hill Dr.**
**Abilene, TX 79606**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 09 |

**Jacob Schwartz**
Nonpriority Creditor's Name
**1320 W 39th St**
**Norfolk, VA 23508**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                                    Case number *(if known)* _____

---

**4.4 10**

**Jae In**
_____
Nonpriority Creditor's Name
**8682 Shamrock Place**
**Dublin, CA 94568**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 11**

**Jae Kim**
_____
Nonpriority Creditor's Name
**5006 woodbine rd**
**Woodbine, MD 21797**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 12**

**Jake Groendal**
_____
Nonpriority Creditor's Name
**12 Monroe Center St NW**
**Grand Rapids, MI 49503**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.4 13**

**Jake Kopach**
Nonpriority Creditor's Name
**633 Williams Ave**
**Runnemede, NJ 08078**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.4 14**

**James Cailotto**
Nonpriority Creditor's Name
**5232 California Ave SW**
**Unit D**
**Seattle, WA 98136**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.4 15**

**James Hudson**
Nonpriority Creditor's Name
**613 N Francis Avenue**
**Lansing, MI 48912**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

| 4.4 16 | **James McIsaac** |
|---|---|

Nonpriority Creditor's Name

**67 Commercial Blvd**
**Central Islip, NY 11722**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number   1784**          **Unknown**

**When was the debt incurred?   2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 17 | **James Owen** |
|---|---|

Nonpriority Creditor's Name

**4724 e merced st**
**Des moines, IA 50317**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number   1784**          **Unknown**

**When was the debt incurred?   2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 18 | **James Piccolo** |
|---|---|

Nonpriority Creditor's Name

**41 Mountain View Dr**
**Brookfield, CT 06804**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number   1784**          **Unknown**

**When was the debt incurred?   2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                                Case number *(if known)* _____

---

**4.4 19**

**James Portillo**
Nonpriority Creditor's Name
**1411 South Highland Ave**
**Unit C**
**Fullerton, CA 92832**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**           **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business debt**

---

**4.4 20**

**James Sporl**
Nonpriority Creditor's Name
**610 WOLVERINE PLACE**
**JACKSONVILLE, NC 28546**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**           **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business debt**

---

**4.4 21**

**James Toya**
Nonpriority Creditor's Name
**1858**
**Nausika Avr**
**Rowland Heights, CA 91748**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**           **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                            Case number (if known) _____

---

**4.4 22**

**James West**                                          Last 4 digits of account number   **1784**                    **Unknown**
Nonpriority Creditor's Name
**1908 19th Court**                                      When was the debt incurred?      **2022**
**Jupiter, FL 33477**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                         ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ■ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community                ☐ Student loans
debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                    ■ Other. Specify   **Business debt**
☐ Yes

---

**4.4 23**

**James Wilson**                                        Last 4 digits of account number   **1784**                    **Unknown**
Nonpriority Creditor's Name
**8118 Fairway Villa Drive**                            When was the debt incurred?      **2022**
**Gautier, MS 39553**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                         ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ■ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community                ☐ Student loans
debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                    ■ Other. Specify   **Business debt**
☐ Yes

---

**4.4 24**

**Jamie Theurich**                                      Last 4 digits of account number   **1784**                    **Unknown**
Nonpriority Creditor's Name
**106 Queens Drive**                                    When was the debt incurred?      **2022**
**G**
**Hudson Falls, NY 12839**
Number Street City State Zip Code                        As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                         ■ Contingent
☐ Debtor 2 only                                         ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                            ■ Disputed
■ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a community                ☐ Student loans
debt**                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                     report as priority claims
                                                        ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No                                                    ■ Other. Specify   **Business debt**
☐ Yes

---

Debtor 1    **Rachel Lee Orapello**                                Case number (if known)

---

<table>
<tr><td>4.4<br>25</td><td colspan="2"></td></tr>
</table>

**Jamison Smith**

Nonpriority Creditor's Name

**138 Rolling Rock Road**
**Aiken, SC 29803**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

<table>
<tr><td>4.4<br>26</td><td colspan="2"></td></tr>
</table>

**Janet Lai**

Nonpriority Creditor's Name

**950 West Broadway**
**108**
**Vancouver, AR V5Z 1K7**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

<table>
<tr><td>4.4<br>27</td><td colspan="2"></td></tr>
</table>

**Jared Casaldi**

Nonpriority Creditor's Name

**818c street**
**Danville, PA 17821**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.4<br>28 | **Jared Diecidue** | Last 4 digits of account number | **1784** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**11 Alden ave west**
**Randolph, MA 02368**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.4<br>29 | **Jared Massey** | Last 4 digits of account number | **1784** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**36 Jackson way**
**Fort Oglethorpe, GA 30742**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.4<br>30 | **Jared Pahutski** | Last 4 digits of account number | **1784** | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**205 River Place Dr**
**Unit 518**
**Augusta, GA 30909**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.4 31**

**Jaren  Decker**

Nonpriority Creditor's Name

**4455 kron lane**

**Elizabeth, IN 47116**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1784**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

**4.4 32**

**Jaret Turner**

Nonpriority Creditor's Name

**1679 Blanc Court**

**Gurnee, IL 60031**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1784**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

**4.4 33**

**Jarrett Munger**

Nonpriority Creditor's Name

**105 W Cunningham St**

**Bonham, TX 75418**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**  **1784**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1    **Rachel Lee Orapello**                                      Case number (*if known*) _____

---

**4.4**
**34**

**Jarrett Bertoncin**
Nonpriority Creditor's Name
**6120 Lamar Ave**
**Mission, KS 66202**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4**
**35**

**Jarrett LaBean**
Nonpriority Creditor's Name
**703 S Kibbee St**
**Saint Johns, MI 48879**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4**
**36**

**Jason  Solich**
Nonpriority Creditor's Name
**121 Duranta St**
**Unit A**
**Roseville, CA 95678**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                         Case number (if known) _____

---

**4.4 37**

**Jason Bartlett**
_____
Nonpriority Creditor's Name
**120 Sunridge Dr**
**Freedom, PA 15042**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784** _____          **Unknown**

When was the debt incurred?         **2022** _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

**4.4 38**

**Jason Beland**
_____
Nonpriority Creditor's Name
**811 ave Cardinal Rouleau, apt. 5**
**apt. 5**
**Quebec, PA G1S3K6**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784** _____          **Unknown**

When was the debt incurred?         **2022** _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

**4.4 39**

**Jason Blake**
_____
Nonpriority Creditor's Name
**385 Sanctuary Park Dr**
**Summerville, SC 29486**
_____
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784** _____          **Unknown**

When was the debt incurred?         **2022** _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt** _____

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.4**
**40**

**Jason Cain**
Nonpriority Creditor's Name
**27 St Germain Place**
**Saint Charles, IL 60175**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4**
**41**

**Jason DeSilva**
Nonpriority Creditor's Name
**1925 Ramsey Drive**
**Lake Worth, FL 33461**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4**
**42**

**Jason Esbensen**
Nonpriority Creditor's Name
**479 E Cherry Rd**
**Quakertown, PA 18951**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.4 43 | **jason gorski** | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**400 Brassie Drive**
**Longwood, FL 32750**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 44 | **Jason Jourdan** | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**366 Holly Grove Road**
**Lewis Center, OH 43035**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 45 | **Jason Lee** | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**4645 Likini St.**
**Honolulu, HI 96818**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.4 46**

**Jason Mitchell**
Nonpriority Creditor's Name
**406 Triumph Ln**
**Wake Forest, NC 27587**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?       **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 47**

**Jason Smith**
Nonpriority Creditor's Name
**257 1st Avenue**
**Avondale Estates, GA 30002**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?       **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 48**

**JASON STUDLEY**
Nonpriority Creditor's Name
**35631 Placid Place**
**Cathedral City, CA 92234**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**              **Unknown**

When was the debt incurred?       **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                         Case number (if known) _____

---

**4.4 49**

**Jason Yang**
Nonpriority Creditor's Name
**12203 S. 4th Street**
**Jenks, OK 74037**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4 50**

**Jason Yang**
Nonpriority Creditor's Name
**12203 S. 4th Street**
**Jenks, OK 74037**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4 51**

**Jason Yoo**
Nonpriority Creditor's Name
**1220 Post Rd**
**Apt 117**
**Fitchburg, WI 53713**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.4 52 | **Javier  Orta** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1127 Nw 123rd Ct**
**Miami, FL 33182**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 53 | **Javier Flores** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**PO Box2289**
**Roma, TX 78584**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 54 | **Jayson  Olea** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**8649 N Maya Ct**
**Tucson, AZ 85742**
Number Street City State Zip Code

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Debtor 1   **Rachel Lee Orapello**

Case number (*if known*) _____

---

| 4.4 55 | **Jayson  Rivera** |
|---|---|

Nonpriority Creditor's Name

**4524 s honore**
**1 apt**
**Chicago, IL 60609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt** _____

**Unknown**

---

| 4.4 56 | **Jc  Cortez** |
|---|---|

Nonpriority Creditor's Name

**Douglas Ave**
**Oakland, CA 94603**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt** _____

**Unknown**

---

| 4.4 57 | **JD Davis** |
|---|---|

Nonpriority Creditor's Name

**330 E 39th St**
**Apt 31G**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt** _____

**Unknown**

---

Debtor 1    **Rachel Lee Orapello**                                                     Case number (if known) _____

---

| 4.4 58 | | | |
|---|---|---|---|

**Jeff  Laslett**
Nonpriority Creditor's Name

**16848 Brady**
**Redford, MI 48240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?          **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 59 | | | |
|---|---|---|---|

**Jeff Bailey**
Nonpriority Creditor's Name

**1751 Dutch Valley Rd**
**Clinton, TN 37716**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?          **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 60 | | | |
|---|---|---|---|

**Jeff Barnes**
Nonpriority Creditor's Name

**7 Warren place**
**Waldwick, NJ 07463**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?          **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.4 61**

**Jeff Dey**
Nonpriority Creditor's Name
**4140 SW Tualatin Avenue**
**Portland, OR 97239**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 62**

**Jeff Dey**
Nonpriority Creditor's Name
**4140 SW Tualatin Avenue**
**Portland, OR 97239**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 63**

**Jeff McPeek**
Nonpriority Creditor's Name
**3010 S.Pines rd.**
**Apt.46**
**Spokane Valley, WA 99206**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                     Case number (if known) _____

---

**4.4 64**

**Jeff Moore**
Nonpriority Creditor's Name
**125 Lang Avenue**
**Pass Christian, MS 39571**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 65**

**Jeff Reeves**
Nonpriority Creditor's Name
**525 Future Islands Way**
**Wendell, NC 27591**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 66**

**Jeff Russell**
Nonpriority Creditor's Name
**205 Galveston Island Ln**
**Georgetown, TX 78628**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                            Case number (if known) _____

---

| 4.4 67 | **Jeffrey  Thackeray** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4835 Matchwood Court**
**Fayetteville, NC 28306**

**When was the debt incurred?**    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 68 | **Jen Miller** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1250 N June St**
**Apt 109**
**Los Angeles, CA 90038**

**When was the debt incurred?**    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.4 69 | **Jenn Rose** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**6628 Clybourn Ave #131**
**North Hollywood, CA 91606**

**When was the debt incurred?**    **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.4 70 | **Jeremy  Pazmino** | | | Last 4 digits of account number | **1784** | | Unknown |

**Jeremy  Pazmino**
Nonpriority Creditor's Name
**88-31 75th street**
**Queens, NY 11421**
Number Street City State Zip Code

Last 4 digits of account number   **1784**                      Unknown

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 71 |

**Jeremy Gates**
Nonpriority Creditor's Name
**9731 Mobile Street**
**Commerce City, CO 80022**
Number Street City State Zip Code

Last 4 digits of account number   **1784**                      Unknown

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 72 |

**Jeremy Huck**
Nonpriority Creditor's Name
**4246 S 84th st.**
**Greenfield, WI 53228**
Number Street City State Zip Code

Last 4 digits of account number   **1784**                      Unknown

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.4 73**

**Jeremy Meglasson**
Nonpriority Creditor's Name
**170 Panorama Drive**
**Wimberley, TX 78676**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**               **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 74**

**Jerome  Price**
Nonpriority Creditor's Name
**1533 N. Humboldt Ave.**
**Ontario, CA 91764**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**               **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 75**

**Jesse Jimenez**
Nonpriority Creditor's Name
**1044 Bison Way**
**Salinas, CA 93905**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**               **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.4 76**

**Jesse Martinez**
Nonpriority Creditor's Name
**11491 Se Linwood Ave**
**Milwaukie, OR 97222**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 77**

**Jesus Castillo**
Nonpriority Creditor's Name
**9249 Laurel Ave**
**Fontana, CA 92335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 78**

**Jesus Castillo**
Nonpriority Creditor's Name
**PO Box 3468**
**1158 E D St**
**San Luis, AZ 85349**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

**4.4 79**

**Jesus Martinez**
Nonpriority Creditor's Name
**11491 Se Linwood Ave**
**Milwaukie, OR 97222**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 80**

**Jesus Montes**
Nonpriority Creditor's Name
**1367 NW Campanella Way**
**Estacada, OR 97023**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 81**

**Jim Garrett**
Nonpriority Creditor's Name
**76 Outlook Ave**
**Hawthorne, NJ 07506**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

---

**4.4 82**

**Jim Greenlee**
Nonpriority Creditor's Name
**3002 Camelot Dr**
**Bryan, TX 77802**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                  **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 83**

**Jim McCaslin**
Nonpriority Creditor's Name
**1289 Little Bear Road**
**Buda, TX 78610**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                  **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.4 84**

**Jim Rogers**
Nonpriority Creditor's Name
**23435 Bayleaf Dr**
**Spring, TX 77373**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                  **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.4 85 | |
|---|---|

**Jimm McShane**
Nonpriority Creditor's Name
**4271 Sandstone Dr**
**Eagan, MN 55122**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.4 86 | |
|---|---|

**Jimmy  Charlton**
Nonpriority Creditor's Name
**68 7th Avenue north**
**Huntington station, NY 11746**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.4 87 | |
|---|---|

**Jimmy Shaw**
Nonpriority Creditor's Name
**96 Camden Woods Place**
**Dallas, GA 30157**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.4 88 | **JOAO PAULO OLIVEIRA** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**8429 NW 74th St.**
**PJC39195**
**Miami, FL 33166**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 89 | **Joaquin  Zarate** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2150 calview ave**
**San Jose, CA 95122**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.4 90 | **Joe Bartak** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**12709 W 121st Ter**
**Overland Park, KS 66213**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                         Case number (if known) _____

---

**4.4 91**

**Joe Gray**
Nonpriority Creditor's Name
**960 Pintail Rd**
**Knoxville, TN 37934**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1784**                     **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

**4.4 92**

**Joe Gray**
Nonpriority Creditor's Name
**960 Pintail Rd**
**Knoxville, TN 37934**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1784**                     **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

**4.4 93**

**JOE KAMLER**
Nonpriority Creditor's Name
**1108 NE 97TH PLACE**
**Kansas City, MO 64155**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **1784**                     **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

**4.4
94**

**Joe Kelley**
Nonpriority Creditor's Name
**500 Butler Ranch rd**
**Dripping Springs, TX 78620**
Number Street City State Zip Code

Last 4 digits of account number  **1784**

Unknown

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.4
95**

**Joe Knight**
Nonpriority Creditor's Name
**1227 N Genesee Ave**
**Apt 5**
**West Hollywood, CA 90046**
Number Street City State Zip Code

Last 4 digits of account number  **1784**

Unknown

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.4
96**

**Joel Hordyk**
Nonpriority Creditor's Name
**PO Box 99900 UC 395 673 RP0**
**Fiddlers Gre**
**Ancaster, OK L9G 0E6**
Number Street City State Zip Code

Last 4 digits of account number  **1784**

Unknown

When was the debt incurred?  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                                    Case number (if known) _____

---

**4.4 97**

**Joey Hadley**

Nonpriority Creditor's Name

**140 Jason drive**
**Oxford, AL 36203**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4 98**

**John  Medina**

Nonpriority Creditor's Name

**2307 Commercial St. NE**
**Albuquerque, NM 87102**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.4 99**

**John Berry**

Nonpriority Creditor's Name

**1609 Shenandoah Rd**
**Alexandria, VA 22308**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 00**

**John Caruso**

Nonpriority Creditor's Name

**42 Eagle Dr 4315**

**Egg Harbor Township, NJ 08234**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

**4.5 01**

**John Chisolm Thompson**

Nonpriority Creditor's Name

**243 Rhodes dr**

**Athens, GA 30606**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

**4.5 02**

**John Churchill**

Nonpriority Creditor's Name

**313 creek drive**

**321**

**Wayne, PA 19087**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 03**

**John Dunlop**
Nonpriority Creditor's Name
**10933 Trellis Ln**
**Pensacola, FL 32526**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**          **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 04**

**John Favotito Favorito**
Nonpriority Creditor's Name
**4265 Haulover Dr**
**Johns Island, SC 29455**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**          **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 05**

**John Hutelmyer**
Nonpriority Creditor's Name
**2205 Strawberry Lane**
**Coatesville, PA 19320**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**          **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.5 06 | **JOHN JOHNSON** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**7740 Texas 183A Toll Road**
**Apt 619**
**Leander, TX 78641**

Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.5 07 | **John Leo** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1 Elisa Ln**
**CLARK, NJ 07066-1751**

Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.5 08 | **John Lopes** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**3331 W 96th Ave**
**Westminster, CO 80031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)*

---

**4.5 09**

**John Munoz**
Nonpriority Creditor's Name
**7027 south Rockwell st**
**Apt 2**
**Chicago, IL 60629**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.5 10**

**John Paradiso**
Nonpriority Creditor's Name
**174 Straub Road**
**Rochester, NY 14626**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.5 11**

**John Parker**
Nonpriority Creditor's Name
**4634 E Willow Point Ct**
**Wichita, KS 67220**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.5 12**

**John Purdom**
Nonpriority Creditor's Name
**1699 Elmbridge ln**
**Hemet, CA 92545**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**            **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 13**

**John Shih**
Nonpriority Creditor's Name
**324 Marble Arch Ave**
**Unit 1**
**SAN JOSE, CA 95136**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**            **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 14**

**Johnnie Gonzalez**
Nonpriority Creditor's Name
**1816 Optimist Dr**
**Lakeland, FL 33801**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**            **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.5
15**

**Johnny Perez**
_____
Nonpriority Creditor's Name
**742 E Ashley Rd**
**San Antonio, TX 78221**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**        **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5
16**

**Jomar Sorio**
_____
Nonpriority Creditor's Name
**P.O. Box 8894**
**Tamuning, GA 96931**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**        **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5
17**

**Jon Kempson**
_____
Nonpriority Creditor's Name
**11676 Cygnet Drive**
**Waldorf, MD 20601**
_____
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**        **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                      Case number (if known)

---

| 4.5 18 | | |
|---|---|---|

**Jonah  Ira**

Last 4 digits of account number    **1784**                          **Unknown**

Nonpriority Creditor's Name

**8749 Laguna Star Drive**

When was the debt incurred?    **2022**

**Elk Grove, CA 95758**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.5 19 | | |
|---|---|---|

**Jonathan  Caruthers**

Last 4 digits of account number    **1784**                          **Unknown**

Nonpriority Creditor's Name

**3004 Fitzroy Court**

When was the debt incurred?    **2022**

**Spring Hill, TN 37174**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

| 4.5 20 | | |
|---|---|---|

**Jonathan  Phillips**

Last 4 digits of account number    **1784**                          **Unknown**

Nonpriority Creditor's Name

**232 Pearson Place**

When was the debt incurred?    **2022**

**Clayton, NC 27527**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

---

**4.5 21**

**Jonathan Bondoc**
Nonpriority Creditor's Name
**2909 Red Coat Cir**
**Brandon, FL 33511**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 22**

**Jonathan Feliciano**
Nonpriority Creditor's Name
**266 Lyons plains rd**
**Weston, CT 06883**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 23**

**Jonathan Navoney**
Nonpriority Creditor's Name
**180 Stonewood Drive**
**Bethel Park, PA 15102**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 24**

**Jonathan Pierce**
Nonpriority Creditor's Name
**522 tower ct**
**Circleville, OH 43113**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.5 25**

**Jordan Brown**
Nonpriority Creditor's Name
**444 George Brown Road**
**Pelion, SC 29123**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.5 26**

**Jordan Busby**
Nonpriority Creditor's Name
**5602 Franks Lane**
**Farmington, NM 87402**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

Debtor 1 **Rachel Lee Orapello**                                          Case number *(if known)* _____

| 4.5 27 | **Jordan Hamilton** | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**2716 Jackson St**
**Saint Joseph, MO 64507**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.5 28 | **Jordan Silver** | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**4623 Prospect Ave**
**7**
**Los Angeles, CA 90027**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.5 29 | **Jorge Galvez** | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**26111 Gravett Pl**
**Santa Clarita, CA 91350**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Debtor 1   **Rachel Lee Orapello**                                Case number *(if known)*

---

| 4.5 30 | **Jorge Herrera, Jr.** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4063 Coleman Ave**
**San Diego, CA 92154**

**When was the debt incurred?**     **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.5 31 | **JORGE SOLORIO** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**P.O. BOX 9025**
**PMB #211**
**CALEXICO, CA 92232**

**When was the debt incurred?**     **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify     **Business debt**

---

| 4.5 32 | **Jos?  Manuel  Ch? vez** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**482 W San Ysidro Boulevard**
**1019**
**San Ysidro, CA 92173-2444**

**When was the debt incurred?**     **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)*

---

**4.5
33**

**Jose  Ramirez**
Nonpriority Creditor's Name
**830 Jennings Ave
Unit 107
Santa Rosa, CA 95401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Unknown

---

**4.5
34**

**Jose Candelario**
Nonpriority Creditor's Name
**1206 hasley pl
Melbourne, FL 32940**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Unknown

---

**4.5
35**

**Jose Diaz**
Nonpriority Creditor's Name
**2813 28th st SW
Lehigh Acres, FL 33976**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Unknown

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.5 36 | |
|---|---|

**Jose Garcia**

Nonpriority Creditor's Name

**3502 South 2nd Street**
**Milwaukee, WI 53207**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                        **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 37 | |
|---|---|

**Jose M. Chavez**

Nonpriority Creditor's Name

**19632 chadway st**
**Santa Clarita, CA 91351**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                        **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 38 | |
|---|---|

**Jose Sanchez**

Nonpriority Creditor's Name

**1607 E Windmill Rd**
**Derby, KS 67037**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                        **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                           Case number (if known) _____

| 4.5 39 | **Joseph  Karcich** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**816 Edison avenue**
**APT 1R**
**Bronx, NY 10465**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 40 | **Joseph De La Torre** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**232.W.Wedgewood.ave**
**San Gabriel, CA 91776**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 41 | **Joseph Donnelly** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2990 Fisher Oak Pl**
**Green Cove Springs, FL 32043**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.5 42 | **Joseph Garcia** | | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**54 W New York Ave**
**Villas, NJ 08251**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business debt**

---

| 4.5 43 | **Joseph Jj** | | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**4122 Main St.**
**Rear**
**Pittsburgh, PA 15224**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business debt**

---

| 4.5 44 | **Joseph Revilla** | | **Last 4 digits of account number** **1784** | **Unknown** |

Nonpriority Creditor's Name
**2364 Cottonwood Trail**
**Chino Hills, CA 91709**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                Case number *(if known)* _____

---

**4.5 45**

**Joseph Tijerina**
Nonpriority Creditor's Name
**621 SE 168TH AVE**
**B25**
**VANCOUVER, WA 98684**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.5 46**

**Joseph Walker**
Nonpriority Creditor's Name
**6121 Farr Rd**
**Fruitport, MI 49415**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.5 47**

**Josh Berenbach**
Nonpriority Creditor's Name
**159 Enfield Drive**
**Carthage, NC 28327**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 48**

**Josh Juan**

Nonpriority Creditor's Name

**3400 N Zircon Dr**
**Prescott Valley, AZ 86314**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**                Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 49**

**Josh Mendyk**

Nonpriority Creditor's Name

**10 Baywood Dr**
**Ocean View, NJ 08230**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**                Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 50**

**Josh Miller**

Nonpriority Creditor's Name

**6295 Escallonia Drive**
**Newark, CA 94560**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**                Unknown

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                        Case number (if known) _____

---

**4.5 51**

**Joshua  Lockhart**
Nonpriority Creditor's Name
**1034 County Street 2939**
**Tuttle, OK 73089**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 52**

**Joshua Collis**
Nonpriority Creditor's Name
**903 W PENN PINES BLVD**
**CLIFTON HEIGHTS, PA 19018-4314**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 53**

**Joshua Fermin**
Nonpriority Creditor's Name
**3403 Cleveland Dr**
**Troy, MI 48083**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number (if known) _____

---

| 4.5 54 | **Joshua Freytes** | Last 4 digits of account number    **1784** | **Unknown** |

Nonpriority Creditor's Name

**7036 65th Pl # 3r**
**3R**
**Glendale, NY 11385**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.5 55 | **Joshua Jacobs** | Last 4 digits of account number    **1784** | **Unknown** |

Nonpriority Creditor's Name

**9319 Square Dance Pl**
**UNIT 103**
**Las Vegas, NV 89178**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.5 56 | **Joshua Nish** | Last 4 digits of account number    **1784** | **Unknown** |

Nonpriority Creditor's Name

**17820**
**Garland Groh Blvd**
**Hagerstown, MD 21740**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

---

**4.5 57**

**Joshua Tumblin**
Nonpriority Creditor's Name
**1412 nw 61st st**
**3**
**Seattle, WA 98107**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 58**

**Joshua Williams**
Nonpriority Creditor's Name
**616 Cinnamon Teal Cir**
**El Paso, TX 79932-4100**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 59**

**Joshua Worthey**
Nonpriority Creditor's Name
**401 2nd Ave S, Ste 200**
**Seattle, WA 98104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                              **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (*if known*) _____

---

**4.5 60**

**Josiah Shorb**
Nonpriority Creditor's Name
**2640 Kingsgate Way**
**Lot 165**
**Richland, WA 99354**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

**Unknown**

---

**4.5 61**

**JPMorgan Chase Bank, N.A.**
Nonpriority Creditor's Name
**700 West Main Street**
**Jenks, OK 74037**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **7015**

When was the debt incurred?   **Unknown**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

**$1,955.90**

---

**4.5 62**

**Juan  Morales**
Nonpriority Creditor's Name
**1441 S Peckham St**
**1**
**Fullerton, CA 92833**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 63**

**Juan Sanchez**
Nonpriority Creditor's Name
**4348 S HERMITAGE AVE**
**Chicago, IL 60609**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1784**                     **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.5 64**

**Juan Zavala**
Nonpriority Creditor's Name
**1169 Nile Ave**
**Chula Vista, CA 91911**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1784**                     **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.5 65**

**Julian Garza**
Nonpriority Creditor's Name
**14206 Stark Way**
**Mount Laurel, NJ 08054**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1784**                     **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number *(if known)*_____

---

**4.5 66**

**Julio Jimenez**
Nonpriority Creditor's Name
**3515 W 111th Place**
**Inglewood, CA 90303**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 67**

**Julio Melendez**
Nonpriority Creditor's Name
**4924 Bellthorn Dr**
**Orlando, FL 32887**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 68**

**Julio Sevilla**
Nonpriority Creditor's Name
**1644 crenshaw blvd**
**Los angeles, CA 90019**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                                     Case number (if known) _____

---

<table>
<tr><td>4.5<br>69</td><td><strong>Julius Rivera</strong></td><td>Last 4 digits of account number</td><td><strong>1784</strong></td><td><strong>Unknown</strong></td></tr>
</table>

Nonpriority Creditor's Name
**200 Avenue K Southeast**
**Apt 85**
**Winter Haven, FL 33880**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

<table>
<tr><td>4.5<br>70</td><td><strong>Juliyn Moreno</strong></td><td>Last 4 digits of account number</td><td><strong>1784</strong></td><td><strong>Unknown</strong></td></tr>
</table>

Nonpriority Creditor's Name
**145 La Mesa Dr**
**Salinas, CA 93901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

<table>
<tr><td>4.5<br>71</td><td><strong>Justin  Freed</strong></td><td>Last 4 digits of account number</td><td><strong>1784</strong></td><td><strong>Unknown</strong></td></tr>
</table>

Nonpriority Creditor's Name
**600 Mine St**
**Pottsville, PA 17901**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 72**

**Justin Bellace**
Nonpriority Creditor's Name
**1118 Roberts Rd**
**Media, PA 19063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **1784**        **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.5 73**

**Justin Honea**
Nonpriority Creditor's Name
**10604 Delusion Drive**
**Bakersfield, CA 93311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **1784**        **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.5 74**

**Justin Storm**
Nonpriority Creditor's Name
**6419 rippling way**
**Rocklin, CA 95677**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **1784**        **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

4.5
75

**Kaden Vidalier**

Nonpriority Creditor's Name

**6457 crosstimber dr**

**Orange, TX 77632**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

4.5
76

**Kagan Schmidt**

Nonpriority Creditor's Name

**3265 Camino Coronado**

**Carlsbad, CA 92009**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

4.5
77

**Kaleb Wilkins**

Nonpriority Creditor's Name

**423 SHADY GLN**

**DALLAS, GA 30132-0516**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number (if known) _____

---

**4.5 78**

**Kammeo Saunders**
Nonpriority Creditor's Name
**P.O. Box 1391**
**Saint Bonaventure trailer park #3**
**THOREAU, NM 87323**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                   **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.5 79**

**Kareem Rasheed**
Nonpriority Creditor's Name
**9344 213th St**
**Queens Village, NY 11428**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                   **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.5 80**

**Karina Ramirez**
Nonpriority Creditor's Name
**5903 N 68th St**
**Milwaukee, WI 53218**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                   **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                       Case number *(if known)*

---

**4.5 81**

**Kathleen Matkowski**
Nonpriority Creditor's Name

**4812 N State Road 7**
**207**
**Coconut Creek, FL 33073**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 82**

**Katie Pete**
Nonpriority Creditor's Name

**14013 McKay Park Circle**
**Broomfield, CO 80023**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 83**

**Kayla Loadvine**
Nonpriority Creditor's Name

**2210 Torrance Blvd**
**Torrance, CA 90501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

---

| 4.5 84 | **Keegan Hall** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**318 Hidden Creek Trail**
**Pelham, AL 35124**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 85 | **Keegan Harrison** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**8317 Saddleridge Dr NE**
**Calgary, AK T3J 4K4**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.5 86 | **Keith McIlvaine** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**3518 Neville Way**
**Nazareth, PA 18064**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 87**

**Kelan McLain**

Nonpriority Creditor's Name

**8440 Jonfred Court**
**Cincinnati, OH 45231**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**        **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.5 88**

**Kelsey Prusank**

Nonpriority Creditor's Name

**684 park ave west**
**apt 1**
**highland park, IL 60035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**        **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.5 89**

**Kelvin  Cruz**

Nonpriority Creditor's Name

**138 Metropolitan avenue**
**2**
**Roslindale, MA 02131**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**        **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.5 90**

**Ken  Conkle**

Nonpriority Creditor's Name

**1005 Luthy circle ne**
**Albuquerque, NM 87112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.5 91**

**Ken Lagman**

Nonpriority Creditor's Name

**1911 Walnut Creek Dr**
**Papillion, NE 68046-8231**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.5 92**

**Kenneth  Niebres**

Nonpriority Creditor's Name

**9950 Juanita St**
**Apt 47**
**Cypress, CA 90630**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                                  Case number (if known) _____

---

**4.5 93**

**Kenneth McDonnell**
Nonpriority Creditor's Name
**51 White Oak Street**
**2D**
**New Rochelle, NY 10801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**              **Unknown**

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 94**

**Keven Rivera**
Nonpriority Creditor's Name
**2992 Nottel Dr**
**St Cloud, FL 34772**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**              **Unknown**

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.5 95**

**Kevin Atkins**
Nonpriority Creditor's Name
**1628 cloverdale ln**
**San Jose, CA 95130**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**              **Unknown**

**When was the debt incurred?**      **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.5 96**

**Kevin Deschaine**
Nonpriority Creditor's Name
**3986 Yorkland Dr NW**
**Apt 12**
**Comstock Park, MI 49321**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.5 97**

**Kevin Greene**
Nonpriority Creditor's Name
**508 Progress Dr**
**Cottage Grove, WI 53527**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.5 98**

**Kevin Harrish**
Nonpriority Creditor's Name
**61 Deland Avenue**
**Columbus, OH 43214**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.5 99 | **Kevin Korpal** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**8757 Winans Lake Rd**
**Brighton, MI 48116**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.6 00 | **Kevin Kozarski** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1061 E Windwood Way**
**Tallahassee, FL 32311**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.6 01 | **Kevin Lemus** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 12874**
**Reno, NV 89510**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 02**

**Kevin Moore**

Nonpriority Creditor's Name

**5433 Black Walnut**
**Bulverde, TX 78163**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business debt**

Unknown

---

**4.6 03**

**Kevin Otterness**

Nonpriority Creditor's Name

**266 Exeter Ln**
**Sugar Grove, IL 60554**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business debt**

Unknown

---

**4.6 04**

**Keyan Stockton**

Nonpriority Creditor's Name

**21810 W 13th St S**
**Sand Springs, OK 74063**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Business debt**

Unknown

---

Debtor 1    **Rachel Lee Orapello**                                                    Case number (if known) _____

---

**4.6 05**

**Kieran OBrien**
Nonpriority Creditor's Name
**3475 White Sage St**
**Corona, CA 92881**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 06**

**Kinsey Handley**
Nonpriority Creditor's Name
**6600 Hampsher Road**
**Clinton, OH 44216**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 07**

**Kris Winn**
Nonpriority Creditor's Name
**1007 Mill Forest Srive**
**Midlothian, VA 23113**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 08**

**Krystle  Gordon**
Nonpriority Creditor's Name
**2528 163rd st ct e**
**Tacoma, WA 98445**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 09**

**Kumar Rodriguez-Olaitan**
Nonpriority Creditor's Name
**3398 Bellaire dr**
**Altadena, CA 91001**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 10**

**Kwame DeRoche**
Nonpriority Creditor's Name
**1478 Powells Tavern Place**
**Herndon, VA 20170-2880**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    Unknown

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                        Case number (if known) _____

---

**4.6 11**

**Kyle Dobbs**

Nonpriority Creditor's Name

**1033 MONROE ST**
**QUINCY, IL 62301**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 12**

**Kyle Freeman**

Nonpriority Creditor's Name

**60-39 70th Ave**
**Apt 2**
**Ridgewood, NY 11385**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 13**

**Kyle Grimes**

Nonpriority Creditor's Name

**48365 Calle Del Sol**
**Indio, CA 92201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.6 14 | **Kyle Peterson** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**330 NW Watercrest Dr**
**Ankeny, IA 50023**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.6 15 | **Kyle Quinn** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**7202  millis drive**
**Camby, IN 46113**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.6 16 | **Kyle Wagner** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**269 Santa Barbara**
**Irvine, CA 92606**
Number Street City State Zip Code

**When was the debt incurred?**  **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

| 4.6 17 | **kyle wright** |
|---|---|

Nonpriority Creditor's Name
**426 FAIRVIEW AVE**
**CROWN POINT, IN 46307**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.6 18 | **Kyler Faldzinski** |
|---|---|

Nonpriority Creditor's Name
**439 south lake view drive**
**Billings, MT 59105**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

| 4.6 19 | **Lance Sorensen** |
|---|---|

Nonpriority Creditor's Name
**1203 Birch Ct**
**Aurora, NE 68818**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 20**

**Landen Troxel**
Nonpriority Creditor's Name
**613 north 8 street**
**Middletown, IN 47356**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**            **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 21**

**Laura Leon**
Nonpriority Creditor's Name
**2221 E 120th St**
**Los Angeles, CA 90059**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**            **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 22**

**Laura Shaffer**
Nonpriority Creditor's Name
**908 Wemberton drive**
**Nashville, TN 37214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**            **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (*if known*) _____

---

**4.6 23**

**Lauri  Emenhiser**
Nonpriority Creditor's Name
**15381 CR 18**
**Middlebury, IN 46540**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify      **Business debt**

---

**4.6 24**

**Lawrence  Bonin**
Nonpriority Creditor's Name
**282 schoolhouse road**
**Old Saybrook, CT 06475**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify      **Business debt**

---

**4.6 25**

**Lawrence Rush Jr**
Nonpriority Creditor's Name
**7014 Blue Beech Dr**
**Riverview, FL 33578**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify      **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                      Case number (if known)

---

| 4.6 26 | **Lawrence Sanchez** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1060 Riker St**
**Apt 3**
**Salinas, CA 93901**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

| 4.6 27 | **Leonardo Ponce** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**8012 Cheshire Cir**
**La Palma, CA 90623**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

| 4.6 28 | **Leslie Almazan** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1701 oak hill lane**
**917**
**Austin, TX 78744**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 29**

**Liam Kelly**
Nonpriority Creditor's Name
**32 Oak Pl**
**Bernardsville, NJ 07924**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 30**

**Liam McCurdy**
Nonpriority Creditor's Name
**5713 Arlington Pkwy N**
**Fort Wayne, IN 46835**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 31**

**Lily Thomas**
Nonpriority Creditor's Name
**819 Lewis Ave SW**
**Albuquerque, NM 87102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.6 32 | **Lindsay Thompson** | | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**1598 Camelot Dr**
**Corona, CA 92882**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.6 33 | **Lisa Preldakaj** | | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**220 E 57th St**
**14E**
**NY, NY 10022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.6 34 | **Lizzy Repp** | | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**14209 E BLUE RIDGE RD**
**DEWEY HUMBLT, AZ 86327**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

---

**4.6 35**

**LJ Kunze**
Nonpriority Creditor's Name
**2914 Lupine**
**Lake Forest, CA 92630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.6 36**

**Logan Callahan**
Nonpriority Creditor's Name
**43 Gifford Ave**
**Poughkeepsie, NY 12601**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.6 37**

**Logan Coger**
Nonpriority Creditor's Name
**7 Sandpiper Lane**
**Ocean, NJ 07712**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 38**

**Logan Merrill**
Nonpriority Creditor's Name
**4415 gwyndale ct**
**Orlando, FL 32837**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

**4.6 39**

**Logan Zandstra**
Nonpriority Creditor's Name
**45570 Classic Way**
**Temecula, CA 92592**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

**4.6 40**

**Lorenzo De Santis**
Nonpriority Creditor's Name
**9 Forthbridge Crescent**
**Toronto, OK M3M1Z9**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                             Case number (if known) _____

---

**4.6 41**

**Louis Luepke**
Nonpriority Creditor's Name
**23921 Del Monte Dr.**
**Unit 39**
**Valencia, CA 91355**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.6 42**

**Louis Rivera**
Nonpriority Creditor's Name
**55 Hidden Stream Rd**
**Freehold, NJ 07728**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.6 43**

**Lucan  Rogers**
Nonpriority Creditor's Name
**75 n lookout knob dr**
**Sahaurita, AZ 85629**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 44**

**Lucas Cahill**
Nonpriority Creditor's Name
**26951 Via Grande**
**Mission Viejo, CA 92691**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1784**            **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 45**

**Lucas Dickens**
Nonpriority Creditor's Name
**127 Arizona Ave**
**Wake Village, TX 75501**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1784**            **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 46**

**Lucas Limbaga**
Nonpriority Creditor's Name
**16506 W Alicia Dr**
**Goodyear, AZ 85338**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1784**            **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 47**

**Lucas Silva**
Nonpriority Creditor's Name
**526 S Concord St**
**Los Angeles, CA 90063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 48**

**Luis  Ram??rez**
Nonpriority Creditor's Name
**1022 Muirfield Ave**
**Waukegan, IL 60085**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 49**

**Luis Antillon**
Nonpriority Creditor's Name
**1396 Shearwater Dr**
**Patterson, CA 95363**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

---

| 4.6 50 | **Luis Luck MAX** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name
**1345 NW 98th CT STE 2**
**MAX-8022**
**Miami, FL 33172-2779**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 51 | **Luis Ortiz** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name
**3118 Ravenhill Dr**
**Fayetteville, NC 28303**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.6 52 | **Luis Ponce** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name
**4034 Karling Pl**
**Palmdale, CA 93552**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6 53**

**Luiz Beu**
Nonpriority Creditor's Name
**700 Forbes ave**
**1002**
**Pittsburgh, PA 15219**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.6 54**

**Luke Graeber**
Nonpriority Creditor's Name
**8995 W US HIGHWAY 6**
**Westville, IN 46391**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.6 55**

**Luke Ludwig**
Nonpriority Creditor's Name
**1830 Rainbow Forest Dr**
**Lynchburg, VA 24502**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.6 |
| 56 |

**Luke Manock**

Nonpriority Creditor's Name

**8317 East Via de Sereno**
**Scottsdale, AZ 85258**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 |
| 57 |

**Luke Mirza**

Nonpriority Creditor's Name

**4252 N Menard**
**Chicago, IL 60634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 |
| 58 |

**Lyle Augustine**

Nonpriority Creditor's Name

**271 Harvest Hill Dr**
**Effort, PA 18330**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                               Case number (if known) _____

---

**4.6 59**

**mandy morgan**
Nonpriority Creditor's Name
**17708 millstone Dr**
**Macomb, MI 48044**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 60**

**Manuel Miranda**
Nonpriority Creditor's Name
**2104 Woolard Dr**
**Bakersfield, CA 93304**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 61**

**Manuel Viramontes**
Nonpriority Creditor's Name
**1977 DAVIS DR**
**LOS BANOS, CA 93635**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                              Case number (if known) _____

| 4.6 62 | **Marc  Pacheco** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name

**32827 crown point ln**
**Lake Elsinore, CA 92530**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.6 63 | **Marc Bluestone** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name

**615 5th Ave SE**
**Apt 1**
**Minneapolis, MN 55414**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.6 64 | **Marc Deblasio** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name

**811 E Harlequin Dr**
**Galloway, NJ 08205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number *(if known)*

---

**4.6 65**

**Marc Elias**
Nonpriority Creditor's Name
**967 NE Orenco Station Loop 616**
**Hillsboro, OR 97124**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                  **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 66**

**Marc Ross**
Nonpriority Creditor's Name
**22747 South Rd**
**Apple Valley, CA 92307**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                  **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.6 67**

**Marcin Taraszkiewicz**
Nonpriority Creditor's Name
**10331 TAILCOAT WAY**
**COLUMBIA, MD 21044-3810**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                  **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known)

---

**4.6 68**

**Marcos Meza**
Nonpriority Creditor's Name
**979 Maxwell St.**
**Fortuna, CA 95540**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                        **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 69**

**Marcus Skov**
Nonpriority Creditor's Name
**423 Tyee Drive (1732)**
**Point Roberts, WA 98281**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                        **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.6 70**

**Mario Cuevas**
Nonpriority Creditor's Name
**1585 E Elegante Dr**
**Casa Grande, AZ 85122**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                        **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                     Case number (*if known*) _____

---

| 4.6 71 | **Mario Morales** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**139 South Ave 58**
**2**
**Los Angeles, CA 90042**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Other. Specify    **Business debt**

---

| 4.6 72 | **Mark  Jakubowski** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**115 Birch Street**
**Ellwood City, PA 16117**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☐ Other. Specify    **Business debt**

---

| 4.6 73 | **Mark Atkins** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**6832 Heatherknoll Dr**
**Dallas, TX 75248**

When was the debt incurred?    **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ No
☐ Yes

☑ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.6 74 | **Mark Dayoan** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**50-39 69th st**
**Woodside, NY 11377**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 75 | **Mark Esquivel** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**4613 N Malden St**
**Apt 1**
**Chicago, IL 60640**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 76 | **Mark Hamilton** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**106 Lyon Court**
**Jersey City, NJ 07305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.6 77 | **Mark Ludlum** | | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**635 Rountree Avenue**
**Platteville, WI 53818**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.6 78 | **Mark Simon** | | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4922 Tres Lagos Dr.**
**Spring, TX 77389**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.6 79 | **Marshall Mccoy** | | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**403 humble way**
**Seymour, TN 37865**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.6 80 | **Marvin Alvarado** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**2196 Matthews Avenue**
**5G**
**Bronx, NY 10462**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 81 | **Mason Rainwater** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**35 maxwell place**
**Newnan, GA 30266**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 82 | **Mathieu Robichaud** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**12090 route 11**
**Village Blanchard, NV E8P 1R8**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                         Case number (if known) _____

---

| 4.6 83 | **Matt Goodmark** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**204 10th street**
**304**
**Jersey city, NJ 07302**

**When was the debt incurred?**    **2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.6 84 | **Matt Reid** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**17640 N. 77th Way**
**Scottsdale, AZ 85255**

**When was the debt incurred?**    **2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.6 85 | **Matt Rek** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**400 Spectrum Cir**
**Oxnard, CA 93030**

**When was the debt incurred?**    **2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)*

---

**4.6 86**

**Matt Smith**
Nonpriority Creditor's Name
**615 Marketview**
**Irvine, CA 92602**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1784**                        **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.6 87**

**Matt Taraldsen**
Nonpriority Creditor's Name
**7338 14th Ave S**
**Richfield, MN 55423**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1784**                        **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.6 88**

**Matt Woods**
Nonpriority Creditor's Name
**1581 N 1600 E**
**Logan, UT 84341**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **1784**                        **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.6
89**

**Matthew  Oh**

Nonpriority Creditor's Name

**11906 E Desert Trail Rd**
**Scottsdale, AZ 85259**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**          Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.6
90**

**Matthew Beckman**

Nonpriority Creditor's Name

**3814 Queen Anne Loop**
**307**
**Fayetteville, NC 28306**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**          Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.6
91**

**Matthew Brown**

Nonpriority Creditor's Name

**826 Trailway Drive**
**Raymore, MO 64083**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1784**          Unknown

When was the debt incurred?    **2022**

**As of the date you file, the claim is: Check all that apply**

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.6 92 | **Matthew Crosoli** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**7944 Nemours Parkway**
**Orlando, FL 32827**

Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 93 | **Matthew daughtry** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1308 Harris Road**
**Virginia Beach, VA 23452**

Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 94 | **Matthew Delaney** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**3856 19TH ST**
**# 2**
**San Francisco, CA 94114**

Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

<div style="border:1px solid">4.6 95</div>

**Matthew Diener**                          Last 4 digits of account number    **1784**                    **Unknown**
Nonpriority Creditor's Name
**17366 Jessica Lane**                       When was the debt incurred?         **2022**
**Chino Hills, CA 91709**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify    **Business debt**

---

<div style="border:1px solid">4.6 96</div>

**Matthew Drake**                           Last 4 digits of account number    **1784**                    **Unknown**
Nonpriority Creditor's Name
**112 Crab Orchard Ct**                      When was the debt incurred?         **2022**
**Oakdale, PA 15071**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify    **Business debt**

---

<div style="border:1px solid">4.6 97</div>

**Matthew Gurrola**                         Last 4 digits of account number    **1784**                    **Unknown**
Nonpriority Creditor's Name
**4937 Dillon Cross Way**                    When was the debt incurred?         **2022**
**Antelope, CA 95843**
Number Street City State Zip Code            As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                      ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?              report as priority claims
                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
☐ Yes                                        ■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                              Case number *(if known)* _____

---

**4.698**

**Matthew Higgins**
Nonpriority Creditor's Name
**2931 2nd Street**
**Apt 6**
**Santa Monica, CA 90405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

**4.699**

**Matthew Passiglia**
Nonpriority Creditor's Name
**4017 Jewell St**
**San Diego, CA 92109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

**4.700**

**Matthew Sexton**
Nonpriority Creditor's Name
**160 Bosc Court**
**Telford, PA 18969**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

---

**4.7 01**

**Matthew Zeray**
Nonpriority Creditor's Name
**25328**
**E Geddes Place**
**Aurora, CO 80016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 02**

**Maurice Mercado**
Nonpriority Creditor's Name
**40 South Broadway**
**Suite 215**
**Yonkers, NY 10708**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 03**

**Mauricio Cervantes**
Nonpriority Creditor's Name
**PO Box 185**
**Port Isabel, TX 78579**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                           Case number *(if known)*

---

| 4.7 04 | **Mauricio Montoya** |
|---|---|

Nonpriority Creditor's Name

**9020 NW 60TH ST**
**TAMARAC, FL 33321**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.7 05 | **Mauricio Rodriguez** |
|---|---|

Nonpriority Creditor's Name

**99 School St**
**120**
**Daly City, CA 94014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.7 06 | **Max Killian** |
|---|---|

Nonpriority Creditor's Name

**4800 Bonnie Brae Rd**
**North Chesterfield, VA 23234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                    **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

---

**4.7 07**

**Maxim Kornyevskyy**
Nonpriority Creditor's Name
**585 Bridget Pl**
**Wheeling, IL 60090**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1784**                     **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business debt**

---

**4.7 08**

**Maximilian  Savula**
Nonpriority Creditor's Name
**3852 S Turkeyfoot Rd**
**New Franklin, OH 44319**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1784**                     **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business debt**

---

**4.7 09**

**Maxwell Walpole**
Nonpriority Creditor's Name
**3387 Moubry Lane**
**Charlottesville, VA 22911**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **1784**                     **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☒ Contingent
☒ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.7 10 | |
|---|---|

**McCloughan Jr David**
Nonpriority Creditor's Name
**48 Buttonwood St**
**Lambertville, NJ 08530**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.7 11 | |
|---|---|

**MELANIE BOCKRATH**
Nonpriority Creditor's Name
**3271 Road J**
**Leipsic, OH 45856**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.7 12 | |
|---|---|

**Michael  Buonopane**
Nonpriority Creditor's Name
**25 Storey Ave**
**Suite 8 PMB 116**
**newburyport, MA 01950**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 13**

**Michael  Dorsey**
Nonpriority Creditor's Name
**1527 Friar Ln**
**Kirkwood, MO 63122**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Unknown**

---

**4.7 14**

**Michael  MacDougall**
Nonpriority Creditor's Name
**1466 Cedar Street**
**Berkeley, CA 94702**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Unknown**

---

**4.7 15**

**Michael Burchett**
Nonpriority Creditor's Name
**3800 Falls Road**
**Manchester, MD 21102**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**                                        Case number (if known) _____

---

**4.7 16**

**Michael Dank**
Nonpriority Creditor's Name
**9106 Louisiana Ave N**
**Brooklyn Park, MN 55445-3249**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 17**

**Michael Endter**
Nonpriority Creditor's Name
**9311 W Meadow Park Dr**
**Hales Corners, WI 53130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 18**

**Michael Gonzalez**
Nonpriority Creditor's Name
**12535 W Virginia Ave**
**Avondale, AZ 85392**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.7 19 | | | |

**Michael Jimenez**
Nonpriority Creditor's Name
**1813 NE 17th Ave**
**Hillsboro, OR 97124-1904**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

**Unknown**

---

| 4.7 20 | | | |

**Michael Krebs**
Nonpriority Creditor's Name
**96 motor ave**
**Farmingdale, NY 11735**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

**Unknown**

---

| 4.7 21 | | | |

**Michael Marsden**
Nonpriority Creditor's Name
**1102 W. Butterfield Dr**
**Nixa, MO 65714**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number (if known) _____

| 4.7 22 | **Michael Martinez** | Last 4 digits of account number | **1784** | **Unknown** |

**Michael Martinez**

Nonpriority Creditor's Name

**5419 pine ave**

**Maywood, CA 90270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

| 4.7 23 |

**Michael Nguyen**

Nonpriority Creditor's Name

**1908 Peyton Stewart Court**

**N Las Vegas, NV 89086**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

| 4.7 24 |

**Michael Nie**

Nonpriority Creditor's Name

**3917 Partridge Road**

**DeForest, WI 53532**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **1784**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**                                     Case number (if known) _____

---

| 4.7 25 | **Michael Short** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**402 Marigold LN**
**Cedar Park, TX 78613**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 26 | **Michael Smith** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**30 Sawmill Way**
**Amston, CT 06231**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 27 | **Michael Varela** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2716**
**Sunset Avenue**
**Dallas, TX 75211**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                     Case number *(if known)*

---

**4.7 28**

**Michael Wise**
Nonpriority Creditor's Name
**245 Strack Drive**
**Myerstown, PA 17067**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 29**

**Michael Wu**
Nonpriority Creditor's Name
**18 Trimble Crescent**
**Ottawa, OK K2H708**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 30**

**Micky Martins**
Nonpriority Creditor's Name
**42562 Sauternes Ln**
**Murrieta, CA 92562**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1     **Rachel Lee Orapello**                              Case number (if known) _____

---

| 4.7 31 | | |
|---|---|---|

**MIGUEL GONZALEZ**

Nonpriority Creditor's Name

**12536 LAKE RIDGE CIR**
**CLERMONT, FL 34711**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.7 32 | | |
|---|---|---|

**Miguel Gutierrez**

Nonpriority Creditor's Name

**101 s pritchard ave**
**Apt 5**
**Fullerton, CA 92833**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.7 33 | | |
|---|---|---|

**Mikayla Bockrath**

Nonpriority Creditor's Name

**3271 Road J**
**Leipsic, OH 45856**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.7 34 | **Minn Maung** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**10119 Brockway Street**
**El Monte, CA 91733**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.7 35 | **Mirsab Naeem** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**919 arbor avenue**
**Wheaton, IL 60189**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.7 36 | **MITCHELL CRUZ** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**808 WHITNEY AVE**
**SUISUN CITY, CA 94585**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                   Case number *(if known)*

---

| 4.7 37 | |
|---|---|

**Mohammad Altamimi**
Nonpriority Creditor's Name
**182-21 150th Avenue**
**DHA 16195**
**Springfield Gardens, NY 11413**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify     **Business debt**

---

| 4.7 38 | |
|---|---|

**MRH StickerShop**
Nonpriority Creditor's Name
**1814 17th Ave E**
**Tuscaloosa, AL 35404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify     **Business debt**

---

| 4.7 39 | |
|---|---|

**Nadia Ferrigno**
Nonpriority Creditor's Name
**323 E Lomita Ave**
**301**
**Glendale, CA 91205**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**  **1784**                **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify     **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7
40**

**Nate Felix**

Nonpriority Creditor's Name

**3028 Cropley Avenue**
**San Jose, CA 95132**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7
41**

**Nathan Buchan**

Nonpriority Creditor's Name

**9157 Dallas**
**Grosse ile, MI 48138**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7
42**

**Nathan Morello**

Nonpriority Creditor's Name

**1331 Suncrest Dr**
**Snohomish, WA 98290**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                     **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)* _____

| | |
|---|---|
| **4.7 43** | |

**Nathan Spencer**
Nonpriority Creditor's Name
**1100 Marbury Rd**
**TRI STAR INDUSTRIAL / COLUMBIA SPECIALTY**
**San Jose, CA 95133**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

| | |
|---|---|
| **4.7 44** | |

**Nathan Thibodeau**
Nonpriority Creditor's Name
**8018 Strawhorn Dr**
**Mechanicsville, VA 23116**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

| | |
|---|---|
| **4.7 45** | |

**Nathaniel Gamez**
Nonpriority Creditor's Name
**7065 S Camino De Ayer**
**Tucson, AZ 85746**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number    **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.7
46**

**National Debt Relief**
Nonpriority Creditor's Name
**11 Broadway**
**New York, NY 10004**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **Unknown**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal Loan**

---

**4.7
47**

**Naty Torres**
Nonpriority Creditor's Name
**12023 w Waldo Ave**
**Beach Park, IL 60087**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7
48**

**Navy FCU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number   **4622**          **$10,327.00**

When was the debt incurred?   **Opened 11/14  Last Active 7/16/22**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

| 4.7 49 | **Neil  Harrington** |
|---|---|

Nonpriority Creditor's Name

**5125 S Walnut Hill Road**
**Springfield, MO 65810**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

| 4.7 50 | **Nicholas  Watt** |
|---|---|

Nonpriority Creditor's Name

**425 haven ave**
**Ocean City, NJ 08226**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

| 4.7 51 | **Nicholas Hernandez** |
|---|---|

Nonpriority Creditor's Name

**2050 e Gonzales rd**
**Apt 340**
**Oxnard, CA 93036**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**                          **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.7 52 | **Nicholas Ortiz** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**6901 37TH ST**
**RIVERSIDE, CA 92509**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 53 | **Nicholas Smith** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1912 Berkshire Dr.**
**Thousand oaks, CA 91362**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 54 | **Nick Bellinger** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name

**29 marsala**
**Irvine, CA 92606**

When was the debt incurred?  **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.7 55 | | |
|---|---|---|

**Nick Cambronne**
Nonpriority Creditor's Name
**331 Parkview Lane S**
**Maplewood, MN 55119**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 56 | | |
|---|---|---|

**Nick Chew**
Nonpriority Creditor's Name
**2515 central ave**
**Alameda, CA 94501**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 57 | | |
|---|---|---|

**Nick Dominguez**
Nonpriority Creditor's Name
**624 Pine ST**
**Reading, PA 19602**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 58**

**Nick Kott**

Nonpriority Creditor's Name

**6522 Se 21st Ave**
**Portland, OR 97202**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**Unknown**

---

**4.7 59**

**Nick Pierce**

Nonpriority Creditor's Name

**19 Marion St**
**Portland, ME 04101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**Unknown**

---

**4.7 60**

**Nick Weible**

Nonpriority Creditor's Name

**2101 84th Ave NE**
**Lake Stevens, WA 98258**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**                                                     Case number *(if known)* _____

---

**4.7 61**

**Nicolas Martin**
Nonpriority Creditor's Name
**10196 w Morten avenue**
**Glendale, AZ 85301**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 62**

**NICOLAS ROSENDAUL**
Nonpriority Creditor's Name
**1000 CYPRESS RIDGE PL**
**COLUMBUS, OH 43228**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 63**

**Nilo Soares**
Nonpriority Creditor's Name
**3705 San Simeon Circle**
**Su??te 4172**
**Weston, FL 33331**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 64**

**Noah Hirahara-picotte**
Nonpriority Creditor's Name
**1405 Gulledge Road**
**Farmington, NM 87401**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 65**

**Noah McClure**
Nonpriority Creditor's Name
**1900 E Cary St**
**Apt 213**
**Richmond, VA 23223**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 66**

**Noah Ostrega**
Nonpriority Creditor's Name
**643 Derek Dr**
**Wentzville, MO 63385**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                    Case number (if known) _____

| 4.7 67 | **Noah Stephenson** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**9917 Mirandy Way**
**Oak Hills, CA 92344**

Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.7 68 | **Noe Reyes** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**18145 Soledad Canyon Rd SPC 73**
**Canyon Country, CA 91387**

Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

| 4.7 69 | **OA Customs** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**8800 perry highway**
**Erie, PA 16509**

Number Street City State Zip Code

When was the debt incurred? **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

---

**4.7 70**

**Oliver Swats**

Nonpriority Creditor's Name

**3006 S Saint Paul St**

**Denver, CO 80210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 71**

**Olivia Zhou**

Nonpriority Creditor's Name

**635 Woodland Ave**

**Roselle Park, NJ 07204**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 72**

**Omar  Jimenez**

Nonpriority Creditor's Name

**2832 N mango ave**

**Chicago, IL 60634**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                       Case number (if known) _____

| 4.7 73 | **Oscar Alfonso** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2854 HALL DR SE**
**SMYRNA, GA 30082-2028**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 74 | **Oscar Chocolatl** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**19 Craig Pl**
**Bloomfield, NJ 07003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 75 | **OSU Medical Center** | **Last 4 digits of account number** | **0703** | **$166.64** |

Nonpriority Creditor's Name
**Dept 2855**
**Tulsa, OK 74182-2855**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **6/7/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Bill**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.7 76 | **OSU Medical Center** | Last 4 digits of account number **7455** | **$217.94** |

Nonpriority Creditor's Name

**Dept 2855**
**Tulsa, OK 74182**
Number Street City State Zip Code

When was the debt incurred? **9/27/2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Bill**

---

| 4.7 77 | **OSU Medical Center** | Last 4 digits of account number **8585** | **$308.00** |

Nonpriority Creditor's Name

**Dept 2569**
**Tulsa, OK 74182-0550**
Number Street City State Zip Code

When was the debt incurred? **9/27/2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Bill**

---

| 4.7 78 | **OSU Medicine** | Last 4 digits of account number **7732** | **$503.70** |

Nonpriority Creditor's Name

**5310 East 31st Street**
**West Tower**
**13th Floor**
**Tulsa, OK 74135**
Number Street City State Zip Code

When was the debt incurred? **6/7/2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medicall Bill**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 79**

**Owen Moreis**

Nonpriority Creditor's Name

**142 north Oakland ave**
**Runnemede, NJ 08078**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

**4.7 80**

**Pail Guzzo**

Nonpriority Creditor's Name

**49 Main Terr**
**Bloomfield, NJ 07003**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

**4.7 81**

**paris badillo**

Nonpriority Creditor's Name

**218 McCole Rd**
**East Stroudsburg, PA 18302**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**                    **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.7 82**

**Parker Shaw**
Nonpriority Creditor's Name
**415 w 117th St S**
**Jenks, OK 74037**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                      **Unknown**

When was the debt incurred?        **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.7 83**

**Patrick Buttner**
Nonpriority Creditor's Name
**1200 Clinton St.**
**Apt. 232**
**Hoboken, NJ 07030**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                      **Unknown**

When was the debt incurred?        **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.7 84**

**Patrick Egar**
Nonpriority Creditor's Name
**14 Muir Lane**
**Howell, NJ 07731**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**                      **Unknown**

When was the debt incurred?        **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                   Case number *(if known)*

---

**4.7 85**

**Patrick Kramer**
Nonpriority Creditor's Name
**3800 Plowden Rd**
**C5**
**Columbia, SC 29205**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.7 86**

**Patrick LaTorre**
Nonpriority Creditor's Name
**86-18 76th st**
**Woodhaven, NY 11421**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

**4.7 87**

**Patrick Lewis**
Nonpriority Creditor's Name
**691 Dover St**
**Pingree Grove, IL 60140**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1784**                          **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.7 88 | **Patrick McDermott** | | |

Nonpriority Creditor's Name

**335 Eclipse Drive**
**Colorado Springs, CO 80905**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 89 | **Patrick Robles** | | |

Nonpriority Creditor's Name

**5637 Patti Ct.**
**Stockton, CA 95212**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 90 | **Paul Clingan** | | |

Nonpriority Creditor's Name

**120 Westlake Ave N**
**1118**
**Seattle, WA 98109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 91**

**Paxton Baker**

Nonpriority Creditor's Name

**708 Keenan Dr**
**Vestal, NY 13850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 92**

**Pedro  Flores**

Nonpriority Creditor's Name

**2896 garner ave**
**San bernardino, CA 92405**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.7 93**

**Pedro Ponce**

Nonpriority Creditor's Name

**1210 S Donato Rd**
**Poteet, TX 78065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **1784**                      **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.7 94**

**Perry Cozzone**

Nonpriority Creditor's Name

**105 Bellefair Lane**

**West Chester, PA 19382**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.7 95**

**Perry Fortier**

Nonpriority Creditor's Name

**18 Western Ave**

**Apt#3**

**Biddeford, ME 04005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.7 96**

**Peter  Anderson**

Nonpriority Creditor's Name

**73 Corningst**

**Beverly, MA 01915**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.7 97 | **Peter Anderson** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**73 Corningst**
**Beverly, MA 01915**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 98 | **Peter Kazeck** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**163 Hearthside Ave NW**
**Palm Bay, FL 32907**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.7 99 | **Peter Lee** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1729 Green Street**
**1729 Green Street**
**Harrisburg, PA 17102**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1     **Rachel Lee Orapello**                                                        Case number (if known) _____

---

**4.8 00**

**Peter Talamantes**
Nonpriority Creditor's Name
**541 koleen ct**
**Kerman, CA 93630**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**         **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

**4.8 01**

**Phil Orapello**
Nonpriority Creditor's Name
**1345 Martin Ct Apt 217**
**Bethlehem, PA 18018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**         **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

**4.8 02**

**Phil Orzechowski**
Nonpriority Creditor's Name
**1556 Mulberry Road**
**Saint Cloud, MN 56303**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **1784**         **Unknown**

**When was the debt incurred?**     **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 03**

**Philip Anderson**

Nonpriority Creditor's Name

**2225 w. winnebago dr**
**peoria, IL 61614**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.8 04**

**Philip Kalicharan**

Nonpriority Creditor's Name

**1111 Via Jardin**
**Riviera Beach, FL 33418**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.8 05**

**Philip Kalicharan**

Nonpriority Creditor's Name

**1090 Woodbine Way**
**Apt 1012**
**Riviera Beach, FL 33418**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)*_____

---

**4.8 06**

**Philip Wilmot**
Nonpriority Creditor's Name
**18859 W Desert Hills Dr**
**Surprise, AZ 85388**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 07**

**Phillip Amundsen**
Nonpriority Creditor's Name
**78 Houtman Drive**
**Walden, NY 12586**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 08**

**Pierce Hemphill**
Nonpriority Creditor's Name
**1917 Yacht Camilla**
**Newport Beach, CA 92660**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                          Case number (if known) _____

---

| 4.8 09 | **Pierre Lavoie** | | Last 4 digits of account number | **1784** | | Unknown |

**Pierre Lavoie**
Nonpriority Creditor's Name
**15 Kidd Cir**
**Aurora, OK L4G 0H1**
Number Street City State Zip Code

**Last 4 digits of account number** **1784**          Unknown

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8 10 | **Preston Kietzman** | | Last 4 digits of account number | **1784** | | Unknown |

**Preston Kietzman**
Nonpriority Creditor's Name
**315 S Fell Ave**
**506 D South**
**Normal, IL 61761**
Number Street City State Zip Code

**Last 4 digits of account number** **1784**          Unknown

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8 11 | **QC MARLON OVERAT QUISPE FLORES** | | Last 4 digits of account number | **1784** | | Unknown |

**QC MARLON OVERAT QUISPE FLORES**
Nonpriority Creditor's Name
**8429 NW 68th street Doral**
**Miami, FL 33166**
Number Street City State Zip Code

**Last 4 digits of account number** **1784**          Unknown

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number *(if known)* _____

---

**4.8 12**

**Ralph Vasquez**
Nonpriority Creditor's Name
**706 E Peninsula Dr**
**Coppell, TX 75019**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 13**

**Randy Olson**
Nonpriority Creditor's Name
**8510 N 64TH DR**
**GLENDALE, AZ 85302**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 14**

**Ray  Helton**
Nonpriority Creditor's Name
**76 the Blvd**
**Newnan, GA 30263**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**     **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.8 15**

**Ray Williamson**

Nonpriority Creditor's Name

**139 East Main St**
**Glen Lyon, PA 18617**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.8 16**

**Raymond Orsine**

Nonpriority Creditor's Name

**1451 Clarence**
**Lakewood, OH 44107**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.8 17**

**Reagan Robinson**

Nonpriority Creditor's Name

**3155 S Hidden Valley Rd**
**Unit #341**
**St. George, UT 84790**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.8 18 | **Reese Kitchen** |
|---|---|

Nonpriority Creditor's Name
**406 Garden Way**
**Colton, CA 92324**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**                  **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.8 19 | **Reggie B. Warren** |
|---|---|

Nonpriority Creditor's Name
**161 Lantana Cerro**
**Spring Branch, TX 78070**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**                  **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.8 20 | **Reinier  Hernandez** |
|---|---|

Nonpriority Creditor's Name
**16622 NW 72 PL**
**Miami Lakes, FL 33014**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**                  **Unknown**

**When was the debt incurred?**  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.8 21 | **Remiel Marrero** |
|---|---|

Nonpriority Creditor's Name

**1451 McNeill Rd**
**Sanford, NC 27330**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.8 22 | **Retta  Stockner** |
|---|---|

Nonpriority Creditor's Name

**201 Wilson ave**
**Luray, VA 22835**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.8 23 | **Richard  Ramos** |
|---|---|

Nonpriority Creditor's Name

**2041 holland ave**
**Apt 1b**
**bronx, NY 10462**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number *(if known)* _____

---

| 4.8 24 | **Richard Glick** | Last 4 digits of account number    **1784**    | Unknown |

Nonpriority Creditor's Name
**2542 15th Ave W**
**Seattle, WA 98119**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.8 25 | **Richard Sanchez** | Last 4 digits of account number    **1784**    | Unknown |

Nonpriority Creditor's Name
**13901 Olive View Lane**
**Unit 16**
**Sylmar, CA 91342**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.8 26 | **Rick Figueroa** | Last 4 digits of account number    **1784**    | Unknown |

Nonpriority Creditor's Name
**9414 Maverick Pass**
**San Antonio, TX 78240**
Number Street City State Zip Code

When was the debt incurred?    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number *(if known)*

---

**4.8 27**

**Ricky Fassbinder**
Nonpriority Creditor's Name
**1195 N 730 E**
**Pleasant Grove, UT 84062**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 28**

**Ricky Pablo Meza**
Nonpriority Creditor's Name
**979 Maxwell St.**
**Fortuna, CA 95540**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 29**

**Rik Villanueva**
Nonpriority Creditor's Name
**4421 Hunt Club Dr**
**Apt 2A**
**Ypsilanti, MI 48197**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.8 30 | **Rita Jarosiewicz** |
|--------|----------------------|

Nonpriority Creditor's Name
**50 North Illinois St**
**Apt.315**
**Indianapolis, IN 46204**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **1784**                        **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.8 31 | **Rob Leung** |
|--------|---------------|

Nonpriority Creditor's Name
**529 Lawton St**
**San Francisco, CA 94122**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **1784**                        **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.8 32 | **Robert  Dean** |
|--------|------------------|

Nonpriority Creditor's Name
**P.O. Box 660**
**Sylva, NC 28789**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **1784**                        **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                Case number (if known) _____

---

**4.8 33**

**Robert  KIRSCH**
Nonpriority Creditor's Name
**5537 Ed Lou Lane Apt B**
**St. Louis, MO 63128**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.8 34**

**Robert  Strong**
Nonpriority Creditor's Name
**4752 Johnson Creek Loop**
**College Station, TX 77845**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.8 35**

**Robert A Villanueva**
Nonpriority Creditor's Name
**310 E. Stephanie Dr**
**Covina, CA 91722**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.8 36 | **Robert Bielewicz** | Last 4 digits of account number | **1784** | | Unknown |

Nonpriority Creditor's Name

**208 Darnley Drive**
**Coraopolis, PA 15108**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.8 37 | **Robert Charubini** | Last 4 digits of account number | **1784** | | Unknown |

Nonpriority Creditor's Name

**11023 Sound Rd**
**Davidson, NC 28036**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.8 38 | **Robert Chavez** | Last 4 digits of account number | **1784** | | Unknown |

Nonpriority Creditor's Name

**6835 Stern Ct**
**Eastvale, CA 91752**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                  Case number (if known) _____

---

| 4.8 39 | **Robert Vassilakos** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**4005 Stratford Ln**
**Norman, OK 73072**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

| 4.8 40 | **Roberto Cuenca** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**852 Haggerty Rd**
**Wetumpka, AL 36093**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

| 4.8 41 | **Rodney Godfrey** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name

**1213 Sunnydell Lane**
**Norfolk, NE 68701**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.8 42 | **Rodrigo Santo** | Last 4 digits of account number | **1784** | **Unknown** |

**Rodrigo Santo**
Nonpriority Creditor's Name
**11495 Riverside Dr**
**308**
**North Hollywood, CA 91602**
Number Street City State Zip Code

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 43 | **Roger Sharp** | Last 4 digits of account number | **1784** | **Unknown** |

**Roger Sharp**
Nonpriority Creditor's Name
**1829 McBurney Rd**
**Phelps, NY 14532**
Number Street City State Zip Code

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 44 | **Rogue Collectors** | Last 4 digits of account number | **1784** | **$6,866.29** |

**Rogue Collectors**
Nonpriority Creditor's Name
**De Brouwerstraat 52**
**Tienen, Belgium   03300**
Number Street City State Zip Code

**Last 4 digits of account number** **1784**

**When was the debt incurred?** **Unknown**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business Debt**

---

Debtor 1     **Rachel Lee Orapello**                                    Case number (if known) _____

| 4.8 45 | **Ronald  Kimble** | **Last 4 digits of account number**     **1784** | **Unknown** |

Nonpriority Creditor's Name
**252 W 2nd St**
**101**
**Corning, NY 14830**
Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.8 46 | **Rory Mull** | **Last 4 digits of account number**     **1784** | **Unknown** |

Nonpriority Creditor's Name
**240 N Pleasant Hill Blvd**
**Pleasant Hill, IA 50327**
Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.8 47 | **Roy Marasigan** | **Last 4 digits of account number**     **1784** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 21283**
**Barrigada, GA 96921**
Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                        Case number (if known) _____

---

**4.8 48**

**Ruben Cadabes**
Nonpriority Creditor's Name
**552 Cattail Ct**
**American Canyon, CA 94503**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**
**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.8 49**

**Rudy Garcia**
Nonpriority Creditor's Name
**722 S Claudina St**
**Anaheim, CA 92805**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**
**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.8 50**

**Ryan Crane**
Nonpriority Creditor's Name
**376 Patton Ave.**
**Cheyenne, WY 82007**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**
**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 51**

**Ryan dunham**
Nonpriority Creditor's Name
**2412 maple ave**
**Rapid City, SD 57701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1784**        **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.8 52**

**Ryan Egg**
Nonpriority Creditor's Name
**6803 Potts Road**
**Riverview, FL 33569**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1784**        **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.8 53**

**Ryan Field**
Nonpriority Creditor's Name
**140 Ferrini Road (Apt. #12)**
**San Luis Obispo, CA 93405**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**    **1784**        **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number (if known) _____

**4.8 54**

**Ryan Hrejsa**
Nonpriority Creditor's Name
**1822 N Vail Ave**
**Arlington Heights, IL 60004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **1784**                    **Unknown**

**When was the debt incurred?**       **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.8 55**

**Ryan Kidd**
Nonpriority Creditor's Name
**12340 NE 48th Loop**
**Oxford, FL 34484**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **1784**                    **Unknown**

**When was the debt incurred?**       **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.8 56**

**Ryan Kurkiewicz**
Nonpriority Creditor's Name
**16 Grafton St.**
**B**
**Millbury, MA 01527**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number     **1784**                    **Unknown**

**When was the debt incurred?**       **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 57**

**Ryan Lara**
Nonpriority Creditor's Name
**3237 E Yountville Dr**
**Ontario, CA 91761**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 58**

**Ryan Montgomery**
Nonpriority Creditor's Name
**206 Bird Nest Alley**
**Nolensville, TN 37135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 59**

**Ryan Ng**
Nonpriority Creditor's Name
**1454 Pineridge Dr**
**Cambria, CA 93428**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 60**

**Ryan Waara**

Nonpriority Creditor's Name

**14013 Quince St NW**
**Andover, MN 55304**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?      **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 61**

**Sam Butterworth**

Nonpriority Creditor's Name

**4415 Shoalwood Ave.**
**Austin, TX 78756**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?      **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 62**

**Sam Smith**

Nonpriority Creditor's Name

**89 Franklin Street**
**Douglas, MA 01516**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **1784**          **Unknown**

When was the debt incurred?      **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                            Case number (if known) _____

| | |
|---|---|

**4.8 63**

**sam yanelli**
Nonpriority Creditor's Name
**3620 Mackenzie Lane**
**Richardson, TX 75082**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

**4.8 64**

**Samantha Berberich**
Nonpriority Creditor's Name
**29 Crestwood Dri**
**Rotterdam, NY 12306**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

**4.8 65**

**Samantha Ferrell**
Nonpriority Creditor's Name
**2288 Pressley Rd**
**Chester, SC 29706**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 66**

**Samuel  Riefler**
Nonpriority Creditor's Name
**5579 Palo Verde**
**Twentynine Palms, CA 92277**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 67**

**Samuel Love**
Nonpriority Creditor's Name
**9891 Sagebud Ln**
**Houston, TX 77089**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 68**

**Saul Rivera**
Nonpriority Creditor's Name
**9346 Canford St**
**Pico Rivera, CA 90660**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                        Case number (if known)

---

| 4.8 69 | **Saulo  Salmeron** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**1298 Waxwing Lane**
**Chula Vista, CA 91911**

When was the debt incurred?   **2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.8 70 | **Scot Leonard** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**41 N Carroll St**
**Reading, PA 19611**

When was the debt incurred?   **2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.8 71 | **Scott  Baker** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**430 Salisbury Rd**
**Edgewater, MD 21037**

When was the debt incurred?   **2022**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a  community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)*

---

| 4.8 72 | **Scott  Curry** | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**55 East 6th Street**
**Dunkirk, NY 14048**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 73 | **Scott McDonald** | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**2409 Old Hickory Rd**
**Louisville, KY 40299**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 74 | **Scott Nielsen** | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**2695 Broadway**
**(Gate Code: 2-3-5)**
**San Diego, CA 92102**

Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.8 75 | **Scott Zemartis** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**266 stone road west Creek**
**West creek, NJ 08092**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 76 | **Sean Carney** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**5358 Luther Lane**
**Hilliard, OH 43026**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 77 | **Sean Dixon** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**2644 Pemberton Dr**
**Toledo, OH 43606**
Number Street City State Zip Code

When was the debt incurred?   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.8 78 | | | |
|---|---|---|---|

**Sean Noyce**
Nonpriority Creditor's Name

**5708 Crow Lane**
**San Jose, CA 95123**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **1784**                              **Unknown**

When was the debt incurred?     **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.8 79 | | | |
|---|---|---|---|

**Sebastian  Fischer**
Nonpriority Creditor's Name

**125 Hollywood drive**
**Glen Burnie, MD 21060**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **1784**                              **Unknown**

When was the debt incurred?     **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

| 4.8 80 | | | |
|---|---|---|---|

**Serdar Senol**
Nonpriority Creditor's Name

**Bahcelievler Mah. Adnan Menderes Bul.**
**Zafer Apt. 40/13 Pendik**
**Istanbul, OR 34893**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **1784**                              **Unknown**

When was the debt incurred?     **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1     **Rachel Lee Orapello**                                    Case number *(if known)*

---

4.8
81

**Sergio  Zegarra**
Nonpriority Creditor's Name

**2142 Walden Park Cir**
**Apt 102**
**Kissimmee, FL 34744**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     **1784**

When was the debt incurred?     **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Business debt**

**Unknown**

---

4.8
82

**Service Finance Company**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**555 S Federal Highway**
**Boca Raton, FL 33432**
Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     **4053**

When was the debt incurred?     **Opened  9/28/22  Last Active 11/29/22**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Home Improvement**

**$654.00**

---

4.8
83

**Seth Stewart**
Nonpriority Creditor's Name

**7 Poplar Dr.**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number     **1784**

When was the debt incurred?     **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     **Business debt**

**Unknown**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 84**

**Shamus Geel**
Nonpriority Creditor's Name
**7909 112th Ave E**
**Parrish, FL 34219**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**            **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 85**

**Shane  Kimble**
Nonpriority Creditor's Name
**9250 foster rd**
**Bellflower, CA 90706**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**            **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 86**

**Shane Brosnahan**
Nonpriority Creditor's Name
**634 Preferred Dr**
**Washington, PA 15301**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**            **Unknown**

When was the debt incurred?   **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)*

---

| 4.8 87 | **Shane Draper** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**469 pleasant st**
**Canton, MA 02021**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8 88 | **Shane Goins** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**306 S sunset hills dr.**
**Concordia, MO 64020**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.8 89 | **Shane Isch** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**4574 s 550 w**
**Berne, IN 46711**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.8 90**

**Shane Porter**

Nonpriority Creditor's Name

**147 Ruidosa St**
**Ardmore, OK 73401**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.8 91**

**Shane Siewiyumptewa**

Nonpriority Creditor's Name

**18295 Carlos point Colorado**
**Springs**
**Colorado Springs, CO 80928**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.8 92**

**sharon ruiz**

Nonpriority Creditor's Name

**107 Piano Lane**
**Davenport, FL 33896**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**                    Unknown

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                              Case number *(if known)* _____

---

| 4.8 93 | **shawn eckels** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**9995 E Harvard Ave**
**L151**
**denver, CO 80231**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.8 94 | **Shawn Hoffman** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1934 10th Street**
**South Lake Tahoe, CA 96150**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.8 95 | **Shawn Stocking** | Last 4 digits of account number | **1784** | **Unknown** |

Nonpriority Creditor's Name
**8701 Nanlee Dr**
**Springfield, VA 22152**
Number Street City State Zip Code

**When was the debt incurred?**    **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.8 96 | **Sidrat Yunus** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**57-11 86th street**
**Middle village, NY 11379**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 97 | **Simon Orychiwski** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1139 Herzel Avenue**
**Lancaster, CA 93535**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.8 98 | **Sohail Khan** | | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**69 Humphreys Dr**
**Camden, DE 19934**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.8 99**

**Sophie Bonselaar**
Nonpriority Creditor's Name
**1361 JESSE BRIDGE RD**
**Pittsgrove, NJ 08318**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 00**

**Sotirios  Gitsis**
Nonpriority Creditor's Name
**595 chambers street**
**Spencerport, NY 14559**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 01**

**Spencer Barron**
Nonpriority Creditor's Name
**8906 Lake Springs Cove**
**Cordova, TN 38016**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                      Case number *(if known)*

---

| 4.9 02 | **Spencer Lunt** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**5744 oakdale drive**
**Holladay, UT 84121**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 03 | **Stacy Andrus** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**65 Raymond St**
**Apt 2**
**Providence, RI 02908**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 04 | **Stan Lemanski** | **Last 4 digits of account number** | **1784** | **Unknown** |

Nonpriority Creditor's Name
**1189 Rosemary Drive**
**Orlando, FL 32807**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.9 05 | **Stanley Galindo** |
|---|---|

Nonpriority Creditor's Name
**2307 W Cuthbert Ave**
**Midland, TX 79701**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 06 | **Stephane Stephane** |
|---|---|

Nonpriority Creditor's Name
**148 1/2 cassidy street**
**Moncton, NV E1C6T4**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 07 | **Stephanie Pettovello** |
|---|---|

Nonpriority Creditor's Name
**45121 Patrick Dr**
**Canton, MI 48187**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known)

---

**4.9
08**

**Stephen  Drawdy**
Nonpriority Creditor's Name
**1905 Williams road**
**Plant City, FL 33565**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a  community
debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9
09**

**Stephen Wagner**
Nonpriority Creditor's Name
**246 Fawn Trail**
**West Seneca, NY 14224**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a  community
debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9
10**

**Steve Boldt**
Nonpriority Creditor's Name
**51 Meadow Vly**
**Irvine, CA 92602**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a  community
debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **1784**    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                   Case number (if known) _____

---

**4.9 11**

**Steve Dye**
Nonpriority Creditor's Name
**2316 Speedway Blvd**
**104A**
**Lincoln, AL 35096**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                      **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.9 12**

**Steve McShane**
Nonpriority Creditor's Name
**542 Broadway Ave S**
**New Richland, MN 56072-2027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                      **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.9 13**

**Steve McShane**
Nonpriority Creditor's Name
**542 Broadway Ave S**
**New Richland, MN 56072-2027**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                      **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number *(if known)* _____

---

| 4.9 14 | **Steve Russell** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**4820 168TH ST SW
3
LYNNWOOD, WA 98037-8613**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 15 | **Steven Greene** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**104 Falling Water
Woodstock, GA 30188**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 16 | **Steven Keller** | Last 4 digits of account number   **1784** | **Unknown** |

Nonpriority Creditor's Name
**74 Calle vista
Camarillo, CA 93010**

When was the debt incurred?   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.9 17 | | | |

**Steven Langdon**
Nonpriority Creditor's Name
**609 North Franklin St**
**Wilkes Barre, PA 18702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

| 4.9 18 | | | |

**Steven Meservy**
Nonpriority Creditor's Name
**1111 Oakley Industrial Boulevard**
**Apt. 6304**
**Fairburn, GA 30213**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

| 4.9 19 | | | |

**Steven Moore**
Nonpriority Creditor's Name
**110 Allnutt Drive**
**Frankfort, KY 40601**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

**4.9 20**

**Steven Ramon**
Nonpriority Creditor's Name
**9902 Cowboy Lane**
**San Antonio, TX 78254**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number **1784**                     **Unknown**

When was the debt incurred? **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

**4.9 21**

**Stripe Capital Program**
Nonpriority Creditor's Name
**354 Oyster Point Blvd**
**South San Francisco, CA 94080**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number **1784**                     **$41,762.00**

When was the debt incurred? **8/8/2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business Debt**

---

**4.9 22**

**Sun-Ying Wong**
Nonpriority Creditor's Name
**5805 146th ave se**
**Bellevue, WA 98006**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number **1784**                     **Unknown**

When was the debt incurred? **2022**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number (if known) _____

---

**4.9 23**

**Synchrony Bank/Lowes**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **0423**                    **$7,566.00**

**When was the debt incurred?**   **Opened 03/22  Last Active 11/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Charge Account**

---

**4.9 24**

**Tadeh Petrossian**
Nonpriority Creditor's Name
**1653 Country Club Dr**
**Glendale, CA 91208**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

**4.9 25**

**Taeho Koh**
Nonpriority Creditor's Name
**1720 W EL CAMINO REAL**
**Apt 405**
**MOUNTAIN VIEW, CA 94040**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                      Case number (if known) _____

---

**4.9 26**

**Tamara petersen**

Nonpriority Creditor's Name

**1615 Erie Drive**
**Harlan, IA 51537**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 27**

**Tanner Osborn**

Nonpriority Creditor's Name

**405 Pleasant Valley Dr.**
**Coatesville, PA 19320**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 28**

**Taylor  Norrell**

Nonpriority Creditor's Name

**1143 Mcgarity Road**
**Mcdonough, GA 30252**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)*  _____

---

| 4.9 29 | **Taylor Colon** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name
**2171 Kingston Ct STE I**
**APF615**
**Marietta, GA 30067**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 30 | **Taylor D** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name
**94-301 Keaoopua Pl**
**Mililani, HI 96789**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 31 | **Taylor Oldham** | **Last 4 digits of account number**   **1784** | **Unknown** |

Nonpriority Creditor's Name
**10285 S Apex Rd**
**Copperton, UT 84006**
Number Street City State Zip Code

**When was the debt incurred?**   **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

| | |
|---|---|
| 4.9<br>32 | **teresa antonis** |

Nonpriority Creditor's Name

**4304 Westbay**
**Lake Oswego, OR 97035**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | |
|---|---|
| 4.9<br>33 | **Thano Karimalis** |

Nonpriority Creditor's Name

**28600**
**Meadowbrook Rd**
**Novi, MI 48377**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| | |
|---|---|
| 4.9<br>34 | **Theodore Dechter** |

Nonpriority Creditor's Name

**937 East 3370 South**
**Salt Lake City, UT 84106-2048**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**         **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)*

---

| 4.9 35 | **Thomas Davis** | | Last 4 digits of account number | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**20856 S. Valentine Ave
Riverdale, CA 93656**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 36 | **Thomas Davis** | | Last 4 digits of account number | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**20725 Wood Quay Dr
Unit 375
Sterling, VA 20166**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 37 | **Thomas Hunter** | | Last 4 digits of account number | **1784** | | **Unknown** |

Nonpriority Creditor's Name

**28 Chestertown Road
Sicklerville, NJ 08081**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                Case number *(if known)*

---

| 4.9 38 | | |
|---|---|---|

**Thomas Short**

Nonpriority Creditor's Name

**2320 Santa Fe Dr**
**Greenfield, IN 46140**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.9 39 | | |
|---|---|---|

**Tim Farnsworth**

Nonpriority Creditor's Name

**2634 Bancock Street**
**Simi Valley, CA 93065**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.9 40 | | |
|---|---|---|

**Tim Frenz**

Nonpriority Creditor's Name

**71 Mildred Drive**
**Cheektowaga, NY 14225**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**    **1784**                    **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

---

**4.9 41**

**Tim Han**

Nonpriority Creditor's Name

**18808 Christina Ave**
**Cerritos, CA 90703**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.9 42**

**Tim O  Connor**

Nonpriority Creditor's Name

**5379 Butano Park Drive**
**Fremont, CA 94538**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

**4.9 43**

**Tim Smith**

Nonpriority Creditor's Name

**1290 Folkstone Dr**
**Pittsburgh, PA 15243**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

**Unknown**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number (if known) _____

| | |
|---|---|
| **4.9 44** | |

**Tim vonScheele**
Nonpriority Creditor's Name
**4 151st PL SE**
**Lynnwood, WA 98087**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| | |
|---|---|
| **4.9 45** | |

**Timothy Conner**
Nonpriority Creditor's Name
**3008 Jiles Road**
**Kennesaw, GA 30144**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| | |
|---|---|
| **4.9 46** | |

**Timothy Murphy**
Nonpriority Creditor's Name
**3117 Brookridge Lane**
**Charlotte, NC 28211**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**            **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.9 47 | **Timothy Read** |
|---|---|

Nonpriority Creditor's Name
**1937 Pelham Ave Apt 1**
**Los Angeles, CA 90025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 48 | **Timothy So** |
|---|---|

Nonpriority Creditor's Name
**2330 Auburn St.**
**Durham, NC 27707**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 49 | **Tinker-mc** |
|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 45750**
**Tinker AFB, OK 73145**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **9722**              **$9,347.00**

When was the debt incurred?    **Opened 02/21  Last Active 12/22**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1  **Rachel Lee Orapello**                                                    Case number *(if known)*

---

**4.9 50**

**Tito Carril**
Nonpriority Creditor's Name
**13103 mulberry park dr**
**833**
**Orlando, FL 32821**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.9 51**

**Todd Breland**
Nonpriority Creditor's Name
**231 Lake Drive**
**Virginia Beach, VA 23451**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

**4.9 52**

**Todd Johnson**
Nonpriority Creditor's Name
**46-078 Emepela Pl**
**F101**
**Kaneohe, HI 96744**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  **1784**                          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

---

| 4.9 53 | |
|---|---|

**Todd Johnson**
Nonpriority Creditor's Name
**46-078 Emepela Pl**
**F101**
**Kaneohe, HI 96744**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 54 | |
|---|---|

**Todd Schaefer**
Nonpriority Creditor's Name
**1244 Southwind Drive**
**Helena, AL 35080**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 55 | |
|---|---|

**Tom  Monteverde**
Nonpriority Creditor's Name
**1061 Bartlein Ct.**
**Menahsa, WI 54952**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**                    **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.9 56**

**Tom Cataldo**
Nonpriority Creditor's Name
**18 Newberry Dr**
**Endicott, NY 13760**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 57**

**Tommie Inglett**
Nonpriority Creditor's Name
**501 E Logan St**
**Willard, MO 65781**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 58**

**Tony Raggio**
Nonpriority Creditor's Name
**1500 Corsley Ct**
**Ambler, PA 19002-3135**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **1784**                              **Unknown**

When was the debt incurred?    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1    **Rachel Lee Orapello**

Case number (if known) _____

---

**4.9 59**

**Topher Sassman**
Nonpriority Creditor's Name
**10815 Hesby St**
**110**
**North Hollywood, CA 91601**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 60**

**Travis Olson**
Nonpriority Creditor's Name
**3355 S Cortez Rd**
**#88**
**Apache Junction, AZ 85119**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.9 61**

**Trayton Morlock**
Nonpriority Creditor's Name
**12055 Hillcrest Drive**
**Lemont, IL 60439**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number    **1784**                    **Unknown**

When was the debt incurred?    **2022**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                             Case number (if known) _____

| 4.9 62 | **Trenten Dodson** |
|---|---|

Nonpriority Creditor's Name

**1614 Tanaga Ave**
**Kenai, AK 99611**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 63 | **Tristan Child** |
|---|---|

Nonpriority Creditor's Name

**317 Red Morganite Trail**
**Buda, TX 78610**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 64 | **troy johnson** |
|---|---|

Nonpriority Creditor's Name

**1523 mimbres canyon pl ne**
**albuquerque, NM 87112**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** **1784**                    **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                                Case number (if known) _____

---

**4.9 65**

**Tyler  Kanter**
_____
Nonpriority Creditor's Name
**504 4th ave**
**Westwood, NJ 07675**
_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 66**

**Tyler Deye**
_____
Nonpriority Creditor's Name
**8505 Pepperidge Way**
**Liverpool, NY 13090**
_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 67**

**Tyler Finucan**
_____
Nonpriority Creditor's Name
**6 Hobson Ave**
**Apt 5**
**Old Orchard Beach, ME 04064**
_____
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

**Last 4 digits of account number**   **1784**          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.9 68 | **Tyler Schulke** |
|---|---|

Nonpriority Creditor's Name

**14520 Connelly Road**
**Snohomish, WA 98296**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 69 | **Tyler Story** |
|---|---|

Nonpriority Creditor's Name

**8845 25th Street**
**Metairie, LA 70003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 70 | **Tyler Whittaker** |
|---|---|

Nonpriority Creditor's Name

**718 Concord Ave**
**Winchester, KY 40391**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**            **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    Rachel Lee Orapello

Case number (if known) _____

---

| 4.9 71 | | | |
|---|---|---|---|

**UPS Supply Chain Solutions**

Nonpriority Creditor's Name

**PO Box 730900**
**Dallas, TX 75373-0900**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1784**              **$302.30**

**When was the debt incurred?**    **10/24/2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 72 | | | |
|---|---|---|---|

**Van Eiseman**

Nonpriority Creditor's Name

**18680 Wood Duck Way**
**Lake Oswego, OR 97035**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1784**              **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.9 73 | | | |
|---|---|---|---|

**Victor Gutierrez**

Nonpriority Creditor's Name

**8558 Collingwood**
**Universal City, TX 78148**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1784**              **Unknown**

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

---

| 4.9 74 | **Victor Sanchez** |
|---|---|

Nonpriority Creditor's Name

**2110 O Avenue**
**National city, CA 91950**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.9 75 | **vincent jacobs** |
|---|---|

Nonpriority Creditor's Name

**373 FAIRFIELD CIR W**
**MEMPHIS, TN 38117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

| 4.9 76 | **Vincent Lanning** |
|---|---|

Nonpriority Creditor's Name

**1354 Hobart Court**
**Independence, KY 41051**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1784**          **Unknown**

When was the debt incurred?  **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt**

---

Debtor 1  **Rachel Lee Orapello**                                Case number *(if known)* _____

---

| 4.9 77 | **Vinh Aven** | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name
**1639 Peach Tree Pl.**
**Upland, CA 91761**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 78 | **Wayde Varney** | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name
**145 main st**
**4**
**Spencer, MA 01562**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 79 | **Wes Hansen** | **Last 4 digits of account number** | **1784** | | **Unknown** |

Nonpriority Creditor's Name
**4132 W Evans Dr**
**Phoenix, AZ 85053**

**When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number (if known) _____

---

**4.9 80**

**Wes Summers**
Nonpriority Creditor's Name
**8005 bath road**
**8005**
**Wise, VA 24293**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 81**

**Weston Wilkerson**
Nonpriority Creditor's Name
**1820 San dollar circle**
**Pensacola, FL 32504**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 82**

**Wil  Biggerstaff**
Nonpriority Creditor's Name
**1907 Mountainbrook Drive**
**Gastonia, NC 28052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number**   **1784**                          **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

---

**4.9 83**

**Will Sangalli**
Nonpriority Creditor's Name
**6223 walking gait dr**
**San Antonio, TX 78240**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                     **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 84**

**william  Benzing**
Nonpriority Creditor's Name
**117 Honeyridge Ln**
**Holly Springs, NC 27540**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                     **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 85**

**William Davis**
Nonpriority Creditor's Name
**3060 Stormy Point Dr**
**El Paso, TX 79938**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   **1784**                     **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**

Case number (if known) _____

---

| 4.9 86 | **Winslow Norton** |
|---|---|

Nonpriority Creditor's Name

**925 Grizzly Peak Blvd**
**Berkeley, CA 94708**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1784**          **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.9 87 | **Zach Cypher** |
|---|---|

Nonpriority Creditor's Name

**2500 South 74th Street**
**Lincoln, NE 68506**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1784**          **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.9 88 | **Zach Habib** |
|---|---|

Nonpriority Creditor's Name

**5230 S Gramercy Place**
**Los Angeles, CA 90062**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **1784**          **Unknown**

**When was the debt incurred?** **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number (if known) _____

**4.9 89**

**Zach McCarty**
Nonpriority Creditor's Name
**187 Meeting House Dr**
**Winchester, VA 22602**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 90**

**Zach Parousis**
Nonpriority Creditor's Name
**781 Hanover St**
**Fall River, MA 02720**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.9 91**

**Zachary Abid**
Nonpriority Creditor's Name
**1209 Dunham st SE**
**Grand Rapids, MI 49506**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number   **1784**          **Unknown**

When was the debt incurred?   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1 **Rachel Lee Orapello**                                    Case number (if known) _____

---

| 4.9<br>92 | **Zachary Altenbach** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**1611 Pershing Road**
**Jacksonville, FL 32205**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.9<br>93 | **Zachary Zeller** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**1501 Laverne Way**
**Concord, CA 94521**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.9<br>94 | **Zack Coupland** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name

**225 Woodlawn Ave**
**Clarks Summit, PA 18411**

When was the debt incurred? **2022**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

Debtor 1    **Rachel Lee Orapello**                                   Case number (if known) _____

---

| 4.9 95 | **Zack Van Vleet** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name
**325 Mulligan Street**
**Spartanburg, SC 29303**
Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.9 96 | **Zakkary Woodruff** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name
**10003 E County Road 350 S**
**Walton, IN 46994**
Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

| 4.9 97 | **Zane Jordan** | Last 4 digits of account number **1784** | **Unknown** |

Nonpriority Creditor's Name
**539 meadow dr se**
**North Bend, WA 98045**
Number Street City State Zip Code

**When was the debt incurred?**     **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify     **Business debt**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

| 4.9 98 | **Zen Pimentel** |
|---|---|

**Zen Pimentel**
Nonpriority Creditor's Name
**31 S Woodland Ave**
**Runnemede, NJ 08078**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**  **1784**       **Unknown**

**When was the debt incurred?**   **2022**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Business debt**

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BlueVine Capital, Inc.**<br>**401 Warren St., #300**<br>**Redwood City, CA 94063** | Line **4.158** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Celtic Bank Corporation**<br>**268 South State Street**<br>**Suite 300**<br>**Salt Lake City, UT 84111** | Line **4.921** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Jeanpaul Jonker**<br>**De Brouwerstreet 52**<br>**Tienen, Belgium   03300** | Line **4.844** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | **Total Claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 126,658.82 |

Debtor 1   **Rachel Lee Orapello**

Case number (if known) _____

| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 126,658.82 |

**Fill in this information to identify your case:**

Debtor 1    **Rachel Lee Orapello**
            First Name         Middle Name         Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**
     ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.2 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.3 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.4 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |
| 2.5 <br> Name <br><br> Number   Street <br><br> City          State      ZIP Code | |

Official Form 106G                **Schedule G: Executory Contracts and Unexpired Leases**                Page 1 of 1

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Rachel Lee Orapello** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                         12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Benito Benavides**<br>**2214 W. 117th Pl.**<br>**Jenks, OK 74037** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.949__<br>☐ Schedule G _____<br>**Tinker-mc** |
| 3.2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.311__<br>☐ Schedule G _____<br>**Entertainment Earth** |
| 3.3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.844__<br>☐ Schedule G _____<br>**Rogue Collectors** |

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)*  _____

▮  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.158**__
☐ Schedule G _____
**Celtic Bank Corporation**

3.5  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.971**__
☐ Schedule G _____
**UPS Supply Chain Solutions**

3.6  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.400**__
☐ Schedule G _____
**Itria Ventures/Biz 2 Credit**

3.7  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.561**__
☐ Schedule G _____
**JPMorgan Chase Bank, N.A.**

3.8  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.1**__
☐ Schedule G _____
**Aaron  Walters**

3.9  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.2**__
☐ Schedule G _____
**Aaron Isaacs**

3.10  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.3**__
☐ Schedule G _____
**Aaron Nedved**

3.11  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.4**__
☐ Schedule G _____
**Abigail Salmon**

Debtor 1   **Rachel Lee Orapello** _____   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.12   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.5**__
☐ Schedule G _____
**Abraham Aguilar**

3.13   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.6**__
☐ Schedule G _____
**Abrahan Solis**

3.14   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.7**__
☐ Schedule G _____
**Adam Adam**

3.15   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.8**__
☐ Schedule G _____
**Adam Coley**

3.16   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.9**__
☐ Schedule G _____
**Adam Johnson**

3.17   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.10**__
☐ Schedule G _____
**Adam Petersen**

3.18   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.11**__
☐ Schedule G _____
**Adam Schumacher**

3.19   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.12**__
☐ Schedule G _____
**Adam South**

Debtor 1  **Rachel Lee Orapello**  Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.20  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Adrian Jimenez**

3.21  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**Adrian Meza**

3.22  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**adriana Sigala**

3.23  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**Adrien  Cho**

3.24  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**Adrienne  Smith**

3.25  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.18__
☐ Schedule G _____
**Aidan  Duffin**

3.26  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**AJ Wilson**

3.27  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**Alan Castro**

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>**Alan De Asis** |
| 3.29 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>**Albert  Rosado** |
| 3.30 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.23___<br>☐ Schedule G _____<br>**Albert Schneider** |
| 3.31 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.24___<br>☐ Schedule G _____<br>**Alec Aguila** |
| 3.32 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.25___<br>☐ Schedule G _____<br>**Alec Aguila** |
| 3.33 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>**Alejandro Cabrera** |
| 3.34 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.27___<br>☐ Schedule G _____<br>**Alejandro Lariz** |
| 3.35 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>**Alejandro Manzo** |

Debtor 1   **Rachel Lee Orapello** _____    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Alejandro Manzo** |
| 3.37   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**Aleksei Selivanov** |
| 3.38   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Alex  Cruz** |
| 3.39   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Alex  Kolster** |
| 3.40   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Alex  Olivencia** |
| 3.41   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Alex Billnoski** |
| 3.42   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Alex Iervasi** |
| 3.43   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Alex Lopez** |

Debtor 1   **Rachel Lee Orapello**                                          Case number *(if known)*_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**Alex Shaffer**

---

3.45   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Alex Torrez**

---

3.46   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**Alexander  Mainegra**

---

3.47   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.40__
☐ Schedule G _____
**Alexander  Thetford**

---

3.48   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.41__
☐ Schedule G _____
**Alexander Bova**

---

3.49   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.42__
☐ Schedule G _____
**Alexander Jones**

---

3.50   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.43__
☐ Schedule G _____
**Alexander Preciado**

---

3.51   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.44__
☐ Schedule G _____
**Alfonso  Flores**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Alfredo  Garcia Menocal** |
| 3.53  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Allyson Hines** |
| 3.54  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.47__<br>☐ Schedule G _____<br>**Alm Jose Herrera** |
| 3.55  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.48__<br>☐ Schedule G _____<br>**Alonso Gonzalez** |
| 3.56  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.49__<br>☐ Schedule G _____<br>**Amanda  Hornsby** |
| 3.57  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.50__<br>☐ Schedule G _____<br>**Amanda Hurst** |
| 3.58  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.51__<br>☐ Schedule G _____<br>**Andre Maas** |
| 3.59  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.52__<br>☐ Schedule G _____<br>**Andre Vertucio** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.53**__<br>☐ Schedule G _____<br>**Andrea  Amell** |
| 3.61   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.54**__<br>☐ Schedule G _____<br>**Andres Chavez** |
| 3.62   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.55**__<br>☐ Schedule G _____<br>**Andres Guachichulca** |
| 3.63   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.56**__<br>☐ Schedule G _____<br>**Andrew  Driggers** |
| 3.64   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.57**__<br>☐ Schedule G _____<br>**Andrew  Iademarco** |
| 3.65   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.58**__<br>☐ Schedule G _____<br>**Andrew Alonso** |
| 3.66   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.59**__<br>☐ Schedule G _____<br>**Andrew Augustine** |
| 3.67   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.60**__<br>☐ Schedule G _____<br>**Andrew Brinkman** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**Andrew Forbes IV** |
| 3.69 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**andrew holzheimer** |
| 3.70 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**Andrew Kelso** |
| 3.71 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.64__<br>☐ Schedule G _____<br>**Andrew Myerson** |
| 3.72 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.65__<br>☐ Schedule G _____<br>**Andrew Raymond** |
| 3.73 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.66__<br>☐ Schedule G _____<br>**Andrew Rouhier** |
| 3.74 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.67__<br>☐ Schedule G _____<br>**Andrew Sanchez** |
| 3.75 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.68__<br>☐ Schedule G _____<br>**Andrew Sikorski** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.69__
☐ Schedule G _____
**Andy Robles**

3.77   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**Angel Rivera**

3.78   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.71__
☐ Schedule G _____
**Anibal Vazquez**

3.79   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.72__
☐ Schedule G _____
**Anthony  Guzman**

3.80   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.73__
☐ Schedule G _____
**Anthony Erdag**

3.81   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.74__
☐ Schedule G _____
**Anthony Files**

3.82   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.75__
☐ Schedule G _____
**Anthony Gomez**

3.83   **Old Republic Collectibles, LLC**
       **1712 Valley Road**
       **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.76__
☐ Schedule G _____
**Anthony Gonzalez**

Debtor 1   **Rachel Lee Orapello**                                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.84   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.77__
☐ Schedule G _____
**Anthony Roman**

3.85   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.78__
☐ Schedule G _____
**Anthony San Andres**

3.86   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.79__
☐ Schedule G _____
**Anthony Sarango**

3.87   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.80__
☐ Schedule G _____
**Anthony Vargas**

3.88   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.81__
☐ Schedule G _____
**antonio barajas**

3.89   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.82__
☐ Schedule G _____
**Antonio Borrero**

3.90   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.83__
☐ Schedule G _____
**Antonio Llanos**

3.91   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.84__
☐ Schedule G _____
**Antonio Quiachon**

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.92 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**Aramis  Alcantara** |
| 3.93 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Ari Verzosa** |
| 3.94 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Aurelio  Vergara** |
| 3.95 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Austin Gillespie** |
| 3.96 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**Austin Hall** |
| 3.97 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>**Austin Jones** |
| 3.98 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**Austin Martinez** |
| 3.99 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Austin Russell** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.100 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>**Avery White** |
| 3.101 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.94__<br>☐ Schedule G _____<br>**babe dufresne** |
| 3.102 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.95__<br>☐ Schedule G _____<br>**Bao Doan** |
| 3.103 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>**Barry  Greer** |
| 3.104 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>**Barry Max Jeter** |
| 3.105 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Ben Elmore** |
| 3.106 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**Benjamin Alverson** |
| 3.107 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**Beth Apol** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.101___
☐ Schedule G _____
**Blaine Hafen**

---

3.10 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.102___
☐ Schedule G _____
**Blake Robinson**

---

3.11 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
**bobby dixon**

---

3.11 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.104___
☐ Schedule G _____
**Bonnie Mills**

---

3.11 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.105___
☐ Schedule G _____
**Brad Fack**

---

3.11 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.106___
☐ Schedule G _____
**Brad Petry**

---

3.11 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.107___
☐ Schedule G _____
**Brady Christensen**

---

3.11 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.108___
☐ Schedule G _____
**Brandi Hafen**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.109__<br>☐ Schedule G _____<br>**Brandon  Hall** |
| 3.11<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**Brandon Kreissler** |
| 3.11<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.111__<br>☐ Schedule G _____<br>**Brandon Lane** |
| 3.11<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.112__<br>☐ Schedule G _____<br>**Brandon Wright** |
| 3.12<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.113__<br>☐ Schedule G _____<br>**Brandt Pence** |
| 3.12<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.114__<br>☐ Schedule G _____<br>**Brayden Eubanks** |
| 3.12<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**Brendan  mcnally** |
| 3.12<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.116__<br>☐ Schedule G _____<br>**Brendan  Willett** |

Debtor 1   **Rachel Lee Orapello**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.124 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.117__<br>☐ Schedule G _____<br>**Brendan Westenbarger** |
| 3.125 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.118__<br>☐ Schedule G _____<br>**Brendon Wheeler** |
| 3.126 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.119__<br>☐ Schedule G _____<br>**Brent  Woodside** |
| 3.127 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.120__<br>☐ Schedule G _____<br>**Brent W** |
| 3.128 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.121__<br>☐ Schedule G _____<br>**Brett  Gassman** |
| 3.129 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.122__<br>☐ Schedule G _____<br>**Brett Jones** |
| 3.130 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.123__<br>☐ Schedule G _____<br>**Breven Walker** |
| 3.131 | **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.124__<br>☐ Schedule G _____<br>**Brian  Robbins** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.13 2  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.125**___
☐ Schedule G _____
**Brian Bell**

---

3.13 3  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.126**___
☐ Schedule G _____
**Brian Hess**

---

3.13 4  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.127**___
☐ Schedule G _____
**Brian Hoffman**

---

3.13 5  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.128**___
☐ Schedule G _____
**Brian K Saltzman**

---

3.13 6  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.129**___
☐ Schedule G _____
**Brian Magee**

---

3.13 7  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.130**___
☐ Schedule G _____
**Brian Malone**

---

3.13 8  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.131**___
☐ Schedule G _____
**Brian Nishimura**

---

3.13 9  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.132**___
☐ Schedule G _____
**Brian Robinson**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>**BRIAN SEAY** |
| 3.14<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>**Brian Weikert** |
| 3.14<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>**Brody Lyons** |
| 3.14<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>**Bryan  Simoes** |
| 3.14<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.137___<br>☐ Schedule G _____<br>**Bryan Meusel** |
| 3.14<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.138___<br>☐ Schedule G _____<br>**Bryan Walker** |
| 3.14<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>**Bryant Maciel** |
| 3.14<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.140___<br>☐ Schedule G _____<br>**Caleb Alderman** |

Debtor 1   **Rachel Lee Orapello**                                           Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.14 8 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>**Caleb Curfman** |
| 3.14 9 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Caleb Roe** |
| 3.15 0 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.143__<br>☐ Schedule G _____<br>**Calvin Boily** |
| 3.15 1 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.144__<br>☐ Schedule G _____<br>**Cameron Hodges** |
| 3.15 2 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.145__<br>☐ Schedule G _____<br>**Cameron Minor** |
| 3.15 3 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>**cameron Robbins** |
| 3.15 4 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.147__<br>☐ Schedule G _____<br>**Carall Fillinger** |
| 3.15 5 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.148__<br>☐ Schedule G _____<br>**Carl Iwasaki** |

Debtor 1    **Rachel Lee Orapello** _____    Case number *(if known)* _____

| | | |
|---|---|---|
| ▮ | **Additional Page to List More Codebtors** | |
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.15 6  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.149**__
☐ Schedule G _____
**Carlos  Capetillo**

---

3.15 7  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.150**__
☐ Schedule G _____
**Carlos Gaitan**

---

3.15 8  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.151**__
☐ Schedule G _____
**Carlos Gonzalez**

---

3.15 9  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.152**__
☐ Schedule G _____
**Carlos Herrera**

---

3.16 0  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.153**__
☐ Schedule G _____
**Carolyn Fines**

---

3.16 1  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.154**__
☐ Schedule G _____
**Casey Boris**

---

3.16 2  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.155**__
☐ Schedule G _____
**Casey Lau**

---

3.16 3  **Old Republic Collectibles, LLC**
        **1712 Valley Road**
        **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.156**__
☐ Schedule G _____
**Cashin Quimayousie**

---

Debtor 1   **Rachel Lee Orapello**                                   Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.16<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.157__<br>☐ Schedule G _____<br>**Celia Galindo** |
| 3.16<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.159__<br>☐ Schedule G _____<br>**Cesar Mier** |
| 3.16<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.160__<br>☐ Schedule G _____<br>**Chad Dietz** |
| 3.16<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.161__<br>☐ Schedule G _____<br>**Chad Fisher** |
| 3.16<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.162__<br>☐ Schedule G _____<br>**Chandler Story** |
| 3.16<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>**Charity Romero** |
| 3.17<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.164__<br>☐ Schedule G _____<br>**Charles  Rijnders** |
| 3.17<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.165__<br>☐ Schedule G _____<br>**Charles Lyman** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.17 2   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.166__ ☐ Schedule G _____ **Charles Pacheco** |
| 3.17 3   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.167__ ☐ Schedule G _____ **Charles Zimmel** |
| 3.17 4   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.168__ ☐ Schedule G _____ **Charlie Griffith** |
| 3.17 5   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.169__ ☐ Schedule G _____ **Charlie Hernandez** |
| 3.17 6   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.170__ ☐ Schedule G _____ **Charlie Richardson** |
| 3.17 7   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.171__ ☐ Schedule G _____ **Charlton Morales** |
| 3.17 8   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.172__ ☐ Schedule G _____ **Chase Bais** |
| 3.17 9   **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.173__ ☐ Schedule G _____ **Chase Hewins** |

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.18<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.174__<br>☐ Schedule G _____<br>**Chase Prochut** |
| 3.18<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.175__<br>☐ Schedule G _____<br>**Cheri Mctureous** |
| 3.18<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.176__<br>☐ Schedule G _____<br>**Chris  Henderson** |
| 3.18<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.177__<br>☐ Schedule G _____<br>**Chris Alsip** |
| 3.18<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.178__<br>☐ Schedule G _____<br>**Chris Jones** |
| 3.18<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.179__<br>☐ Schedule G _____<br>**Chris Keller** |
| 3.18<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.180__<br>☐ Schedule G _____<br>**Chris Mozingo** |
| 3.18<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.181__<br>☐ Schedule G _____<br>**Chris Richardson** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

▮   **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.182__
☐ Schedule G _____
**Chris Shelton**

---

3.18 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.183__
☐ Schedule G _____
**Chris Thorn**

---

3.19 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.184__
☐ Schedule G _____
**Christiaan Xavier Bencomo**

---

3.19 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.185__
☐ Schedule G _____
**Christian Aliser**

---

3.19 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.186__
☐ Schedule G _____
**CHRISTIAN ANTKOW**

---

3.19 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.187__
☐ Schedule G _____
**Christian Hanspach**

---

3.19 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.188__
☐ Schedule G _____
**Christian Maust**

---

3.19 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
▪ Schedule E/F, line __4.189__
☐ Schedule G _____
**Christian Miller**

---

Debtor 1   **Rachel Lee Orapello**                         Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.196   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.190__
☐ Schedule G _____
**Christian Neufischer**

---

3.197   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.191__
☐ Schedule G _____
**Christian Tinnion**

---

3.198   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.192__
☐ Schedule G _____
**Christine Boeringa**

---

3.199   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.193__
☐ Schedule G _____
**Christopher  Moore**

---

3.200   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.194__
☐ Schedule G _____
**Christopher  Morey**

---

3.201   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.195__
☐ Schedule G _____
**Christopher  Niedermayer**

---

3.202   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.196__
☐ Schedule G _____
**Christopher  Zervos**

---

3.203   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.197__
☐ Schedule G _____
**Christopher Dakovicch**

---

Official Form 106H                    Schedule H: Your Codebtors

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)*

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.198__<br>☐ Schedule G _____<br>**Christopher Floeter** |
| 3.20<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.199__<br>☐ Schedule G _____<br>**Christopher Minarchi** |
| 3.20<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.200__<br>☐ Schedule G _____<br>**Christopher Price** |
| 3.20<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.201__<br>☐ Schedule G _____<br>**Christopher Reese** |
| 3.20<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.202__<br>☐ Schedule G _____<br>**Christy Chichester** |
| 3.20<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.204__<br>☐ Schedule G _____<br>**Clayton Carron** |
| 3.21<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.205__<br>☐ Schedule G _____<br>**Clayton sharp** |
| 3.21<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.206__<br>☐ Schedule G _____<br>**Clint Esqueda** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.21<br>2   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.207__<br>☐ Schedule G _____<br>**Codi Schneider**

3.21<br>3   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.208__<br>☐ Schedule G _____<br>**Cody  Hammill**

3.21<br>4   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.209__<br>☐ Schedule G _____<br>**Cody Case**

3.21<br>5   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.210__<br>☐ Schedule G _____<br>**Cody Chapman**

3.21<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.211__<br>☐ Schedule G _____<br>**Cody Farmer**

3.21<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.212__<br>☐ Schedule G _____<br>**Cody Iversen**

3.21<br>8   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.213__<br>☐ Schedule G _____<br>**Cody Kozma**

3.21<br>9   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __4.214__<br>☐ Schedule G _____<br>**Cody McKee**

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |

3.22 0  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.215__
☐ Schedule G _____
**Colby Crawford**

---

3.22 1  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.216__
☐ Schedule G _____
**Cole Williams**

---

3.22 2  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.217__
☐ Schedule G _____
**Colin  Lawrence**

---

3.22 3  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.218__
☐ Schedule G _____
**Colin Clover**

---

3.22 4  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.219__
☐ Schedule G _____
**Colton Remley**

---

3.22 5  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.220__
☐ Schedule G _____
**Connor Rose**

---

3.22 6  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.221__
☐ Schedule G _____
**Conor McQuade**

---

3.22 7  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.222__
☐ Schedule G _____
**Constantine Pavlidis**

---

Debtor 1    **Rachel Lee Orapello**                                      Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.22
8

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.224__
☐ Schedule G _____
**Corey Low**

3.22
9

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.225__
☐ Schedule G _____
**Cory Doane**

3.23
0

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.226__
☐ Schedule G _____
**Courtney Thornton**

3.23
1

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.227__
☐ Schedule G _____
**Craig North**

3.23
2

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.228__
☐ Schedule G _____
**Criston Charley**

3.23
3

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.229__
☐ Schedule G _____
**Curtis  Cronin**

3.23
4

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.230__
☐ Schedule G _____
**Curtis Cronin**

3.23
5

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.231__
☐ Schedule G _____
**Curtiss Huckabone**

Debtor 1   **Rachel Lee Orapello**                                       Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.23 6 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.232__
☐ Schedule G _____
**Dale Austin**

---

3.23 7 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.233__
☐ Schedule G _____
**Dallas Diaz**

---

3.23 8 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.234__
☐ Schedule G _____
**Damian Ortega**

---

3.23 9 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.235__
☐ Schedule G _____
**Dan Borses**

---

3.24 0 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.236__
☐ Schedule G _____
**Daniel  Aparicio**

---

3.24 1 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.237__
☐ Schedule G _____
**Daniel  Borrero**

---

3.24 2 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.238__
☐ Schedule G _____
**Daniel  Castillo**

---

3.24 3 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.239__
☐ Schedule G _____
**Daniel  Masaya**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.24
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.240__
☐ Schedule G _____
**Daniel  Williams**

---

3.24
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.241__
☐ Schedule G _____
**Daniel Byers**

---

3.24
6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.242__
☐ Schedule G _____
**Daniel Gutierrez**

---

3.24
7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.243__
☐ Schedule G _____
**Daniel Lopez**

---

3.24
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.244__
☐ Schedule G _____
**Daniel Pacheco**

---

3.24
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.245__
☐ Schedule G _____
**Danny Carrera**

---

3.25
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.246__
☐ Schedule G _____
**Danny Cushing**

---

3.25
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.247__
☐ Schedule G _____
**Danny Melendez**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.25 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.248**
☐ Schedule G _____
**Darin Kearns**

3.25 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.249**
☐ Schedule G _____
**Dave  Fields**

3.25 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.250**
☐ Schedule G _____
**Dave Cheeseman**

3.25 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.251**
☐ Schedule G _____
**Dave DiCello**

3.25 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.252**
☐ Schedule G _____
**David  Duggan**

3.25 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.253**
☐ Schedule G _____
**David  Rodriguez**

3.25 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.254**
☐ Schedule G _____
**David  White**

3.25 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.255**
☐ Schedule G _____
**David Barow**

Debtor 1   **Rachel Lee Orapello**          Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.260 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.256__<br>☐ Schedule G _____<br>**David Caprio** |
| 3.261 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.257__<br>☐ Schedule G _____<br>**David Coultas** |
| 3.262 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.258__<br>☐ Schedule G _____<br>**David Edmonds** |
| 3.263 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.259__<br>☐ Schedule G _____<br>**David Finegan** |
| 3.264 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.260__<br>☐ Schedule G _____<br>**David Foster** |
| 3.265 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.261__<br>☐ Schedule G _____<br>**David Gilfillan** |
| 3.266 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.262__<br>☐ Schedule G _____<br>**David Justin** |
| 3.267 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.263__<br>☐ Schedule G _____<br>**David Kempson** |

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)*

---

◾ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.26
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.264__
☐ Schedule G _____
**David McGarrh**

---

3.26
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.265__
☐ Schedule G _____
**David Mendez**

---

3.27
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.266__
☐ Schedule G _____
**David Newman**

---

3.27
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.267__
☐ Schedule G _____
**David Pavell**

---

3.27
2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.268__
☐ Schedule G _____
**David Tester**

---

3.27
3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.269__
☐ Schedule G _____
**David Weber**

---

3.27
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.270__
☐ Schedule G _____
**Deborah O'Campo**

---

3.27
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
◾ Schedule E/F, line __4.271__
☐ Schedule G _____
**Dennis Porebski**

---

Debtor 1    **Rachel Lee Orapello**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.276 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.272__<br>☐ Schedule G _____<br>**Dennis Zuniga** |
| 3.277 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.273__<br>☐ Schedule G _____<br>**DEREK LONDON RODRIGUEZ** |
| 3.278 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.274__<br>☐ Schedule G _____<br>**Derek Zumba** |
| 3.279 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.275__<br>☐ Schedule G _____<br>**Devin Gills** |
| 3.280 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.276__<br>☐ Schedule G _____<br>**Devin Smith** |
| 3.281 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.277__<br>☐ Schedule G _____<br>**Devon Lininger** |
| 3.282 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.278__<br>☐ Schedule G _____<br>**Diego Casillas** |
| 3.283 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.279__<br>☐ Schedule G _____<br>**Diego Casillas** |

Debtor 1   **Rachel Lee Orapello**                                                              Case number *(if known)*   _____

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.284 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.280__<br>☐ Schedule G _____<br>**Diego Munoz** |
| 3.285 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.281__<br>☐ Schedule G _____<br>**Dillon Justice** |
| 3.286 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.282__<br>☐ Schedule G _____<br>**Dino Funari** |
| 3.287 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.283__<br>☐ Schedule G _____<br>**Dino Rossi** |
| 3.288 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.284__<br>☐ Schedule G _____<br>**Dolf Dodge** |
| 3.289 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.285__<br>☐ Schedule G _____<br>**Dominic Forte** |
| 3.290 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.286__<br>☐ Schedule G _____<br>**Dominic Ross** |
| 3.291 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.287__<br>☐ Schedule G _____<br>**Dominick Cirigliano** |

Debtor 1   **Rachel Lee Orapello**                                  Case number *(if known)* _____

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.29 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.288__
☐ Schedule G _____
**Dominick LaGrutta Jr**

3.29 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.289__
☐ Schedule G _____
**Don Brosius**

3.29 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.290__
☐ Schedule G _____
**Don Haring**

3.29 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.291__
☐ Schedule G _____
**Donald George**

3.29 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.292__
☐ Schedule G _____
**Donnie Campbell**

3.29 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.293__
☐ Schedule G _____
**Doug Bell**

3.29 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.294__
☐ Schedule G _____
**Douglas Schroeder**

3.29 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.295__
☐ Schedule G _____
**Douglas Wallace**

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

| ▉ | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.30<br>0   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.296**___<br>☐ Schedule G _____<br>**Dru Tischer**

---

3.30<br>1   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.297**___<br>☐ Schedule G _____<br>**Dru Tischer**

---

3.30<br>2   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.298**___<br>☐ Schedule G _____<br>**Duy Ninh**

---

3.30<br>3   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.299**___<br>☐ Schedule G _____<br>**Dwayne Soriano**

---

3.30<br>4   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.300**___<br>☐ Schedule G _____<br>**dylan blasenak**

---

3.30<br>5   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.301**___<br>☐ Schedule G _____<br>**Dylan Buehler**

---

3.30<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.302**___<br>☐ Schedule G _____<br>**Dylan Rogness**

---

3.30<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.303**___<br>☐ Schedule G _____<br>**Edward  Stevens**

---

Debtor 1   **Rachel Lee Orapello**                                   Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.308 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.304__<br>☐ Schedule G _____<br>**Edwin Solorzano** |
| 3.309 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.305__<br>☐ Schedule G _____<br>**Eileen Cruz** |
| 3.310 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.306__<br>☐ Schedule G _____<br>**Eli Boone** |
| 3.311 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.307__<br>☐ Schedule G _____<br>**Elijah King** |
| 3.312 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.308__<br>☐ Schedule G _____<br>**Elliot Kuzma** |
| 3.313 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.309__<br>☐ Schedule G _____<br>**Emerson  Aguilar** |
| 3.314 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.310__<br>☐ Schedule G _____<br>**Emily Luna** |
| 3.315 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.311__<br>☐ Schedule G _____<br>**Entertainment Earth** |

Debtor 1    **Rachel Lee Orapello**                                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.31 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.312__
☐ Schedule G _____
**Eoghan Cataldo**

3.31 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.313__
☐ Schedule G _____
**Eric  Herb**

3.31 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.314__
☐ Schedule G _____
**Eric  McTureous**

3.31 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.315__
☐ Schedule G _____
**Eric  McTureous**

3.32 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.316__
☐ Schedule G _____
**Eric Alvarado**

3.32 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.317__
☐ Schedule G _____
**Eric Anderson**

3.32 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.318__
☐ Schedule G _____
**Eric Ballenger**

3.32 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.319__
☐ Schedule G _____
**Eric Galan**

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32<br>4   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.320__<br>☐ Schedule G _____<br>**Eric Matthias** |
| 3.32<br>5   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.321__<br>☐ Schedule G _____<br>**Eric Nichols** |
| 3.32<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.322__<br>☐ Schedule G _____<br>**Eric Pichardo** |
| 3.32<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.323__<br>☐ Schedule G _____<br>**Eric Pierce** |
| 3.32<br>8   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.324__<br>☐ Schedule G _____<br>**Eric Roepke** |
| 3.32<br>9   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.325__<br>☐ Schedule G _____<br>**Eric Springsted** |
| 3.33<br>0   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.326__<br>☐ Schedule G _____<br>**Erich Joas** |
| 3.33<br>1   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.327__<br>☐ Schedule G _____<br>**Erich Lehman** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.332 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.328__<br>☐ Schedule G _____<br>**Erik Cole** |
| 3.333 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.329__<br>☐ Schedule G _____<br>**Erik Lopez** |
| 3.334 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.330__<br>☐ Schedule G _____<br>**Erin Clement** |
| 3.335 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.331__<br>☐ Schedule G _____<br>**Eryn Sahs** |
| 3.336 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.332__<br>☐ Schedule G _____<br>**Esteban Asencio** |
| 3.337 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.333__<br>☐ Schedule G _____<br>**Ethan Inge** |
| 3.338 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.334__<br>☐ Schedule G _____<br>**Ethan Urzua** |
| 3.339 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.335__<br>☐ Schedule G _____<br>**Etyam Santos** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)*

■ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.340 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.336__<br>☐ Schedule G _____<br>**evan contreras** |
| 3.341 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.337__<br>☐ Schedule G _____<br>**Evan Kwak** |
| 3.342 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.338__<br>☐ Schedule G _____<br>**Evan Valencia** |
| 3.343 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.339__<br>☐ Schedule G _____<br>**Evangelos Lithoxopoulos** |
| 3.344 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.340__<br>☐ Schedule G _____<br>**Fabio Redivo** |
| 3.345 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.341__<br>☐ Schedule G _____<br>**Felix Feagins** |
| 3.346 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.342__<br>☐ Schedule G _____<br>**Felix Lu** |
| 3.347 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.343__<br>☐ Schedule G _____<br>**Fernando Catania** |

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.348 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.344__<br>☐ Schedule G _____<br>**Forrest  Strickland** |
| 3.349 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.345__<br>☐ Schedule G _____<br>**Forrest Link** |
| 3.350 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.346__<br>☐ Schedule G _____<br>**Francesco Brusco** |
| 3.351 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.347__<br>☐ Schedule G _____<br>**Francisco Cubillos** |
| 3.352 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.348__<br>☐ Schedule G _____<br>**Francisco Marmolejo** |
| 3.353 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.349__<br>☐ Schedule G _____<br>**Francisco Nunez** |
| 3.354 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.350__<br>☐ Schedule G _____<br>**Frank Page** |
| 3.355 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.351__<br>☐ Schedule G _____<br>**Frank Roman** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.356 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.352__<br>☐ Schedule G _____<br>**Franky Gonzales** |
| 3.357 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.353__<br>☐ Schedule G _____<br>**Fred Soriano** |
| 3.358 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.354__<br>☐ Schedule G _____<br>**Fritz  Duggan** |
| 3.359 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.355__<br>☐ Schedule G _____<br>**Gabriel Loubies Cordova** |
| 3.360 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.356__<br>☐ Schedule G _____<br>**Gaige Jevne** |
| 3.361 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.357__<br>☐ Schedule G _____<br>**Gambit  Rodriguez** |
| 3.362 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.358__<br>☐ Schedule G _____<br>**Garrett Baldwin** |
| 3.363 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.359__<br>☐ Schedule G _____<br>**Garrett Surles** |

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.36<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.360__
☐ Schedule G _____
**Garrison Webking**

3.36<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.361__
☐ Schedule G _____
**Gary Couturie**

3.36<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.362__
☐ Schedule G _____
**Gary Spisak**

3.36<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.363__
☐ Schedule G _____
**Gary Williamson**

3.36<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.364__
☐ Schedule G _____
**Gary Young**

3.36<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.365__
☐ Schedule G _____
**Gavin Thomas**

3.37<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.366__
☐ Schedule G _____
**Geof Harrington**

3.37<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.367__
☐ Schedule G _____
**George Guerra**

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.37 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.368__
☐ Schedule G _____
**George Santiago**

---

3.37 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.369__
☐ Schedule G _____
**Gerald LaBoone**

---

3.37 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.370__
☐ Schedule G _____
**Gianni Tabigne**

---

3.37 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.371__
☐ Schedule G _____
**Gianny Giguere**

---

3.37 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.372__
☐ Schedule G _____
**Gilbert Ascencion**

---

3.37 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.373__
☐ Schedule G _____
**Glenn Hyland**

---

3.37 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.375__
☐ Schedule G _____
**Gordy Gibson**

---

3.37 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.376__
☐ Schedule G _____
**Gordy Gibson**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

| ▮ | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.38<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.377__<br>☐ Schedule G _____<br>**Graham Read** |
| 3.38<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.378__<br>☐ Schedule G _____<br>**Greg  Kicmal** |
| 3.38<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.379__<br>☐ Schedule G _____<br>**greg bugbee** |
| 3.38<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.380__<br>☐ Schedule G _____<br>**Greggory F Pontious** |
| 3.38<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.381__<br>☐ Schedule G _____<br>**Gregory Cavaluzzo** |
| 3.38<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.382__<br>☐ Schedule G _____<br>**Griffin Ferrari** |
| 3.38<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.383__<br>☐ Schedule G _____<br>**Guillermo Verdesoto** |
| 3.38<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.384__<br>☐ Schedule G _____<br>**Gustavo Acosta** |

---

Official Form 106H              Schedule H: Your Codebtors              Page  49 of 125

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.38<br>8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.385__
☐ Schedule G _____
**Hanqi Dong**

---

3.38<br>9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.386__
☐ Schedule G _____
**Harry Rodriguez**

---

3.39<br>0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.387__
☐ Schedule G _____
**Henry Galarza**

---

3.39<br>1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.388__
☐ Schedule G _____
**Heston Bond**

---

3.39<br>2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.389__
☐ Schedule G _____
**Hinata Ikagawa**

---

3.39<br>3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.390__
☐ Schedule G _____
**Holden Combs**

---

3.39<br>4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.391__
☐ Schedule G _____
**Ian  Walker**

---

3.39<br>5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.392__
☐ Schedule G _____
**Ian Happel**

---

Debtor 1   **Rachel Lee Orapello**                                          Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.39<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.393__
☐ Schedule G _____
**Ina Molinari**

---

3.39<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.394__
☐ Schedule G _____
**Isaac  Solis**

---

3.39<br>8   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.395__
☐ Schedule G _____
**Isaac Fesmire**

---

3.39<br>9   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.396__
☐ Schedule G _____
**Isabella Henkel-Hanke**

---

3.40<br>0   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.397__
☐ Schedule G _____
**Israel Del Valle**

---

3.40<br>1   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.398__
☐ Schedule G _____
**Israel Padilla**

---

3.40<br>2   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.399__
☐ Schedule G _____
**Issam Abreu**

---

3.40<br>3   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.401__
☐ Schedule G _____
**Izaak Aguirre**

---

Debtor 1   **Rachel Lee Orapello**                                             Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.40 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.402___
☐ Schedule G _____
**Jace Wilhelmi**

---

3.40 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.403___
☐ Schedule G _____
**Jack  Silbergeld**

---

3.40 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.404___
☐ Schedule G _____
**Jackson  Masters**

---

3.40 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.405___
☐ Schedule G _____
**jackson branch**

---

3.40 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.406___
☐ Schedule G _____
**Jacob  Trombino**

---

3.40 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.407___
☐ Schedule G _____
**Jacob DePriest**

---

3.41 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.408___
☐ Schedule G _____
**Jacob Opperman**

---

3.41 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.409___
☐ Schedule G _____
**Jacob Schwartz**

---

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.41 2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.410__<br>☐ Schedule G _____<br>**Jae In** |
| 3.41 3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.411__<br>☐ Schedule G _____<br>**Jae Kim** |
| 3.41 4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.412__<br>☐ Schedule G _____<br>**Jake Groendal** |
| 3.41 5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.413__<br>☐ Schedule G _____<br>**Jake Kopach** |
| 3.41 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.414__<br>☐ Schedule G _____<br>**James Cailotto** |
| 3.41 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.415__<br>☐ Schedule G _____<br>**James Hudson** |
| 3.41 8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.416__<br>☐ Schedule G _____<br>**James McIsaac** |
| 3.41 9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.417__<br>☐ Schedule G _____<br>**James Owen** |

Debtor 1    **Rachel Lee Orapello**                                            Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.42<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.418___<br>☐ Schedule G _____<br>**James Piccolo** |
| 3.42<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.419___<br>☐ Schedule G _____<br>**James Portillo** |
| 3.42<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.420___<br>☐ Schedule G _____<br>**James Sporl** |
| 3.42<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.421___<br>☐ Schedule G _____<br>**James Toya** |
| 3.42<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.422___<br>☐ Schedule G _____<br>**James West** |
| 3.42<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.423___<br>☐ Schedule G _____<br>**James Wilson** |
| 3.42<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.424___<br>☐ Schedule G _____<br>**Jamie Theurich** |
| 3.42<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.425___<br>☐ Schedule G _____<br>**Jamison Smith** |

Debtor 1    **Rachel Lee Orapello**                                         Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.42 8 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.426__ ☐ Schedule G _____ **Janet Lai** |

3.42 9 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.427__ ☐ Schedule G _____ **Jared Casaldi** |

3.43 0 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.428__ ☐ Schedule G _____ **Jared Diecidue** |

3.43 1 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.429__ ☐ Schedule G _____ **Jared Massey** |

3.43 2 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.430__ ☐ Schedule G _____ **Jared Pahutski** |

3.43 3 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.431__ ☐ Schedule G _____ **Jaren  Decker** |

3.43 4 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.432__ ☐ Schedule G _____ **Jaret Turner** |

3.43 5 | **Old Republic Collectibles, LLC** **1712 Valley Road** **Sapulpa, OK 74066** | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.433__ ☐ Schedule G _____ **Jarrett  Munger** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.436 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.434__<br>☐ Schedule G _____<br>**Jarrett Bertoncin** |
| 3.437 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.435__<br>☐ Schedule G _____<br>**Jarrett LaBean** |
| 3.438 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.436__<br>☐ Schedule G _____<br>**Jason  Solich** |
| 3.439 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.437__<br>☐ Schedule G _____<br>**Jason Bartlett** |
| 3.440 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.438__<br>☐ Schedule G _____<br>**Jason Beland** |
| 3.441 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.439__<br>☐ Schedule G _____<br>**Jason Blake** |
| 3.442 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.440__<br>☐ Schedule G _____<br>**Jason Cain** |
| 3.443 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.441__<br>☐ Schedule G _____<br>**Jason DeSilva** |

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)*

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.444 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.442__<br>☐ Schedule G _____<br>**Jason Esbensen** |
| 3.445 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.443__<br>☐ Schedule G _____<br>**jason gorski** |
| 3.446 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.444__<br>☐ Schedule G _____<br>**Jason Jourdan** |
| 3.447 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.445__<br>☐ Schedule G _____<br>**Jason Lee** |
| 3.448 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.446__<br>☐ Schedule G _____<br>**Jason Mitchell** |
| 3.449 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.447__<br>☐ Schedule G _____<br>**Jason Smith** |
| 3.450 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.448__<br>☐ Schedule G _____<br>**JASON STUDLEY** |
| 3.451 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.449__<br>☐ Schedule G _____<br>**Jason Yang** |

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.45 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.450___
☐ Schedule G _____
**Jason Yang**

3.45 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.451___
☐ Schedule G _____
**Jason Yoo**

3.45 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.452___
☐ Schedule G _____
**Javier Orta**

3.45 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.453___
☐ Schedule G _____
**Javier Flores**

3.45 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.454___
☐ Schedule G _____
**Jayson Olea**

3.45 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.455___
☐ Schedule G _____
**Jayson Rivera**

3.45 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.456___
☐ Schedule G _____
**Jc Cortez**

3.45 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.457___
☐ Schedule G _____
**JD Davis**

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.46 0    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.458___
☐ Schedule G _____
**Jeff  Laslett**

---

3.46 1    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.459___
☐ Schedule G _____
**Jeff Bailey**

---

3.46 2    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.460___
☐ Schedule G _____
**Jeff Barnes**

---

3.46 3    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.461___
☐ Schedule G _____
**Jeff Dey**

---

3.46 4    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.462___
☐ Schedule G _____
**Jeff Dey**

---

3.46 5    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.463___
☐ Schedule G _____
**Jeff McPeek**

---

3.46 6    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.464___
☐ Schedule G _____
**Jeff Moore**

---

3.46 7    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.465___
☐ Schedule G _____
**Jeff Reeves**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt Check all schedules that apply: |
|---|---|

3.46 8 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.466___
☐ Schedule G _____
**Jeff Russell**

---

3.46 9 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.467___
☐ Schedule G _____
**Jeffrey  Thackeray**

---

3.47 0 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.468___
☐ Schedule G _____
**Jen Miller**

---

3.47 1 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.469___
☐ Schedule G _____
**Jenn Rose**

---

3.47 2 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.470___
☐ Schedule G _____
**Jeremy  Pazmino**

---

3.47 3 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.471___
☐ Schedule G _____
**Jeremy Gates**

---

3.47 4 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.472___
☐ Schedule G _____
**Jeremy Huck**

---

3.47 5 **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.473___
☐ Schedule G _____
**Jeremy Meglasson**

---

Debtor 1    **Rachel Lee Orapello**                                         Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.47<br>6    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.474**<br>☐ Schedule G _____<br>**Jerome  Price**

3.47<br>7    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.475**<br>☐ Schedule G _____<br>**Jesse Jimenez**

3.47<br>8    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.476**<br>☐ Schedule G _____<br>**Jesse Martinez**

3.47<br>9    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.477**<br>☐ Schedule G _____<br>**Jesus Castillo**

3.48<br>0    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.478**<br>☐ Schedule G _____<br>**Jesus Castillo**

3.48<br>1    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.479**<br>☐ Schedule G _____<br>**Jesus Martinez**

3.48<br>2    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.480**<br>☐ Schedule G _____<br>**Jesus Montes**

3.48<br>3    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line    **4.481**<br>☐ Schedule G _____<br>**Jim Garrett**

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.48
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.482__
☐ Schedule G _____
**Jim Greenlee**

3.48
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.483__
☐ Schedule G _____
**Jim McCaslin**

3.48
6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.484__
☐ Schedule G _____
**Jim Rogers**

3.48
7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.485__
☐ Schedule G _____
**Jimm McShane**

3.48
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.486__
☐ Schedule G _____
**Jimmy  Charlton**

3.48
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.487__
☐ Schedule G _____
**Jimmy Shaw**

3.49
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.488__
☐ Schedule G _____
**JOAO PAULO OLIVEIRA**

3.49
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.489__
☐ Schedule G _____
**Joaquin  Zarate**

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.49 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.490__
☐ Schedule G _____
**Joe Bartak**

3.49 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.491__
☐ Schedule G _____
**Joe Gray**

3.49 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.492__
☐ Schedule G _____
**Joe Gray**

3.49 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.493__
☐ Schedule G _____
**JOE KAMLER**

3.49 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.494__
☐ Schedule G _____
**Joe Kelley**

3.49 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.495__
☐ Schedule G _____
**Joe Knight**

3.49 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.496__
☐ Schedule G _____
**Joel Hordyk**

3.49 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.497__
☐ Schedule G _____
**Joey Hadley**

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

3.50 0    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.498__
☐ Schedule G _____
**John  Medina**

3.50 1    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.499__
☐ Schedule G _____
**John Berry**

3.50 2    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.500__
☐ Schedule G _____
**John Caruso**

3.50 3    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.501__
☐ Schedule G _____
**John Chisolm Thompson**

3.50 4    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.502__
☐ Schedule G _____
**John Churchill**

3.50 5    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.503__
☐ Schedule G _____
**John Dunlop**

3.50 6    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.504__
☐ Schedule G _____
**John Favotito Favorito**

3.50 7    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.505__
☐ Schedule G _____
**John Hutelmyer**

Debtor 1 __Rachel Lee Orapello_____     Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.50<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.506__<br>☐ Schedule G _____<br>**JOHN JOHNSON** |
| 3.50<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.507__<br>☐ Schedule G _____<br>**John Leo** |
| 3.51<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.508__<br>☐ Schedule G _____<br>**John Lopes** |
| 3.51<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.509__<br>☐ Schedule G _____<br>**John Munoz** |
| 3.51<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.510__<br>☐ Schedule G _____<br>**John Paradiso** |
| 3.51<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.511__<br>☐ Schedule G _____<br>**John Parker** |
| 3.51<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.512__<br>☐ Schedule G _____<br>**John Purdom** |
| 3.51<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.513__<br>☐ Schedule G _____<br>**John Shih** |

Debtor 1   **Rachel Lee Orapello**                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.51<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.514___<br>☐ Schedule G _____<br>**Johnnie Gonzalez** |
| 3.51<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.515___<br>☐ Schedule G _____<br>**Johnny Perez** |
| 3.51<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.516___<br>☐ Schedule G _____<br>**Jomar Sorio** |
| 3.51<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.517___<br>☐ Schedule G _____<br>**Jon Kempson** |
| 3.52<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.518___<br>☐ Schedule G _____<br>**Jonah  Ira** |
| 3.52<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.519___<br>☐ Schedule G _____<br>**Jonathan  Caruthers** |
| 3.52<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.520___<br>☐ Schedule G _____<br>**Jonathan  Phillips** |
| 3.52<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.521___<br>☐ Schedule G _____<br>**Jonathan Bondoc** |

Debtor 1    **Rachel Lee Orapello**_____    Case number *(if known)*_____

▮    **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.522__<br>☐ Schedule G _____<br>**Jonathan Feliciano** |
| 3.52<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.523__<br>☐ Schedule G _____<br>**Jonathan Navoney** |
| 3.52<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.524__<br>☐ Schedule G _____<br>**Jonathan Pierce** |
| 3.52<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.525__<br>☐ Schedule G _____<br>**Jordan Brown** |
| 3.52<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.526__<br>☐ Schedule G _____<br>**Jordan Busby** |
| 3.52<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.527__<br>☐ Schedule G _____<br>**Jordan Hamilton** |
| 3.53<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.528__<br>☐ Schedule G _____<br>**Jordan Silver** |
| 3.53<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.529__<br>☐ Schedule G _____<br>**Jorge Galvez** |

Debtor 1  **Rachel Lee Orapello**                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.53 2  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.530___
☐ Schedule G _____
**Jorge Herrera, Jr.**

3.53 3  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.531___
☐ Schedule G _____
**JORGE SOLORIO**

3.53 4  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.532___
☐ Schedule G _____
**Jos?  Manuel  Ch? vez**

3.53 5  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.533___
☐ Schedule G _____
**Jose  Ramirez**

3.53 6  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.534___
☐ Schedule G _____
**Jose Candelario**

3.53 7  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.535___
☐ Schedule G _____
**Jose Diaz**

3.53 8  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.536___
☐ Schedule G _____
**Jose Garcia**

3.53 9  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.537___
☐ Schedule G _____
**Jose M. Chavez**

Debtor 1  **Rachel Lee Orapello** _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.540 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.538__<br>☐ Schedule G _____<br>**Jose Sanchez** |
| 3.541 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.539__<br>☐ Schedule G _____<br>**Joseph  Karcich** |
| 3.542 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.540__<br>☐ Schedule G _____<br>**Joseph De La Torre** |
| 3.543 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.541__<br>☐ Schedule G _____<br>**Joseph Donnelly** |
| 3.544 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.542__<br>☐ Schedule G _____<br>**Joseph Garcia** |
| 3.545 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.543__<br>☐ Schedule G _____<br>**Joseph Jj** |
| 3.546 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.544__<br>☐ Schedule G _____<br>**Joseph Revilla** |
| 3.547 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.545__<br>☐ Schedule G _____<br>**Joseph Tijerina** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.54<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.546__<br>☐ Schedule G _____<br>**Joseph Walker** |
| 3.54<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.547__<br>☐ Schedule G _____<br>**Josh Berenbach** |
| 3.55<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.548__<br>☐ Schedule G _____<br>**Josh Juan** |
| 3.55<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.549__<br>☐ Schedule G _____<br>**Josh Mendyk** |
| 3.55<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.550__<br>☐ Schedule G _____<br>**Josh Miller** |
| 3.55<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.551__<br>☐ Schedule G _____<br>**Joshua  Lockhart** |
| 3.55<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.552__<br>☐ Schedule G _____<br>**Joshua Collis** |
| 3.55<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.553__<br>☐ Schedule G _____<br>**Joshua Fermin** |

Debtor 1   **Rachel Lee Orapello**                                     Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.556
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.554__
☐ Schedule G _____
**Joshua Freytes**

3.557
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.555__
☐ Schedule G _____
**Joshua Jacobs**

3.558
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.556__
☐ Schedule G _____
**Joshua Nish**

3.559
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.557__
☐ Schedule G _____
**Joshua Tumblin**

3.560
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.558__
☐ Schedule G _____
**Joshua Williams**

3.561
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.559__
☐ Schedule G _____
**Joshua Worthey**

3.562
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.560__
☐ Schedule G _____
**Josiah Shorb**

3.563
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.562__
☐ Schedule G _____
**Juan  Morales**

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

⬛ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.56 4 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.563__<br>☐ Schedule G _____<br>**Juan Sanchez** |
| 3.56 5 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.564__<br>☐ Schedule G _____<br>**Juan Zavala** |
| 3.56 6 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.565__<br>☐ Schedule G _____<br>**Julian Garza** |
| 3.56 7 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.566__<br>☐ Schedule G _____<br>**Julio Jimenez** |
| 3.56 8 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.567__<br>☐ Schedule G _____<br>**Julio Melendez** |
| 3.56 9 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.568__<br>☐ Schedule G _____<br>**Julio Sevilla** |
| 3.57 0 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.569__<br>☐ Schedule G _____<br>**Julius Rivera** |
| 3.57 1 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>⬛ Schedule E/F, line __4.570__<br>☐ Schedule G _____<br>**Juliyn Moreno** |

Debtor 1   **Rachel Lee Orapello**                                Case number *(if known)*

---

**■** **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.57
2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.571___
☐ Schedule G _____
**Justin  Freed**

---

3.57
3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.572___
☐ Schedule G _____
**Justin Bellace**

---

3.57
4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.573___
☐ Schedule G _____
**Justin Honea**

---

3.57
5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.574___
☐ Schedule G _____
**Justin Storm**

---

3.57
6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.575___
☐ Schedule G _____
**Kaden Vidalier**

---

3.57
7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.576___
☐ Schedule G _____
**Kagan Schmidt**

---

3.57
8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.577___
☐ Schedule G _____
**Kaleb Wilkins**

---

3.57
9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.578___
☐ Schedule G _____
**Kammeo Saunders**

---

Debtor 1    **Rachel Lee Orapello**                                         Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.58
0

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.579___
☐ Schedule G _____
**Kareem Rasheed**

3.58
1

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.580___
☐ Schedule G _____
**Karina Ramirez**

3.58
2

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.581___
☐ Schedule G _____
**Kathleen Matkowski**

3.58
3

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.582___
☐ Schedule G _____
**Katie Pete**

3.58
4

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.583___
☐ Schedule G _____
**Kayla Loadvine**

3.58
5

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.584___
☐ Schedule G _____
**Keegan Hall**

3.58
6

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.585___
☐ Schedule G _____
**Keegan Harrison**

3.58
7

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.586___
☐ Schedule G _____
**Keith McIlvaine**

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.58
8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.587__
☐ Schedule G _____
**Kelan McLain**

3.58
9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.588__
☐ Schedule G _____
**Kelsey Prusank**

3.59
0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.589__
☐ Schedule G _____
**Kelvin  Cruz**

3.59
1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.590__
☐ Schedule G _____
**Ken  Conkle**

3.59
2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.591__
☐ Schedule G _____
**Ken Lagman**

3.59
3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.592__
☐ Schedule G _____
**Kenneth  Niebres**

3.59
4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.593__
☐ Schedule G _____
**Kenneth McDonnell**

3.59
5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.594__
☐ Schedule G _____
**Keven Rivera**

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.59 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.595__<br>☐ Schedule G _____<br>**Kevin Atkins** |
| 3.59 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.596__<br>☐ Schedule G _____<br>**Kevin Deschaine** |
| 3.59 8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.597__<br>☐ Schedule G _____<br>**Kevin Greene** |
| 3.59 9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.598__<br>☐ Schedule G _____<br>**Kevin Harrish** |
| 3.60 0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.599__<br>☐ Schedule G _____<br>**Kevin Korpal** |
| 3.60 1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.600__<br>☐ Schedule G _____<br>**Kevin Kozarski** |
| 3.60 2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.601__<br>☐ Schedule G _____<br>**Kevin Lemus** |
| 3.60 3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.602__<br>☐ Schedule G _____<br>**Kevin Moore** |

Debtor 1    **Rachel Lee Orapello**                                Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.60
4    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.603___
☐ Schedule G _____
**Kevin Otterness**

---

3.60
5    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.604___
☐ Schedule G _____
**Keyan Stockton**

---

3.60
6    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.605___
☐ Schedule G _____
**Kieran OBrien**

---

3.60
7    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.606___
☐ Schedule G _____
**Kinsey Handley**

---

3.60
8    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.607___
☐ Schedule G _____
**Kris Winn**

---

3.60
9    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.608___
☐ Schedule G _____
**Krystle  Gordon**

---

3.61
0    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.609___
☐ Schedule G _____
**Kumar Rodriguez-Olaitan**

---

3.61
1    **Old Republic Collectibles, LLC**
     **1712 Valley Road**
     **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.610___
☐ Schedule G _____
**Kwame DeRoche**

---

Debtor 1   **Rachel Lee Orapello**                                        Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.612   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyle Dobbs** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.611__<br>☐ Schedule G _____ |
| 3.613   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyle Freeman** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.612__<br>☐ Schedule G _____ |
| 3.614   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyle Grimes** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.613__<br>☐ Schedule G _____ |
| 3.615   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyle Peterson** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.614__<br>☐ Schedule G _____ |
| 3.616   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyle Quinn** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.615__<br>☐ Schedule G _____ |
| 3.617   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyle Wagner** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.616__<br>☐ Schedule G _____ |
| 3.618   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**kyle wright** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.617__<br>☐ Schedule G _____ |
| 3.619   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**<br><br>**Kyler Faldzinski** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.618__<br>☐ Schedule G _____ |

Debtor 1    **Rachel Lee Orapello**                                       Case number *(if known)* _____

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

3.62
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.619**__
☐ Schedule G _____
**Lance Sorensen**

---

3.62
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.620**__
☐ Schedule G _____
**Landen Troxel**

---

3.62
2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.621**__
☐ Schedule G _____
**Laura Leon**

---

3.62
3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.622**__
☐ Schedule G _____
**Laura Shaffer**

---

3.62
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.623**__
☐ Schedule G _____
**Lauri  Emenhiser**

---

3.62
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.624**__
☐ Schedule G _____
**Lawrence  Bonin**

---

3.62
6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.625**__
☐ Schedule G _____
**Lawrence Rush Jr**

---

3.62
7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.626**__
☐ Schedule G _____
**Lawrence Sanchez**

---

Debtor 1    **Rachel Lee Orapello**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.62
8

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.627__
☐ Schedule G _____
**Leonardo Ponce**

---

3.62
9

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.628__
☐ Schedule G _____
**Leslie Almazan**

---

3.63
0

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.629__
☐ Schedule G _____
**Liam Kelly**

---

3.63
1

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.630__
☐ Schedule G _____
**Liam McCurdy**

---

3.63
2

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.631__
☐ Schedule G _____
**Lily Thomas**

---

3.63
3

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.632__
☐ Schedule G _____
**Lindsay Thompson**

---

3.63
4

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.633__
☐ Schedule G _____
**Lisa Preldakaj**

---

3.63
5

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.634__
☐ Schedule G _____
**Lizzy Repp**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.63 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.635__<br>☐ Schedule G _____<br>**LJ Kunze** |
| 3.63 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.636__<br>☐ Schedule G _____<br>**Logan Callahan** |
| 3.63 8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.637__<br>☐ Schedule G _____<br>**Logan Coger** |
| 3.63 9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.638__<br>☐ Schedule G _____<br>**Logan Merrill** |
| 3.64 0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.639__<br>☐ Schedule G _____<br>**Logan Zandstra** |
| 3.64 1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.640__<br>☐ Schedule G _____<br>**Lorenzo De Santis** |
| 3.64 2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.641__<br>☐ Schedule G _____<br>**Louis Luepke** |
| 3.64 3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.642__<br>☐ Schedule G _____<br>**Louis Rivera** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.64<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.643__<br>☐ Schedule G _____<br>**Lucan  Rogers** |
| 3.64<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.644__<br>☐ Schedule G _____<br>**Lucas Cahill** |
| 3.64<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.645__<br>☐ Schedule G _____<br>**Lucas Dickens** |
| 3.64<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.646__<br>☐ Schedule G _____<br>**Lucas Limbaga** |
| 3.64<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.647__<br>☐ Schedule G _____<br>**Lucas Silva** |
| 3.64<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.648__<br>☐ Schedule G _____<br>**Luis  Ram??rez** |
| 3.65<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.649__<br>☐ Schedule G _____<br>**Luis Antillon** |
| 3.65<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.650__<br>☐ Schedule G _____<br>**Luis Luck MAX** |

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.65
2

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.651__
☐ Schedule G _____
**Luis Ortiz**

---

3.65
3

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.652__
☐ Schedule G _____
**Luis Ponce**

---

3.65
4

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.653__
☐ Schedule G _____
**Luiz Beu**

---

3.65
5

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.654__
☐ Schedule G _____
**Luke Graeber**

---

3.65
6

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.655__
☐ Schedule G _____
**Luke Ludwig**

---

3.65
7

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.656__
☐ Schedule G _____
**Luke Manock**

---

3.65
8

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.657__
☐ Schedule G _____
**Luke Mirza**

---

3.65
9

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
☐ Schedule E/F, line __4.658__
☐ Schedule G _____
**Lyle Augustine**

---

Debtor 1   **Rachel Lee Orapello** _____    Case number *(if known)* _____

☐ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.66 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.659___
☐ Schedule G _____
**mandy morgan**

3.66 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.660___
☐ Schedule G _____
**Manuel Miranda**

3.66 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.661___
☐ Schedule G _____
**Manuel Viramontes**

3.66 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.662___
☐ Schedule G _____
**Marc  Pacheco**

3.66 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.663___
☐ Schedule G _____
**Marc Bluestone**

3.66 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.664___
☐ Schedule G _____
**Marc Deblasio**

3.66 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.665___
☐ Schedule G _____
**Marc Elias**

3.66 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.666___
☐ Schedule G _____
**Marc Ross**

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.66
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.667___
☐ Schedule G _____
**Marcin Taraszkiewicz**

---

3.66
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.668___
☐ Schedule G _____
**Marcos Meza**

---

3.67
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.669___
☐ Schedule G _____
**Marcus Skov**

---

3.67
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.670___
☐ Schedule G _____
**Mario Cuevas**

---

3.67
2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.671___
☐ Schedule G _____
**Mario Morales**

---

3.67
3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.672___
☐ Schedule G _____
**Mark  Jakubowski**

---

3.67
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.673___
☐ Schedule G _____
**Mark Atkins**

---

3.67
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.674___
☐ Schedule G _____
**Mark Dayoan**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.67
6

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.675___
☐ Schedule G _____
**Mark Esquivel**

---

3.67
7

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.676___
☐ Schedule G _____
**Mark Hamilton**

---

3.67
8

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.677___
☐ Schedule G _____
**Mark Ludlum**

---

3.67
9

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.678___
☐ Schedule G _____
**Mark Simon**

---

3.68
0

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.679___
☐ Schedule G _____
**Marshall Mccoy**

---

3.68
1

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.680___
☐ Schedule G _____
**Marvin Alvarado**

---

3.68
2

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.681___
☐ Schedule G _____
**Mason Rainwater**

---

3.68
3

**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.682___
☐ Schedule G _____
**Mathieu Robichaud**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)* _____

▉  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.684  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.683__<br>☐ Schedule G _____<br>**Matt Goodmark** |
| 3.685  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.684__<br>☐ Schedule G _____<br>**Matt Reid** |
| 3.686  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.685__<br>☐ Schedule G _____<br>**Matt Rek** |
| 3.687  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.686__<br>☐ Schedule G _____<br>**Matt Smith** |
| 3.688  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.687__<br>☐ Schedule G _____<br>**Matt Taraldsen** |
| 3.689  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.688__<br>☐ Schedule G _____<br>**Matt Woods** |
| 3.690  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.689__<br>☐ Schedule G _____<br>**Matthew  Oh** |
| 3.691  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.690__<br>☐ Schedule G _____<br>**Matthew Beckman** |

Debtor 1   **Rachel Lee Orapello**                                   Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.69<br>2    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.691__<br>☐ Schedule G _____<br>**Matthew Brown** |
| 3.69<br>3    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.692__<br>☐ Schedule G _____<br>**Matthew Crosoli** |
| 3.69<br>4    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.693__<br>☐ Schedule G _____<br>**Matthew daughtry** |
| 3.69<br>5    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.694__<br>☐ Schedule G _____<br>**Matthew Delaney** |
| 3.69<br>6    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.695__<br>☐ Schedule G _____<br>**Matthew Diener** |
| 3.69<br>7    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.696__<br>☐ Schedule G _____<br>**Matthew Drake** |
| 3.69<br>8    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.697__<br>☐ Schedule G _____<br>**Matthew Gurrola** |
| 3.69<br>9    **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.698__<br>☐ Schedule G _____<br>**Matthew Higgins** |

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.70<br>0   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.699**__<br>☐ Schedule G _____<br>**Matthew Passiglia**

---

3.70<br>1   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.700**__<br>☐ Schedule G _____<br>**Matthew Sexton**

---

3.70<br>2   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.701**__<br>☐ Schedule G _____<br>**Matthew Zeray**

---

3.70<br>3   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.702**__<br>☐ Schedule G _____<br>**Maurice Mercado**

---

3.70<br>4   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.703**__<br>☐ Schedule G _____<br>**Mauricio Cervantes**

---

3.70<br>5   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.704**__<br>☐ Schedule G _____<br>**Mauricio Montoya**

---

3.70<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.705**__<br>☐ Schedule G _____<br>**Mauricio Rodriguez**

---

3.70<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.706**__<br>☐ Schedule G _____<br>**Max Killian**

---

Debtor 1   **Rachel Lee Orapello**                               Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.70 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.707__
☐ Schedule G _____
**Maxim Kornyevskyy**

3.70 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.708__
☐ Schedule G _____
**Maximilian  Savula**

3.71 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.709__
☐ Schedule G _____
**Maxwell Walpole**

3.71 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.710__
☐ Schedule G _____
**McCloughan Jr David**

3.71 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.711__
☐ Schedule G _____
**MELANIE BOCKRATH**

3.71 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.712__
☐ Schedule G _____
**Michael  Buonopane**

3.71 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.713__
☐ Schedule G _____
**Michael  Dorsey**

3.71 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.714__
☐ Schedule G _____
**Michael  MacDougall**

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.71 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.715__<br>☐ Schedule G _____<br>**Michael Burchett** |
| 3.71 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.716__<br>☐ Schedule G _____<br>**Michael Dank** |
| 3.71 8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.717__<br>☐ Schedule G _____<br>**Michael Endter** |
| 3.71 9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.718__<br>☐ Schedule G _____<br>**Michael Gonzalez** |
| 3.72 0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.719__<br>☐ Schedule G _____<br>**Michael Jimenez** |
| 3.72 1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.720__<br>☐ Schedule G _____<br>**Michael Krebs** |
| 3.72 2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.721__<br>☐ Schedule G _____<br>**Michael Marsden** |
| 3.72 3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.722__<br>☐ Schedule G _____<br>**Michael Martinez** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.72
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.723__
☐ Schedule G _____
**Michael Nguyen**

---

3.72
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.724__
☐ Schedule G _____
**Michael Nie**

---

3.72
6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.725__
☐ Schedule G _____
**Michael Short**

---

3.72
7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.726__
☐ Schedule G _____
**Michael Smith**

---

3.72
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.727__
☐ Schedule G _____
**Michael Varela**

---

3.72
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.728__
☐ Schedule G _____
**Michael Wise**

---

3.73
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.729__
☐ Schedule G _____
**Michael Wu**

---

3.73
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.730__
☐ Schedule G _____
**Micky Martins**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.73<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.731__<br>☐ Schedule G _____<br>**MIGUEL GONZALEZ** |
| 3.73<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.732__<br>☐ Schedule G _____<br>**Miguel Gutierrez** |
| 3.73<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.733__<br>☐ Schedule G _____<br>**Mikayla Bockrath** |
| 3.73<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.734__<br>☐ Schedule G _____<br>**Minn Maung** |
| 3.73<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.735__<br>☐ Schedule G _____<br>**Mirsab Naeem** |
| 3.73<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.736__<br>☐ Schedule G _____<br>**MITCHELL CRUZ** |
| 3.73<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.737__<br>☐ Schedule G _____<br>**Mohammad Altamimi** |
| 3.73<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.738__<br>☐ Schedule G _____<br>**MRH StickerShop** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

| | |
|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.74<br>0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.739__
☐ Schedule G _____
**Nadia Ferrigno**

3.74<br>1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.740__
☐ Schedule G _____
**Nate Felix**

3.74<br>2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.741__
☐ Schedule G _____
**Nathan Buchan**

3.74<br>3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.742__
☐ Schedule G _____
**Nathan Morello**

3.74<br>4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.743__
☐ Schedule G _____
**Nathan Spencer**

3.74<br>5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.744__
☐ Schedule G _____
**Nathan Thibodeau**

3.74<br>6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.745__
☐ Schedule G _____
**Nathaniel Gamez**

3.74<br>7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.747__
☐ Schedule G _____
**Naty Torres**

Debtor 1   **Rachel Lee Orapello**                                Case number *(if known)*

▮    **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.74<br>8 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.749__<br>☐ Schedule G _____<br>**Neil  Harrington** |
| 3.74<br>9 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.750__<br>☐ Schedule G _____<br>**Nicholas  Watt** |
| 3.75<br>0 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.751__<br>☐ Schedule G _____<br>**Nicholas Hernandez** |
| 3.75<br>1 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.752__<br>☐ Schedule G _____<br>**Nicholas Ortiz** |
| 3.75<br>2 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.753__<br>☐ Schedule G _____<br>**Nicholas Smith** |
| 3.75<br>3 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.754__<br>☐ Schedule G _____<br>**Nick Bellinger** |
| 3.75<br>4 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.755__<br>☐ Schedule G _____<br>**Nick Cambronne** |
| 3.75<br>5 **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.756__<br>☐ Schedule G _____<br>**Nick Chew** |

Debtor 1   **Rachel Lee Orapello**                                        Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.75 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.757__<br>☐ Schedule G _____<br>**Nick Dominguez** |

| 3.75 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.758__<br>☐ Schedule G _____<br>**Nick Kott** |

| 3.75 8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.759__<br>☐ Schedule G _____<br>**Nick Pierce** |

| 3.75 9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.760__<br>☐ Schedule G _____<br>**Nick Weible** |

| 3.76 0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.761__<br>☐ Schedule G _____<br>**Nicolas Martin** |

| 3.76 1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.762__<br>☐ Schedule G _____<br>**NICOLAS ROSENDAUL** |

| 3.76 2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.763__<br>☐ Schedule G _____<br>**Nilo Soares** |

| 3.76 3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.764__<br>☐ Schedule G _____<br>**Noah Hirahara-picotte** |

Debtor 1   **Rachel Lee Orapello**          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.76<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.765__<br>☐ Schedule G _____<br>**Noah McClure** |
| 3.76<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.766__<br>☐ Schedule G _____<br>**Noah Ostrega** |
| 3.76<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.767__<br>☐ Schedule G _____<br>**Noah Stephenson** |
| 3.76<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.768__<br>☐ Schedule G _____<br>**Noe Reyes** |
| 3.76<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.769__<br>☐ Schedule G _____<br>**OA Customs** |
| 3.76<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.770__<br>☐ Schedule G _____<br>**Oliver Swats** |
| 3.77<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.771__<br>☐ Schedule G _____<br>**Olivia Zhou** |
| 3.77<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.772__<br>☐ Schedule G _____<br>**Omar  Jimenez** |

Debtor 1    **Rachel Lee Orapello**                                          Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.77 2    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.773__
☐ Schedule G _____
**Oscar Alfonso**

3.77 3    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.774__
☐ Schedule G _____
**Oscar Chocolatl**

3.77 4    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.779__
☐ Schedule G _____
**Owen Moreis**

3.77 5    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.780__
☐ Schedule G _____
**Pail Guzzo**

3.77 6    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.781__
☐ Schedule G _____
**paris badillo**

3.77 7    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.782__
☐ Schedule G _____
**Parker Shaw**

3.77 8    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.783__
☐ Schedule G _____
**Patrick Buttner**

3.77 9    **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.784__
☐ Schedule G _____
**Patrick Egar**

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*  _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |

3.780   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.785__
☐ Schedule G _____
**Patrick Kramer**

---

3.781   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.786__
☐ Schedule G _____
**Patrick LaTorre**

---

3.782   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.787__
☐ Schedule G _____
**Patrick Lewis**

---

3.783   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.788__
☐ Schedule G _____
**Patrick McDermott**

---

3.784   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.789__
☐ Schedule G _____
**Patrick Robles**

---

3.785   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.790__
☐ Schedule G _____
**Paul Clingan**

---

3.786   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.791__
☐ Schedule G _____
**Paxton Baker**

---

3.787   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.792__
☐ Schedule G _____
**Pedro  Flores**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.788   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.793___<br>☐ Schedule G _____<br>**Pedro Ponce** |
| 3.789   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.794___<br>☐ Schedule G _____<br>**Perry Cozzone** |
| 3.790   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.795___<br>☐ Schedule G _____<br>**Perry Fortier** |
| 3.791   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.796___<br>☐ Schedule G _____<br>**Peter  Anderson** |
| 3.792   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.797___<br>☐ Schedule G _____<br>**Peter Anderson** |
| 3.793   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.798___<br>☐ Schedule G _____<br>**Peter Kazeck** |
| 3.794   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.799___<br>☐ Schedule G _____<br>**Peter Lee** |
| 3.795   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.800___<br>☐ Schedule G _____<br>**Peter Talamantes** |

Debtor 1   **Rachel Lee Orapello**                                      Case number *(if known)* _____

████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.796   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.801**__<br>☐ Schedule G _____<br>**Phil Orapello** |
| 3.797   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.802**__<br>☐ Schedule G _____<br>**Phil Orzechowski** |
| 3.798   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.803**__<br>☐ Schedule G _____<br>**Philip Anderson** |
| 3.799   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.804**__<br>☐ Schedule G _____<br>**Philip Kalicharan** |
| 3.800   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.805**__<br>☐ Schedule G _____<br>**Philip Kalicharan** |
| 3.801   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.806**__<br>☐ Schedule G _____<br>**Philip Wilmot** |
| 3.802   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.807**__<br>☐ Schedule G _____<br>**Phillip Amundsen** |
| 3.803   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __**4.808**__<br>☐ Schedule G _____<br>**Pierce Hemphill** |

Official Form 106H                           Schedule H: Your Codebtors                           Page 101 of 125

Debtor 1  **Rachel Lee Orapello** _____    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.80 4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.809__<br>☐ Schedule G _____<br>**Pierre Lavoie** |
| 3.80 5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.810__<br>☐ Schedule G _____<br>**Preston Kietzman** |
| 3.80 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.811__<br>☐ Schedule G _____<br>**QC MARLON OVERAT QUISPE FLORES** |
| 3.80 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.812__<br>☐ Schedule G _____<br>**Ralph Vasquez** |
| 3.80 8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.813__<br>☐ Schedule G _____<br>**Randy Olson** |
| 3.80 9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.814__<br>☐ Schedule G _____<br>**Ray  Helton** |
| 3.81 0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.815__<br>☐ Schedule G _____<br>**Ray Williamson** |
| 3.81 1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>▮ Schedule E/F, line __4.816__<br>☐ Schedule G _____<br>**Raymond Orsine** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.81 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.817___
☐ Schedule G _____
**Reagan Robinson**

3.81 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.818___
☐ Schedule G _____
**Reese Kitchen**

3.81 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.819___
☐ Schedule G _____
**Reggie B. Warren**

3.81 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.820___
☐ Schedule G _____
**Reinier  Hernandez**

3.81 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.821___
☐ Schedule G _____
**Remiel Marrero**

3.81 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.822___
☐ Schedule G _____
**Retta  Stockner**

3.81 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.823___
☐ Schedule G _____
**Richard  Ramos**

3.81 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.824___
☐ Schedule G _____
**Richard Glick**

Debtor 1   **Rachel Lee Orapello**  Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.82 0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.825__<br>☐ Schedule G _____<br>**Richard Sanchez** |
| 3.82 1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.826__<br>☐ Schedule G _____<br>**Rick Figueroa** |
| 3.82 2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.827__<br>☐ Schedule G _____<br>**Ricky Fassbinder** |
| 3.82 3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.828__<br>☐ Schedule G _____<br>**Ricky Pablo Meza** |
| 3.82 4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.829__<br>☐ Schedule G _____<br>**Rik Villanueva** |
| 3.82 5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.830__<br>☐ Schedule G _____<br>**Rita Jarosiewicz** |
| 3.82 6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.831__<br>☐ Schedule G _____<br>**Rob Leung** |
| 3.82 7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.832__<br>☐ Schedule G _____<br>**Robert  Dean** |

Debtor 1  **Rachel Lee Orapello**                              Case number *(if known)*

▮  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.82 8  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.833___
☐ Schedule G _____
**Robert  KIRSCH**

---

3.82 9  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.834___
☐ Schedule G _____
**Robert  Strong**

---

3.83 0  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.835___
☐ Schedule G _____
**Robert A Villanueva**

---

3.83 1  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.836___
☐ Schedule G _____
**Robert Bielewicz**

---

3.83 2  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.837___
☐ Schedule G _____
**Robert Charubini**

---

3.83 3  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.838___
☐ Schedule G _____
**Robert Chavez**

---

3.83 4  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.840___
☐ Schedule G _____
**Roberto Cuenca**

---

3.83 5  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.841___
☐ Schedule G _____
**Rodney Godfrey**

---

Debtor 1    **Rachel Lee Orapello**                                         Case number *(if known)*

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.83 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.842___
☐ Schedule G _____
**Rodrigo  Santo**

---

3.83 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.843___
☐ Schedule G _____
**Roger Sharp**

---

3.83 8   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.844___
☐ Schedule G _____
**Rogue Collectors**

---

3.83 9   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.845___
☐ Schedule G _____
**Ronald  Kimble**

---

3.84 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.846___
☐ Schedule G _____
**Rory Mull**

---

3.84 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.847___
☐ Schedule G _____
**Roy Marasigan**

---

3.84 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.848___
☐ Schedule G _____
**Ruben Cadabes**

---

3.84 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.849___
☐ Schedule G _____
**Rudy Garcia**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.84<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.850__<br>☐ Schedule G _____<br>**Ryan Crane** |
| 3.84<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.851__<br>☐ Schedule G _____<br>**Ryan dunham** |
| 3.84<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.852__<br>☐ Schedule G _____<br>**Ryan Egg** |
| 3.84<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.853__<br>☐ Schedule G _____<br>**Ryan Field** |
| 3.84<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.854__<br>☐ Schedule G _____<br>**Ryan Hrejsa** |
| 3.84<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.855__<br>☐ Schedule G _____<br>**Ryan Kidd** |
| 3.85<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.856__<br>☐ Schedule G _____<br>**Ryan Kurkiewicz** |
| 3.85<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.857__<br>☐ Schedule G _____<br>**Ryan Lara** |

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.85 2  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.858__
☐ Schedule G _____
**Ryan Montgomery**

---

3.85 3  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.859__
☐ Schedule G _____
**Ryan Ng**

---

3.85 4  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.860__
☐ Schedule G _____
**Ryan Waara**

---

3.85 5  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.861__
☐ Schedule G _____
**Sam Butterworth**

---

3.85 6  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.862__
☐ Schedule G _____
**Sam Smith**

---

3.85 7  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.863__
☐ Schedule G _____
**sam yanelli**

---

3.85 8  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.864__
☐ Schedule G _____
**Samantha Berberich**

---

3.85 9  **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.865__
☐ Schedule G _____
**Samantha Ferrell**

---

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.86 0   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.866___
☐ Schedule G
**Samuel  Riefler**

---

3.86 1   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.867___
☐ Schedule G
**Samuel Love**

---

3.86 2   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.868___
☐ Schedule G
**Saul Rivera**

---

3.86 3   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.869___
☐ Schedule G
**Saulo  Salmeron**

---

3.86 4   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.870___
☐ Schedule G
**Scot Leonard**

---

3.86 5   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.871___
☐ Schedule G
**Scott  Baker**

---

3.86 6   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.872___
☐ Schedule G
**Scott  Curry**

---

3.86 7   **Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.873___
☐ Schedule G
**Scott McDonald**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.868 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.874__<br>☐ Schedule G _____<br>**Scott Nielsen** |
| 3.869 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.875__<br>☐ Schedule G _____<br>**Scott Zemartis** |
| 3.870 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.876__<br>☐ Schedule G _____<br>**Sean Carney** |
| 3.871 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.877__<br>☐ Schedule G _____<br>**Sean Dixon** |
| 3.872 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.878__<br>☐ Schedule G _____<br>**Sean Noyce** |
| 3.873 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.879__<br>☐ Schedule G _____<br>**Sebastian  Fischer** |
| 3.874 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.880__<br>☐ Schedule G _____<br>**Serdar Senol** |
| 3.875 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.881__<br>☐ Schedule G _____<br>**Sergio  Zegarra** |

---

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.876 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.883__<br>☐ Schedule G _____<br>**Seth Stewart** |
| 3.877 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.884__<br>☐ Schedule G _____<br>**Shamus Geel** |
| 3.878 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.885__<br>☐ Schedule G _____<br>**Shane  Kimble** |
| 3.879 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.886__<br>☐ Schedule G _____<br>**Shane Brosnahan** |
| 3.880 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.887__<br>☐ Schedule G _____<br>**Shane Draper** |
| 3.881 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.888__<br>☐ Schedule G _____<br>**Shane Goins** |
| 3.882 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.889__<br>☐ Schedule G _____<br>**Shane Isch** |
| 3.883 **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.890__<br>☐ Schedule G _____<br>**Shane Porter** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.884 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.891__ ☐ Schedule G _____ **Shane Siewiyumptewa** |
| 3.885 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.892__ ☐ Schedule G _____ **sharon ruiz** |
| 3.886 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.893__ ☐ Schedule G _____ **shawn eckels** |
| 3.887 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.894__ ☐ Schedule G _____ **Shawn Hoffman** |
| 3.888 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.895__ ☐ Schedule G _____ **Shawn Stocking** |
| 3.889 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.896__ ☐ Schedule G _____ **Sidrat Yunus** |
| 3.890 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.897__ ☐ Schedule G _____ **Simon Orychiwski** |
| 3.891 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ■ Schedule E/F, line __4.898__ ☐ Schedule G _____ **Sohail Khan** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.89<br>2 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.899__<br>☐ Schedule G _____<br>**Sophie Bonselaar** |
| 3.89<br>3 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.900__<br>☐ Schedule G _____<br>**Sotirios  Gitsis** |
| 3.89<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.901__<br>☐ Schedule G _____<br>**Spencer Barron** |
| 3.89<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.902__<br>☐ Schedule G _____<br>**Spencer Lunt** |
| 3.89<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.903__<br>☐ Schedule G _____<br>**Stacy Andrus** |
| 3.89<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.904__<br>☐ Schedule G _____<br>**Stan Lemanski** |
| 3.89<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.905__<br>☐ Schedule G _____<br>**Stanley Galindo** |
| 3.89<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.906__<br>☐ Schedule G _____<br>**Stephane Stephane** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

3.90
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.907__
☐ Schedule G _____
**Stephanie Pettovello**

---

3.90
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.908__
☐ Schedule G _____
**Stephen  Drawdy**

---

3.90
2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.909__
☐ Schedule G _____
**Stephen Wagner**

---

3.90
3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.910__
☐ Schedule G _____
**Steve Boldt**

---

3.90
4
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.911__
☐ Schedule G _____
**Steve Dye**

---

3.90
5
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.912__
☐ Schedule G _____
**Steve McShane**

---

3.90
6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.913__
☐ Schedule G _____
**Steve McShane**

---

3.90
7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.914__
☐ Schedule G _____
**Steve Russell**

---

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.90 8 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.915__ ☐ Schedule G _____ **Steven Greene** |
| 3.90 9 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.916__ ☐ Schedule G _____ **Steven Keller** |
| 3.91 0 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.917__ ☐ Schedule G _____ **Steven Langdon** |
| 3.91 1 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.918__ ☐ Schedule G _____ **Steven Meservy** |
| 3.91 2 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.919__ ☐ Schedule G _____ **Steven Moore** |
| 3.91 3 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.920__ ☐ Schedule G _____ **Steven Ramon** |
| 3.91 4 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.921__ ☐ Schedule G _____ **Stripe Capital Program** |
| 3.91 5 **Old Republic Collectibles, LLC** 1712 Valley Road Sapulpa, OK 74066 | ☐ Schedule D, line _____ ☑ Schedule E/F, line __4.922__ ☐ Schedule G _____ **Sun-Ying Wong** |

Debtor 1   **Rachel Lee Orapello**

Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.91<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.924___<br>☐ Schedule G _____<br>**Tadeh Petrossian**

3.91<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.925___<br>☐ Schedule G _____<br>**Taeho Koh**

3.91<br>8   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.926___<br>☐ Schedule G _____<br>**Tamara petersen**

3.91<br>9   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.927___<br>☐ Schedule G _____<br>**Tanner Osborn**

3.92<br>0   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.928___<br>☐ Schedule G _____<br>**Taylor  Norrell**

3.92<br>1   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.929___<br>☐ Schedule G _____<br>**Taylor Colon**

3.92<br>2   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.930___<br>☐ Schedule G _____<br>**Taylor D**

3.92<br>3   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.931___<br>☐ Schedule G _____<br>**Taylor Oldham**

---

Debtor 1  **Rachel Lee Orapello**                                      Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.924  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.932__<br>☐ Schedule G _____<br>**teresa antonis** |
| 3.925  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.933__<br>☐ Schedule G _____<br>**Thano Karimalis** |
| 3.926  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.934__<br>☐ Schedule G _____<br>**Theodore Dechter** |
| 3.927  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.935__<br>☐ Schedule G _____<br>**Thomas Davis** |
| 3.928  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.936__<br>☐ Schedule G _____<br>**Thomas Davis** |
| 3.929  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.937__<br>☐ Schedule G _____<br>**Thomas Hunter** |
| 3.930  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.938__<br>☐ Schedule G _____<br>**Thomas Short** |
| 3.931  **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.939__<br>☐ Schedule G _____<br>**Tim Farnsworth** |

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)* _____

█████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.93 2  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.940___
☐ Schedule G _____
**Tim Frenz**

---

3.93 3  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.941___
☐ Schedule G _____
**Tim Han**

---

3.93 4  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.942___
☐ Schedule G _____
**Tim O  Connor**

---

3.93 5  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.943___
☐ Schedule G _____
**Tim Smith**

---

3.93 6  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.944___
☐ Schedule G _____
**Tim vonScheele**

---

3.93 7  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.945___
☐ Schedule G _____
**Timothy Conner**

---

3.93 8  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.946___
☐ Schedule G _____
**Timothy Murphy**

---

3.93 9  **Old Republic Collectibles, LLC**
      **1712 Valley Road**
      **Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.947___
☐ Schedule G _____
**Timothy Read**

---

Debtor 1    **Rachel Lee Orapello**                                    Case number *(if known)*_____

| ███ | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.940 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.948__<br>☐ Schedule G _____<br>**Timothy So** |
| 3.941 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.950__<br>☐ Schedule G _____<br>**Tito Carril** |
| 3.942 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.951__<br>☐ Schedule G _____<br>**Todd Breland** |
| 3.943 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.952__<br>☐ Schedule G _____<br>**Todd Johnson** |
| 3.944 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.953__<br>☐ Schedule G _____<br>**Todd Johnson** |
| 3.945 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.954__<br>☐ Schedule G _____<br>**Todd Schaefer** |
| 3.946 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.955__<br>☐ Schedule G _____<br>**Tom  Monteverde** |
| 3.947 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.956__<br>☐ Schedule G _____<br>**Tom Cataldo** |

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.948  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.957__<br>☐ Schedule G _____<br>**Tommie Inglett** |
| 3.949  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.958__<br>☐ Schedule G _____<br>**Tony Raggio** |
| 3.950  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.959__<br>☐ Schedule G _____<br>**Topher Sassman** |
| 3.951  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.960__<br>☐ Schedule G _____<br>**Travis Olson** |
| 3.952  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.961__<br>☐ Schedule G _____<br>**Trayton Morlock** |
| 3.953  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.962__<br>☐ Schedule G _____<br>**Trenten Dodson** |
| 3.954  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.963__<br>☐ Schedule G _____<br>**Tristan Child** |
| 3.955  **Old Republic Collectibles, LLC**<br>1712 Valley Road<br>Sapulpa, OK 74066 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.964__<br>☐ Schedule G _____<br>**troy johnson** |

Debtor 1   **Rachel Lee Orapello**                           Case number *(if known)* _____

▌ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.95
6
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.965__
☐ Schedule G _____
**Tyler  Kanter**

---

3.95
7
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.966__
☐ Schedule G _____
**Tyler Deye**

---

3.95
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.967__
☐ Schedule G _____
**Tyler Finucan**

---

3.95
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.968__
☐ Schedule G _____
**Tyler Schulke**

---

3.96
0
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.969__
☐ Schedule G _____
**Tyler Story**

---

3.96
1
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.970__
☐ Schedule G _____
**Tyler Whittaker**

---

3.96
2
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.971__
☐ Schedule G _____
**UPS Supply Chain Solutions**

---

3.96
3
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line __4.972__
☐ Schedule G _____
**Van Eiseman**

---

Debtor 1   **Rachel Lee Orapello**                              Case number *(if known)* _____

▄▄▄▄▄  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.96<br>4 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.973__<br>☐ Schedule G _____<br>**Victor Gutierrez** |
| 3.96<br>5 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.974__<br>☐ Schedule G _____<br>**Victor Sanchez** |
| 3.96<br>6 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.975__<br>☐ Schedule G _____<br>**vincent jacobs** |
| 3.96<br>7 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.976__<br>☐ Schedule G _____<br>**Vincent Lanning** |
| 3.96<br>8 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.977__<br>☐ Schedule G _____<br>**Vinh Aven** |
| 3.96<br>9 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.978__<br>☐ Schedule G _____<br>**Wayde Varney** |
| 3.97<br>0 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.979__<br>☐ Schedule G _____<br>**Wes Hansen** |
| 3.97<br>1 | **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.980__<br>☐ Schedule G _____<br>**Wes Summers** |

Debtor 1   **Rachel Lee Orapello**                                    Case number *(if known)* _____

---

■  **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.97<br>2   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.981___<br>☐ Schedule G _____<br>**Weston Wilkerson**

---

3.97<br>3   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.982___<br>☐ Schedule G _____<br>**Wil  Biggerstaff**

---

3.97<br>4   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.983___<br>☐ Schedule G _____<br>**Will Sangalli**

---

3.97<br>5   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.984___<br>☐ Schedule G _____<br>**william  Benzing**

---

3.97<br>6   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.985___<br>☐ Schedule G _____<br>**William Davis**

---

3.97<br>7   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.986___<br>☐ Schedule G _____<br>**Winslow Norton**

---

3.97<br>8   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.987___<br>☐ Schedule G _____<br>**Zach Cypher**

---

3.97<br>9   **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066**

☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.988___<br>☐ Schedule G _____<br>**Zach Habib**

---

Debtor 1   **Rachel Lee Orapello**                                Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.98 0  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.989__
☐ Schedule G _____
**Zach McCarty**

---

3.98 1  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.990__
☐ Schedule G _____
**Zach Parousis**

---

3.98 2  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.991__
☐ Schedule G _____
**Zachary Abid**

---

3.98 3  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.992__
☐ Schedule G _____
**Zachary Altenbach**

---

3.98 4  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.993__
☐ Schedule G _____
**Zachary Zeller**

---

3.98 5  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.994__
☐ Schedule G _____
**Zack Coupland**

---

3.98 6  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.995__
☐ Schedule G _____
**Zack Van Vleet**

---

3.98 7  **Old Republic Collectibles, LLC**
1712 Valley Road
Sapulpa, OK 74066

☐ Schedule D, line _____
■ Schedule E/F, line __4.996__
☐ Schedule G _____
**Zakkary Woodruff**

---

Debtor 1  **Rachel Lee Orapello**                                    Case number *(if known)*  _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.98
8
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.997**___
☐ Schedule G _____
**Zane Jordan**

3.98
9
**Old Republic Collectibles, LLC**
**1712 Valley Road**
**Sapulpa, OK 74066**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.998**___
☐ Schedule G _____
**Zen Pimentel**

3.99
0
**Phillip Orapello**
**1712 Valley Road**
**Sapulpa, OK 74066**

■ Schedule D, line ___**2.1**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**AmeriHome Mortgage**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rachel Lee Orapello** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed <br> ■ Not employed | ■ Employed <br> ☐ Not employed |
| Occupation | | | **Collector** |
| Employer's name | | | **Airgas Mid South, Inc.** |
| Employer's address | | | **31 N. Peoria Ave.** <br> **Tulsa, OK 74120** |
| How long employed there? | | | **1 year** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 4,651.88 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 4,651.88 |

Debtor 1   **Rachel Lee Orapello**                                           Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here .............................................. | 4. | $ 0.00 | $ 4,651.88 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 924.90 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 139.55 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ 51.33 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 1,115.78 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 3,536.10 |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify:   **VA Disability** | 8f. | $ 1,884.95 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,884.95 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 1,884.95 + $ 3,536.10 = | $ 5,421.05 |
| 11. | **State all other regular contributions to the expenses that you list in** *Schedule J.* Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.* Specify: _____ | 11. +$ | | 0.00 |
| 12. | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies | 12. | $ 5,421.05 | |
| | | | **Combined monthly income** | |

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Rachel Lee Orapello** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents names.

☐ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 6 Months | ☐ No ☐ Yes |
| Son | 3 | ☐ No ☐ Yes |
| Daughter | 4 | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ☐ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4.   The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.  $ | 1,345.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a.  $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c.  $ | 125.00 |
| 4d.    Homeowner's association or condominium dues | 4d.  $ | 0.00 |
| 5.   **Additional mortgage payments for your residence,** such as home equity loans | 5.  $ | 0.00 |

Debtor 1   **Rachel Lee Orapello**                                          Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| 6. | **Utilities:** | | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $ | **300.00** |
| | 6b. | Water, sewer, garbage collection | 6b. | $ | **95.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **300.00** |
| | 6d. | Other. Specify: | 6d. | $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. | $ | **1,250.00** |
| 8. | **Childcare and children's education costs** | | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $ | **125.00** |
| 10. | **Personal care products and services** | | 10. | $ | **75.00** |
| 11. | **Medical and dental expenses** | | 11. | $ | **160.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | | | |
| | Do not include car payments. | | 12. | $ | **350.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $ | **150.00** |
| 14. | **Charitable contributions and religious donations** | | 14. | $ | **0.00** |
| 15. | **Insurance.** | | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | | |
| | 15a. | Life insurance | 15a. | $ | **0.00** |
| | 15b. | Health insurance | 15b. | $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. | $ | **149.10** |
| | 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | | |
| | Specify: | | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $ | **579.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. | $ | **340.00** |
| | 17c. | Other. Specify: | 17c. | $ | **0.00** |
| | 17d. | Other. Specify: | 17d. | $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | | $ | **0.00** |
| | Specify: | | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._** | | | | |
| | 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. | Real estate taxes | 20b. | $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | | 21. | +$ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **5,343.10** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **5,343.10** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. | $ | **5,421.05** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **5,343.10** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. | $ | **77.95** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   Explain here: _____

**Fill in this information to identify your case:**

Debtor 1    **Rachel Lee Orapello**
            First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name              Last Name

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number
(if known)

☐ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Rachel Lee Orapello**              X _____
  **Rachel Lee Orapello**                    Signature of Debtor 2
  Signature of Debtor 1

  Date   **December 27, 2022**               Date _____

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Rachel Lee Orapello | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OKLAHOMA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy       04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ☐ No
    ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **2401 W. Omaha St. Apt. 715 Broken Arrow, OK 74012** | From-To: **November 2020 through March 2022** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **2214 W. 117th Pl. S. Jenks, OK 74037** | From-To: **September 2020 through November 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **75 NW 45th Ave. Deerfield Beach, FL 33442** | From-To: **July 1, 2020 through September 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **7 Teakwood Ln. Barnegat, NJ 08005** | From-To: **October 2019 through July 1, 2020** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **Rachel Lee Orapello**

Case number *(if known)* _____

---

**Part 2**  **Explain the Sources of Your Income**

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$294,024.74** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$161,679.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | **$46,409.00** | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **2021 State Tax Refund** | **$33.00** | | |
| | **VA Disability/Retirement** | **$22,608.00** | | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | **2020 State and Federal Tax Refunds** | **$5,404.00** | | |
| | **Federal Stimulus** | **$6,000.00** | | |
| | **VA Disability/Retirement** | **$22,608.00** | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | **VA Education Distribution** | **$1,505.00** | | |

Official Form 107  **Statement of Financial Affairs for Individuals Filing for Bankruptcy**  page **2**

Debtor 1    **Rachel Lee Orapello**                                  Case number *(if known)*

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| | **Federal Stimulus** | $2,200.00 | | |
| | **VA Disability/Retirement** | $22,608.00 | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐    No.    Go to line 7.
☐    Yes    List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☑    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.
☑    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **AmeriHome Mortgage Attn: Bankruptcy 1 Baxter Way, Suite 300 Thousand Oaks, CA 91362** | **Monthly** | $1,345.00 | $217,434.00 | ☑ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |
| **Truity Credit Union Attn: Bankruptcy Department Po Box 1358 Bartlesville, OK 74005** | **Monthly** | $579.00 | $33,359.00 | ☐ Mortgage ☑ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑    No
☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Debtor 1   **Rachel Lee Orapello**                     Case number *(if known)*

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Benito Benavides**<br>**2214 W. 117th Pl.**<br>**Jenks, OK 74037** | **Incremental payments** | **$5,200.00** | **$0.00** | **Debtor was an authorized user on her father's credit card. Debtor used the card and made the payments until the balance was paid off.** |

---

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

**Part 5:   List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

Debtor 1   __Rachel Lee Orapello__                          Case number *(if known)* _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ■ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Brown Law Firm PC<br>715 S. Elgin Ave.<br>Tulsa, OK 74120<br>ron@ronbrownlaw.com | Attorney Fees | 12/15/2022 | $2,000.00 |
| Evergreen Financial Counseling<br>PO Box 3801<br>Salem, OR 97302 | Credit Counseling Certificate | 12/20/2022 | $19.99 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.
- ☐ No
- ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| National Debt Relief<br>11 Broadway<br>New York, NY 10004 | Debt consolidation services | November 2022 | $176.00 |

Debtor 1   **Rachel Lee Orapello**    Case number (*if known*)

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **South Pointe Chevrolet 9146 S. Memorial Dr Tulsa, OK 74133** **None** | **2013 Toyota Highlander FMV $12k** | **$12k trade in value given for purchase of GMC Yukon.** | **5/7/2022** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **Rachel Lee Orapello**                                   Case number *(if known)*

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.** Fill in the details.

| Owner's Name **Address** (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.  **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes.** Fill in the details.

| Name of site **Address** (Number, Street, City, State and ZIP Code) | Governmental unit **Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes.** Fill in the details.

| Case Title **Case Number** | Court or agency **Name** **Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27.  **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

■ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

---

Debtor 1   __Rachel Lee Orapello__                                    Case number (*if known*) _____

☐   **No. None of the above applies.  Go to Part 12.**

■   **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Old Republic Collectibles, LLC**<br>**1712 Valley Road**<br>**Sapulpa, OK 74066** | **Online Toy Store** | **EIN:**      86-1923175<br><br>**From-To**   February 2020 through Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial institutions, creditors, or other parties.

■   **No**
☐   **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

__/s/ Rachel Lee Orapello__                                    _____
**Rachel Lee Orapello**                                           **Signature of Debtor 2**
**Signature of Debtor 1**

Date   __December 27, 2022__                         Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    **Rachel Lee Orapello**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:**    **List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **AmeriHome Mortgage**<br><br>Description of property securing debt: **1712 Valley Road Sapulpa, OK 74066  Creek County Legal: Lot Thirteen (13), Block Three (3), Valley Ridge, a subdivision to the City of Sapulpa, Creek County, State of Oklahoma, according to the recorded Plat thereof.** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Truity Credit Union**<br><br>Description of property securing debt: **2016 GMC Yukon 104,000 miles** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

**Part 2:**    **List Your Unexpired Personal Property Leases**
**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill**

Debtor 1   **Rachel Lee Orapello**
_____

Case number (*if known*) _____

in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br><br>☐ Yes |

**Part 3:    Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X   **/s/ Rachel Lee Orapello**
_____

**Rachel Lee Orapello**
Signature of Debtor 1

X   _____

Signature of Debtor 2

Date   **December 27, 2022**
_____

Date   _____

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|  | $1,167 | filing fee |
|---|---|---|
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | $200 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | $235 | filing fee |
|---|---|---|
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

  domestic support obligations,

  most student loans,

  certain taxes,

  debts for fraud or theft,

  debts for fraud or defalcation while acting in a fiduciary capacity,

  most criminal fines and restitution obligations,

  certain debts that are not listed in your bankruptcy papers,

  certain debts for acts that caused death or personal injury, and

  certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **Rachel Lee Orapello**                            Case No. _____
                                        Debtor(s)           Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ................................................... $            **2,000.00**

     Prior to the filing of this statement I have received ............................. $            **2,000.00**

     Balance Due ............................................................................................. $            **0.00**

2. The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
          **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; meeting of creditors.  In addition to portion of fee paid as stated herein, the court's filing fee and a credit report fee for each party has been paid by client(s).**
          **If amount paid as described above is less than amount owed for attorney fees, Client(s) have agreed to a voluntary payment plan for the balance owed.  Debtor(s) have been advised they have no legal obligation to pay any outstanding pre-petition attorney fees owed at time of bankruptcy filing and that payments post-petition are strictly voluntary. Payment plans to Brown Law Firm often scheduled to be paid with a debit card or cash. Post petition fees are earned based on work performed, ie quantum meruit. Brown Law Firm has agreed to fully represent clients to finish the bankruptcy (normal and customary services for a chapter 7 bankruptcy as contained in the original contract) even if client(s) do not voluntarily pay attorney fees. Brown Law Firm does not factor any fees, has no association with any third party, and does not threaten to withhold services if payment is not made.**
          **Client may use the services of 722redemption.com to providing funding for redemptions of vehicles; debtor will borrow $700 from 722redemption.com to pay attorney fees for attorney fees to obtain redemption.**
          **Brown Law Firm may charges as needed: a) $250 for motions to avoid judicial lien(s), b) $250 to amend bankruptcy schedules to add additional creditors, c) $200 on a request by Client to Postpone/Continue Meeting of Creditors; d) Motion to Reopen Case to File Financial Management Course $250 plus $260 filing fee.**
          **Should Ron Brown or associate Gavin Fouts become unavailable, Brown Law Firm ocassionally may need to hire independent counsel to cover trustee meetings.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, 2004 exams or any other adversary or contested matter/proceeding. In Chapter 13 Bankruptcy Cases, attorney time, legal assistant time, and expenses will be billed against the file at the rate of $350.00 per hour for Ron Brown, $250 per hour for associate attorney time, $75.00 per hour for legal assistant time (or the firm's current billing rates), and actual expenses. If such time and expenses exceed the amount stated above, an application to the Court may be made for additional fees and expenses to be paid through the Chapter 13 Plan or by the Debtor(s) as the Court orders may provide.**

In re   **Rachel Lee Orapello**                                     Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
(Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**December 27, 2022**                                     **/s/ Ron D. Brown OBA**
_____                          _____
*Date*                                                   **Ron D. Brown OBA 16352**
                                                         *Signature of Attorney*
                                                         **Brown Law Firm PC**
                                                         **715 S. Elgin Ave.**
                                                         **Tulsa, OK 74120**
                                                         **918-585-9500  Fax: 866-552-4874**
                                                         **ron@ronbrownlaw.com**
                                                         _____
                                                         *Name of law firm*

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Rachel Lee Orapello**                                           Case No. _____

                                                    Debtor(s)          Chapter   **7** _____

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

■          Original
□          Amendment
□     Add          □     Delete

      I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

      I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

      **If this filing is an amendment to the creditor list, indicate <u>only</u> the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

   **994**   # of Creditors (or if amended, # of creditors added)

Method of submission:
      a) ___**X**___ uploaded to Electronic Case Filing System; or
      b) _____Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at
                 www.oknb.uscourts.gov, or available in the Clerk's Office)
_____# of Creditors (on attached list) to be deleted

**/s/ Rachel Lee Orapello**
_____          _____
Debtor Signature                          Joint Debtor Signature
Address:(if not represented by an attorney)   Address:(if not represented by an attorney)

_____          _____
Phone:(if not represented by an attorney)   Phone:(if not represented by an attorney)


**/s/ Ron D. Brown OBA**
_____          Date: **December 27, 2022**
Attorney Signature
**Ron D. Brown OBA 16352**                 *[Check if applicable]*
**Brown Law Firm PC**                      ___ Creditors with foreign addresses included
**715 S. Elgin Ave.**
**Tulsa, OK 74120-0000**
**918-585-9500**
**866-552-4874**
**ron@ronbrownlaw.com**

Aaron  Walters
PO Box 217
Heppner, OR 97836

Aaron Isaacs
22 North Ave.
Manchester, NY 14504

Aaron Nedved
575 Morts Dr
Wentzville, MO 63385

Abigail Salmon
30 viewpoint Drive
Alexandria, KY 41001

Abraham Aguilar
1828 N 34TH ST
MCALLEN, TX 78501-3526

Abrahan Solis
10444 Venita Street
El Monte, CA 91731

Adam Adam
10 Forest Blvd
Ardsley, NY, NY 10502

Adam Coley
94 Smokebox Circle
Stewartstown, PA 17363

Adam Johnson
5666 Willow Wood Court
#11
South Ogden, UT 84403

Adam Petersen
7317 W Hawthorn Leaf Dr
Herriman, UT 84096

Adam Schumacher
2 Wander Ln
Wantagh, NY 11793

Adam South
535 Mary Cromwell Rd.
Jamestown, TN 38556

Adrian Jimenez
PO Box 425
Seeley, CA 92273

Adrian Meza
11324 Magnolia St
El Monte, CA 91732

adriana Sigala
10510 Civic Center Dr
Rancho Cucamonga, CA 91730

Adrien  Cho
125 16th Avenue
Seattle, WA 98122-5610

Adrienne  Smith
8735 Contee Road
Apt 303
Laurel, MD 20708

Aidan  Duffin
15 Appleton Lane
Hampstead, NH 03841

AJ Wilson
323 Hickory Cir
Oakville, OK L6H 4V3

Alan Castro
1006 Liberty Drive
Suisun City, CA 94585

Alan De Asis
115 SquareHaven CT
San Jose, CA 95111

Albert  Rosado
356 Snow Drop Ln
Elgin, IL 60124

Albert Schneider
1175 New Highland Church Rd
Brandenburg, KY 40108

Alec Aguila
5866 sw 107 st
Miami, FL 33156

Alejandro Cabrera
11968 Manor Dr
Apt A
Hawthorne, CA 90250

Alejandro Lariz
3016 Archdale Dr
Charlotte, NC 28210

Alejandro Manzo
2907 Pinto Ln
Anderson, CA 96007

Aleksei Selivanov
300 Cornell drive
STE A3
Wilmington, DE 19801

Alex  Cruz
540 lewrosa way
Santa Rosa, CA 95404

Alex  Kolster
5010 Pebble Ct
Kansas City, MO 64133

Alex  Olivencia
4817 W Mercer Ln
Glendale, AZ 85304

Alex Billnoski
16634 Holly Ln S
Montgomery, TX 77316

Alex Iervasi
501 Coronado Way
Indian Harbour Beach, FL 32937

Alex Lopez
1231 Franciscan Ct, Unit 2
Carpinteria, CA 93013

Alex Shaffer
10150 Ravenwood ct.
Streetsboro, OH 44241

Alex Torrez
4549 s Squires ln
101
Gilber, AZ 85297

Alexander  Mainegra
1329 West 76th Street
Hialeah, FL 33014

Alexander  Thetford
145 Webster Ave
Apt 2
Jersey City, NJ 07307

Alexander Bova
3940 E. 75th Street
Indianapolis, IN 46240

Alexander Jones
740 Walnut St PO BOX 347
Dayton, IN 47941

Alexander Preciado
853 Victoria Avenue
Venice, CA 90291

Alfonso  Flores
7809 Blackford Ave
Whittier, CA 90606

Alfredo  Garcia Menocal
6785 sw 99 terrace
Pinecrest, FL 33156

Allyson Hines
4312 E Morenci Rd
San Tan Valley, AZ 85143

Alm Jose Herrera
8125 NW 74TH AVE UNIT 2
MEDLEY, FL 33166

Alonso Gonzalez
1304 Coral Ct
Brownsville, TX 78520

Amanda  Hornsby
8412  Stansbury Lake Dr
Baltimore, MD 21222

Amanda Hurst
211 Chippewa ave
Apt 5
Tampa, FL 33606

AmeriHome Mortgage
Attn: Bankruptcy
1 Baxter Way, Suite 300
Thousand Oaks, CA 91362

Andre Maas
170 W Mendocino Ave
Willits, CA 95490-3457

Andre Vertucio
PSC 2 Box 1558
APO, AR 96264-0016

Andrea  Amell
6251 ridge ln
Warrenton, VA 20187

Andres Chavez
4004 SE 13th Ave
Amarillo, TX 79104

Andres Guachichulca
6149 S Francisco Ave
Chicago, IL 60629

Andrew  Driggers
458 Hicks Chapel Loop
Marion, NC 28752

Andrew  Iademarco
1014 2nd Ave se
Albany, OR 97321

Andrew Alonso
420 Hillcrest Ave
Placentia, CA 92870

Andrew Augustine
602 Woodbine Ave
Oak Park, IL 60302

Andrew Brinkman
442 Sterling Street South
Saint Paul, MN 55119

Andrew Forbes IV
3959 Monroe St
Williamstown, NJ 08094

andrew holzheimer
544 Palisade Ave
apt 8
Jersey City, NJ 07307

Andrew Kelso
326 Center St
Oakland, CA 94607

Andrew Myerson
31 Edmunds Rd
WELLESLEY HILLS, MA 02481-2907

Andrew Raymond
7011 cook ave
Irvington, AL 36544

Andrew Rouhier
460 Roy Ave
Dayton, OH 45419

```
Andrew Sanchez
1656 walworth ave
Pasadena, CA 91104

Andrew Sikorski
1919 24th ave
L308
Astoria, NY 11102

Andy Robles
2070 Monroe Avenue
North Bellmore, NY 11710

Angel Rivera
6 Jasmine Rd
Lumberton, NJ 08048

Anibal Vazquez
1102 calle Cordillera
Valle Alto
Pomce, PA 00730

Anthony  Guzman
300 N Rampart St
Trlr 56
Orange, CA 92868

Anthony Erdag
13307 Virtuoso
Irvine, CA 92620

Anthony Files
205 Brooks Dr
Sheffield, AL 35660-7259

Anthony Gomez
1009 E Banyan St
Ontario, CA 91761

Anthony Gonzalez
1421 W. Crone Ave.
Anaheim, CA 92802-1833

Anthony Roman
22 Celia Terrace
Belleville, NJ 07109

Anthony San Andres
64-19 79th St
Middle Village, NY 11379

Anthony Sarango
53 Wildwood Ave
Edison, NJ 08837
```

Anthony Vargas
32 Sand Hill Road
Morristown, NJ 07960

antonio barajas
10430 ashdale st.
stanton, CA 90680

Antonio Borrero
9735 Channing Dr
Sun city center, FL 33573

Antonio Llanos
14160 Leaning Pine Dr
Miami Lakes, FL 33014

Antonio Quiachon
2709 Cabrillo Avenue
Apartment A
Torrance, CA 90501

Aramis  Alcantara
2985 sw 24th st
Miami, FL 33145

Ari Verzosa
28683 Middlesbrough Ct
Menifee, CA 92584

Aurelio  Vergara
10845 cotillion dr
Dallas, TX 75228

Austin Gillespie
389 County Road 302D
Henderson, TX 75654

Austin Hall
1611 Oakwood Ave
Akron, OH 44301

Austin Jones
1580 Maple Ridge Drive
Loganville, GA 30052

Austin Martinez
6156 Pacific Dogwood Ave
Las Vegas, NV 89139

Austin Russell
367 Taghkanic Rd
Elizaville, NY 12523

Avery White
402 E 7th St
Belle, WV 25015

babe dufresne
2127 2nd ave #310
SEATTLE, WA 98121

Bao Doan
2449 vista mountain dr
Vista, CA 92084

Barry  Greer
827 Goldmine Rd
Palmyra, VA 22963

Barry Max Jeter
503 Jubilee Circle
Pell City, AL 35125

Ben Elmore
PO Box 20691
Greenfield, WI 53220

Benito Benavides
2214 W. 117th Pl.
Jenks, OK 74037

Benjamin Alverson
201 Rollingwood circle NW
Rome, GA 30165

Beth Apol
254 Snyder Rd
Granger, WA 98932

Blaine Hafen
2363 Indiana Ave
Columbus, OH 43202-3109

Blake Robinson
6 Meadowbrook Avenue
Eatontown, NJ 07724

BlueVine Capital, Inc.
401 Warren St., #300
Redwood City, CA 94063

bobby dixon
1205 sarasota dr
Tallahassee, FL 32301

Bonnie Mills
95 Garland Avenue
Oakland, CA 94611

Brad Fack
143 N Beachwood Dr
Apt E
Burbank, CA 91506

Brad Petry
3129 W Rose Garden Ln
Phoenix, AZ 85027

Brady Christensen
3409 252nd St E
Spanaway, WA 98387

Brandi Hafen
128 South 4th Street
Hebron, OH 43025

Brandon  Hall
1440 Fir Avenue
Clovis, CA 93611

Brandon Kreissler
2911 E Henley Dr
Columbia Mo, MO 65202

Brandon Lane
6822 Shamrock Way
San Antonio, TX 78253

Brandon Wright
4 market Street
Rm 118
Potsdam, NY 13676

Brandt Pence
1306 Poplar Ridge Dr
Memphis, TN 38120-3438

Brayden Eubanks
115 Anderson Avenue
Pacolet, SC 29372

Brendan  mcnally
36 jessieave
Attleboro, MA 02703

Brendan  Willett
330 Darlene street
York, PA 17402

Brendan Westenbarger
1468 Nestor Street
Munising, MI 49862

Brendon Wheeler
2423 Sweet Water Court
Chino Hills, CA 91709

Brent  Woodside
2303 s Missouri abe
Sedalia, MO 65301

Brent W
199 lakehill Beach est rd
Springville, TN 38256

Brett  Gassman
3851 cornell st
Hamburg, NY 14075

Brett Jones
7068 Waterman Avenue
University City, MO 63130

Breven Walker
1015 Broadax Path
Georgetown, KY 40324

Brian  Robbins
4821 Lankershim Blvd
Suite F, #234
North Hollywood, CA 91601

Brian Bell
657 Upland Drive
Tooele, UT 84074

Brian Hess
33 Audie Ln
Harpers Ferry, WV 25425

Brian Hoffman
38 West Mountain Road, BOX 235
West Simsbury, CT 06092

Brian K Saltzman
321 Ridge Point Cir
Apt b31
Bridgeville, PA 15017

Brian Magee
8012 Long Drive
472
Littleton, CO 80123

Brian Malone
10442 Breamore Dr
Charlotte, NC 28270

Brian Nishimura
3644 Serena
Clovis, CA 93619

Brian Robinson
16244 11th Ave ne
Shoreline, WA 98155

BRIAN SEAY
105 Palmer Ave
STROUDSBURG, PA 18360-1173

Brian Weikert
5940 State Route 605 S
Westerville, OH 43082

Brody Lyons
8914 Liptonshire Dr.
Dallas, TX 75238

Bryan  Simoes
22 cove rd.
Dartmouth, MA 02748

Bryan Meusel
2212 Cloverdale Dr
Fallston, MD 21047

Bryan Walker
620 N Church St
Apt S1109
Charlotte, NC 28202

Bryant Maciel
3001 Hahn Dr #470
Modesto, CA 95350

Caleb Alderman
3709 Arbor Drive
Fenton, MI 48430

Caleb Curfman
38 Wakefield Ave
Fredericksburg, VA 22405

Caleb Roe
2120 Justice Lane
Saint Cloud, FL 34769

Calvin Boily
96 Red Spruce Ln
Rochester, NY 14616

Cameron Hodges
307 E Franklin
Shawnee, OK 74804

Cameron Minor
201 marilee dr
New lebanon, OH 45345

cameron Robbins
12573 Trammell Ct
Ashland, VA 23005

Carall Fillinger
30248 Firwood Dr
Warren, MI 48088

Carl Iwasaki
3142 Hayden Street
Honolulu, HI 96815

Carlos  Capetillo
228 N 18th st
#2
San jose, CA 95112

Carlos Gaitan
16027 Geranium Ct
Moreno Valley, CA 92551

Carlos Gonzalez
3329 Live Oak St
Huntington Park, CA 90255

Carlos Herrera
615 s Lorena st.
C204
Los Angeles, CA 90023

Carolyn Fines
13716 e Cienega Creek drive
Vail, AZ 85641

Casey Boris
950 Genesee Street
Waukesha, WI 53186

Casey Lau
68 Rustic Way
Freehold, NJ 07728

Cashin Quimayousie
27502 Via La Carta
San Juan Capistrano, CA 92672

Celia Galindo
22 Green Hill Ln
Rochester, NY 14534

Celtic Bank Corporation
268 South State Street
Suite 300
Salt Lake City, UT 84111

Cesar Mier
5585 Rumsey Dr
Riverside, CA 92506

Chad Dietz
810 Spicebush Path
Locust Grove, GA 30248

Chad Fisher
109 Pimlico Dr
Dillsburg, PA 17019

Chandler Story
8845 25th St
Metairie, LA 70003

Charity Romero
1372 Nutcracker Ave
Dinuba, CA 93618

Charles  Rijnders
13760 Alderwood Ln
85L
Seal Beach, CA 90740

Charles Lyman
4531 W Gillette St
Meridian, ID 83642

Charles Pacheco
400 Atlantic street DPW
Security
Elizabeth, NJ 07206

Charles Zimmel
2060 East Plank Road
Unit 1
Appleton, WI 54915

Charlie Griffith
104 Sierra Vista Terrace S.W.
Calgary, AK T3H 3C5

Charlie Hernandez
2565 N 1150 W
Layton, UT 84041

Charlie Richardson
1361 N Peterson Ave
Long Beach, CA 90813

Charlton Morales
1606 Conestoga Circle
Columbia, SC 29223

Chase Bais
125 Kayen Luseru
Yigo, GA 96929

Chase Hewins
167 Burnt Pine Dr
Naples, FL 34119

Chase Prochut
264 Acadia Avenue
Hartford, WI 53027

Cheri Mctureous
7080 Southwest 34th Place
Gainesville, FL 32608

Chris  Henderson
4208 Alta Towne Lake Circle Bldg
4208
Pooler, GA 31322

Chris Alsip
11985 Tavel Court
Cincinnati, OH 45246

Chris Jones
590 Jon Ln
Des Plaines, IL 60016

Chris Keller
113 west boscawen street
2
winchester, VA 22601

Chris Mozingo
1547 LAMBERT ST
RAHWAY, NJ 07065-2037

Chris Richardson
20098 McCray Drive
Abingdon, VA 24211

Chris Shelton
163 Tedder Blvd
Smyrna, TN 37167

Chris Thorn
4091 Primrose Lane
Peachtree Corners, GA 30092-1908

Christiaan Xavier Bencomo
4492 Camino De La Plaza
#2327
San Ysidro, CA 92173

Christian Aliser
1147 Ala Napunani St
Apt 601
Honolulu, HI 96818

CHRISTIAN ANTKOW
1006 Chumley Road
Garland, TX 75044

Christian Hanspach
16485 COLLINS AVE
APT 2236
Sunny Isles Beach, FL 33160

Christian Maust
65 Russo Dr
Canfield, OH 44406

Christian Miller
5811 W 111th Pl
Westminster, CO 80020

Christian Neufischer
1245 E. Dover St
Glendora, CA 91740

Christian Tinnion
700 Beverly Hills Rd
925
Hattiesburg, MS 39401

Christine Boeringa
24928 S. Donegal Drive
Manhattan, IL 60442

Christopher  Moore
19002 Mission Park Drive
1338
Richmond, TX 77407

Christopher  Morey
10 Fessenden Street
1
Portland, ME 04103

Christopher  Niedermayer
511 Lexington dr
Cinnaminson, NJ 08077

Christopher  Zervos
109 Dosel lane
St Augustine, FL 32095

Christopher Dakovicch
16367 Sisley Drive
Chino Hills, CA 91709

Christopher Floeter
6206 Kings Scepter Rd
Grand Blanc, MI 48439

Christopher Minarchi
11746 SW 132nd Place
Miami, FL 33186

Christopher Price
1466 Saddle St NE
Uniontown, OH 44685

Christopher Reese
26520 Mahonia Way
Murrieta, CA 92562

Christy Chichester
127 West Curtin Street
Bellefonte, PA 16823

Citibank North America
Citibank SD MC 425
5800 South Corp Place
Sioux Falls, SD 57108

Clayton Carron
438 S Longbranch Dr
Maize, KS 67101

Clayton sharp
4500 N 439 Rd
Adair, OK 74330

Clint Esqueda
3415 Sweetwater Springs Blvd
SpringValley, CA 91978

Codi Schneider
1175 New Highland Church Rd
Brandenburg, KY 40108

```
Cody  Hammill
13165 sw Ash Dr
Tigard, OR 97223

Cody Case
103 Morton St.
Jackson, OH 45650

Cody Chapman
500 Weldon Lake Rd
Milner, GA 30257

Cody Farmer
84 Theresa Ln
Lebanon, KY 40033

Cody Iversen
50 hinds street
Montrose, PA 18801

Cody Kozma
1015 Karen Ridge Ct
Kissimmee, FL 34747

Cody McKee
22 Belgian Blue Way
Fountain Inn, SC 29644

Colby Crawford
1415 Savannah Street
Covington, LA 70433

Cole Williams
116 Fulwood Dr
Franklin, TN 37067

Colin  Lawrence
452 Via Colinas
Westlake Village, CA 91362

Colin Clover
2091 Mayfield Ave
San Jose, CA 95130

Colton Remley
4639 E Van Ness Rd
Hernando, FL 34442

Connor Rose
1725 E 3rd St
B626
Bloomington, IN 47406
```

```
Conor McQuade
23 Wayne Ave
Dudley, MA 01571

Constantine Pavlidis
34-47 82nd st
Supers apt
Jackson heights, NY 11372

Convergent Outsourcing, Inc.
Attn: Bankruptcy
800 Sw 39th St, Ste 100
Renton, WA 98057

Corey Low
9561 Satellite Blvd
Suite 317-FCL1004602
Orlando, FL 32837

Cory Doane
29040 N Brenner Pass Rd
Queen Creek, AZ 85142

Courtney Thornton
1231 E Richmond St
Broken Arrow, OK 74012

Craig North
19905 Se 5th Way
Camas, WA 98607

Criston Charley
P.O. Box 548 Thoreau NM 87323
Thoreau, NM 87323

Curtis  Cronin
651 Baker Ln
Leander, TX 78641

Curtis Cronin
651 Baker Ln
Leander, TX 78641

Curtiss Huckabone
10808 W SACK DR
SUN CITY, AZ 85373

Dale Austin
809 Beautyberry ln.
Leander, TX 78641

Dallas Diaz
10697 W centennial Pkwy
Apt 3061
Las Vegas, NV 89166
```

Damian Ortega
1024 Gulf Avenue
Wilmington, CA 90744

Dan Borses
1208 S EVANWOOD AVE
WEST COVINA, CA 91790

Daniel  Aparicio
1012 North Plum Grove Road
Apt 301
Schaumburg, IL 60174

Daniel  Borrero
1038 39th ave
Oakland, CA 94601

Daniel  Castillo
28241 sw 163rd ct
Homestead, FL 33033

Daniel  Masaya
3912 S Forecastle Ave
West Covina, CA 91792

Daniel  Williams
93 Ledgestone Dr
Fairview, NC 28730

Daniel Byers
5332 Espinoso Way
San Antonio, TX 78261

Daniel Gutierrez
1862 Cassidy Knoll Dr
Kissimmee, FL 34744

Daniel Lopez
1105 Merced St
Madera, CA 93638

Daniel Pacheco
10196 Oxbow Avenue
Frisco, TX 75035

Danny Carrera
4029 Orlando ct
Dallas, TX 75211

Danny Cushing
140 Howard St NE
Atlanta, GA 30317

Danny Melendez
43 Bronx River Rd Apt 8S
Yonkers, NY 10704

Darin Kearns
264 S. Arlington St.
Akron, OH 44306

Dave  Fields
1474 Friends Station road
New Market, TN 37820

Dave Cheeseman
126 Parkhurst Boulevard
Toronto, OK M4G 2E7

Dave DiCello
1285 Folkstone Dr
Pittsburgh, PA 15243

David  Duggan
316 North College Avenue
Greencastle, IN 46135

David  Rodriguez
24-53 77th St
East Elmhurst, NY 11370

David  White
1414 West Vine
Arlington Heights, IL 60005

David Barow
167 Chaffee Ave.
Waltham, MA 02453

David Caprio
9507 E 147th Pl
Brighton, CO 80602

David Coultas
9044 N. Polk Ave
Portland, OR 97203

David Edmonds
3810 Lochmoor Dr
Lansing, MI 48911

David Finegan
1656 Rockcress Drive
JAMISON, PA 18929

David Foster
1044 long pointe avenue
Fort Worth, TX 76108

David Gilfillan
2650 egg harbor road
Lindenwold, NJ 08021

David Justin
2925
Berry Hill
McKinney, TX 75069

David Kempson
5194 Tipperary Ave
Waldorf, MD 20602

David McGarrh
970 Millcreek Dr.
Henderson, KY 42420

David Mendez
22425 benson rd se
Apt A 303
Kent, WA 98031

David Newman
57 Capri Dr
Brick, NJ 08723

David Pavell
717 Clifton Court
Simi Valley, CA 93065

David Tester
5468 W Morning Blush Dr
Herriman, UT 84096

David Weber
4900 NW 47th Terrace
Tamarac, FL 33319

Deborah O'Campo
610 East Cypress Street
Apt B
Santa Maria, CA 93454

Dennis Porebski
408 N Fir Pl
BROKEN ARROW, OK 74012

Dennis Zuniga
8620 W Paddle Wheel Way
Las Vegas, NV 89117

DEREK LONDON RODRIGUEZ
375 CONESTOGA WAY
UNIT 2213
HENDERSON, NV 89002

Derek Zumba
332 39th street
Apt 2
Brooklyn, NY 11232

Devin Gills
4752 Moorpark way
Sacramento, CA 95842

Devin Smith
32 Seminole Trail
Palmyra, VA 22963

Devon Lininger
814 Red Crossbill
San Antonio, TX 78253

Diego Casillas
13724 W Mauna Loa Ln
Surprise, AZ 85379

Diego Munoz
770 vista san matias
San Diego, CA 92154

Dillon Justice
1805 Martin Ave Lot 5
Radford, VA 24141

Dino Funari
17 Hillside Rd
Hull, MA 02045

Dino Rossi
23768 Demley Dr
Charter Township of Clinton, MI 48035

Dolf Dodge
3953 Pegg Ave
Columbus, OH 43214

Dominic Forte
472 Circuit St
Hanover, MA 02339

Dominic Ross
1289 Shobar Ave
Sacramento, CA 95815

Dominick Cirigliano
81 Columbia street New York
Apt 7C
New York, NY 10002

Dominick LaGrutta Jr
2805 EDGE ROCK CIR
LAS VEGAS, NV 89117

Don Brosius
129 Hill Dr
Fincastle, VA 24090

Don Haring
PO BOX 20
Creamery, PA 19430

Donald George
155 oak street
Lilly, PA 15938

Donnie Campbell
312 St. James Drive
Langhorne, PA 19047

Doug Bell
4102 S 220th Place
Kent, WA 98032

Douglas Schroeder
1582 GALLEON BLVD
HILLIARD, OH 43026

Douglas Wallace
45 Lenox Circle
Roanoke, VA 24019

Dru Tischer
1509 N Minnesota Ave
Shawnee, OK 74804

Duy Ninh
13227 Rustic Garden Dr
Houston, TX 77083

Dwayne Soriano
973 Beachpoint Way
Rodeo, CA 94572

dylan blasenak
3401 pottz trail
conway, SC 29526

Dylan Buehler
268 Kenyon Avenue
Millville, NJ 08332

Dylan Rogness
122 Silkstone Road West
Lethbridge, AK T1J 2G3

Edward  Stevens
9601 Justin Lane
Laurel, MD 20723

Edwin Solorzano
8174 Lakespring Way
SACRAMENTO, CA 95828

Eileen Cruz
190 Nw 122nd Ave
Miami, FL 33182

Eli Boone
11812 Richmond st
Caldwell, ID 83605

Elijah King
110 London Lane
Sharpsburg, GA 30277

Elliot Kuzma
42 Fitchburg Rd
Ashburnham, MA 01430

Emerson  Aguilar
3676 Farnham Place
Riverside, CA 92503

Emily Luna
11601 Lago Vis W Apt 1401
Farmers Branch, TX 75234

Entertainment Earth
61 Moreland Road
Simi Valley, CA 93065

Eoghan Cataldo
3150 Rochambeau Avenue
Apt B23
Bronx, NY 10467

Eric  Herb
27 Golf Rd
Apt B
Lebanon, PA 17046

Eric  McTureous
7080 sw 34th place
Gainesville, FL 32608

Eric Alvarado
1094 Beaver Way
La verne, CA 91750

Eric Anderson
875-3 Dipper Lane
Unit 3
Aurora, OH 44202

Eric Ballenger
2107 Beckham Ln
St Charles, IL 60174

Eric Galan
2303 Fair Oaks Dr
Austin, TX 78745

Eric Matthias
1131 E Oriole Dr
Gilbert, AZ 85297

Eric Nichols
7 Caputo Ave
Fort Edward, NY 12828-1104

Eric Pichardo
14226 Gowland St
Houston, TX 77045

Eric Pierce
1034 Towlston Rd
McLean, VA 22102

Eric Roepke
8 Country Club Drive Apt H
Coram, NY 11727

Eric Springsted
12230 SW Winterhawk Ln
Beaverton, OR 97007

Erich Joas
1521 8th Ave
Apt B314
Greeley, CO 80631

Erich Lehman
400 Spencer Rd
Rochester, NY 14609

Erik Cole
3255 SW 78th Ave
Portland, OR 97225

Erik Lopez
8630 Broadway
Apt 3B
Elmhurst, NY 11373

Erin Clement
14691 Dartmouth Cir
tustin, CA 92780

Eryn Sahs
923 Warner Ave
Lemont, IL 60439

Esteban Asencio
2424 SW 177th Terrace
Miramar, FL 33029

Ethan Inge
2501 Pendleton Drive
Apt. 908
Norman, OK 73072

Ethan Urzua
45 Fullerton Ave
Whitman, MA 02382

Etyam Santos
14110 N Gila River Ave
Marana, AZ 85658

evan contreras
13028 downey ave
Apt H
downey, CA 90242

Evan Kwak
2014 Deerfield Dr
Bensalem, PA 19029

Evan Valencia
5437 Lafayette Dr
Fuquay-Varina, NC 27526

Evangelos Lithoxopoulos
4806 Sawtelle blvd
Culver city, CA 90230

Fabio Redivo
35 Edenville Rd
Warwick, NY 10990

Felix Feagins
7028 Glenwood Ln
Moody, AL 35004

Felix Lu
460 Center St. #6424
Moraga, CA 94570

Fernando Catania
8600 NW 64th Street
Suite 4
Miami, FL 33166

Forrest  Strickland
90 E Mason Place
Grapeview, WA 98546

Forrest Link
2845 Clarendon Dr
Richmond, VA 23235

Francesco Brusco
117 W Central Blvd
Suite 1
Palisades Park, NJ 07650

Francisco Cubillos
45-26 80th St
Apt #2A
Elmhurst, NY 11373

Francisco Marmolejo
624 Button St
Santa Cruz, CA 95060

Francisco Nunez
164 Princeton road
Parlin, NJ 08859

Frank Page
21 Weeks Rd
Palmyra, ME 04965-3619

Frank Roman
5845 Caminito Del Estio
La Jolla, CA 92037

Franky Gonzales
5220 W Northern Ave
112
Glendale, AZ 85301

Fred Soriano
14 Maple Way
San Carlos, CA 94070

Fritz  Duggan
323 Pierce Street
Lakewood, CO 80226

Gabriel Loubies Cordova
2250 NW 114th Ave
Unit 1W CHL513270
Miami, FL 33192

Gaige Jevne
818 23rd St S
Apt 7
Fargo, ND 58103

Gambit  Rodriguez
5350 Orangethorpe Ave
Apt 67
La Palma, CA 90623

Garrett Baldwin
270 Happy Home School Rd
Ruffin, NC 27326

Garrett Surles
9601 Keeling Ridge Rd
Louisville, KY 40291

Garrison Webking
906 7th Ave NW
Puyallup, WA 98371

Gary Couturie
1330 Park Dr
Suite 300
Mandeville, LA 70471

Gary Spisak
11745 Preston St
Grand Terrace, CA 92313

Gary Williamson
1290 W. Horizon Ridge Parkway
#623
Henderson, NV 89012

Gary Young
327 Ogden Station Rd
Wenonah, NJ 08090

Gavin Thomas
11024 Home Shore Drive
Pinckney, MI 48169

Geof Harrington
38 Commerce Ave SW
Apt 503
Grand Rapids, MI 49503

George Guerra
320 Liberty Street
Apt 57
Little Ferry, NJ 07643

George Santiago
6416 NW 56th St.
Coral Springs, FL 33067

Gerald LaBoone
105 Smithfield Blvd
Smithfield, VA 23430

Gianni Tabigne
91-1841 Keaunui Dr
Unit 607
Ewa Beach, HI 96706

Gianny Giguere
100 walnut st
Door 19
Champlain, NY 12919

Gilbert Ascencion
1917 Myrtle St.
Apt. 4
Santa Ana, CA 92703

Glenn Hyland
124 Birch St
Kingsford, MI 49802

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176

Gordy Gibson
5918 Simpson Ave
Valley Village, CA 91607

Graham Read
3334 ne 55th ave
Portland, OR 97213

Greg  Kicmal
810 shortwood drive
Joliet, IL 60432

greg bugbee
717 Maple Brook Rd
Fuquay Varina, NC 27526

Greggory F Pontious
375 Jacksonville Rd.
Bldg. 2 Apt. 204
Warminster, PA 18974

Gregory Cavaluzzo
185 Buckingham Road
West Hempstead, NY 11552

Griffin Ferrari
6291 court street rd
east Syracuse, NY 13057

Guillermo Verdesoto
6117 Northwest 72nd Avenue
Miami, FL 33195

Gustavo Acosta
750 W Irving Park Rd
Apt 03
Chicago, IL 60613

Hanqi Dong
1555 Adams St
Apt D2
Madison, WI 53711-2102

Harry Rodriguez
18540 Soledad Canyon Road
Space 94
Canyon Country, CA 91351

Henry Galarza
1318 Mill Slough Road
Kissimmee, FL 34744

Heston Bond
30782 South County Road
Stigler, OK 74462

Hinata Ikagawa
11 Palamedes
Irvine, CA 92604

Holden Combs
235 west center street
Milford center, OH 43045

Ian  Walker
1230 NLBJ hill country apts
837
San Marcos, TX 78666

Ian Happel
6663 Montezuma Rd.
Apt 26
San Diego, CA 92115

Ina Molinari
11 Cummings Pl
Brigantine, NJ 08203

Isaac  Solis
1701 Smokehouse rd
Granbury, TX 76049

Isaac Fesmire
152 Keil St.
North Tonawanda, NY 14120

Isabella Henkel-Hanke
5925 Valentine Dr.
Winneconne, WI 54986

Israel Del Valle
8910 Levelland
San Antonio, TX 78251

Israel Padilla
3713 Sumac dr
Joliet, IL 60435

Issam Abreu
3400 CALLE MARQUES
SAN ANTONIO, PA 00690-1355

Itria Ventures/Biz 2 Credit
1000 N West St #1200
Wilmington, DE 19801

Izaak Aguirre
11133 Shoreline Dr
El Paso, TX 79936

Jace Wilhelmi
20808 N 27th Ave Apt 1106
1106
Phoenix, AZ 85027

Jack  Silbergeld
17441 Cardinal Drive
Lake Oswego, OR 97034

Jackson  Masters
1862 old Seneca tpke
Marcellus, NY 13108

```
jackson branch
12 chelsea circle
greenville, SC 29605

Jacob  Trombino
3151 Muldoon Road
Pensacola, FL 32526

Jacob DePriest
5737 Shaver St
Dublin, VA 24084

Jacob Opperman
6434 Bay Hill Dr.
Abilene, TX 79606

Jacob Schwartz
1320 W 39th St
Norfolk, VA 23508

Jae In
8682 Shamrock Place
Dublin, CA 94568

Jae Kim
5006 woodbine rd
Woodbine, MD 21797

Jake Groendal
12 Monroe Center St NW
Grand Rapids, MI 49503

Jake Kopach
633 Williams Ave
Runnemede, NJ 08078

James Cailotto
5232 California Ave SW
Unit D
Seattle, WA 98136

James Hudson
613 N Francis Avenue
Lansing, MI 48912

James McIsaac
67 Commercial Blvd
Central Islip, NY 11722

James Owen
4724 e merced st
Des moines, IA 50317
```

James Piccolo
41 Mountain View Dr
Brookfield, CT 06804

James Portillo
1411 South Highland Ave
Unit C
Fullerton, CA 92832

James Sporl
610 WOLVERINE PLACE
JACKSONVILLE, NC 28546

James Toya
1858
Nausika Avr
Rowland Heights, CA 91748

James West
1908 19th Court
Jupiter, FL 33477

James Wilson
8118 Fairway Villa Drive
Gautier, MS 39553

Jamie Theurich
106 Queens Drive
G
Hudson Falls, NY 12839

Jamison Smith
138 Rolling Rock Road
Aiken, SC 29803

Janet Lai
950 West Broadway
108
Vancouver, AR V5Z 1K7

Jared Casaldi
818c street
Danville, PA 17821

Jared Diecidue
11 Alden ave west
Randolph, MA 02368

Jared Massey
36 Jackson way
Fort Oglethorpe, GA 30742

Jared Pahutski
205 River Place Dr
Unit 518
Augusta, GA 30909

Jaren  Decker
4455 kron lane
Elizabeth, IN 47116

Jaret Turner
1679 Blanc Court
Gurnee, IL 60031

Jarrett  Munger
105 W Cunningham St
Bonham, TX 75418

Jarrett Bertoncin
6120 Lamar Ave
Mission, KS 66202

Jarrett LaBean
703 S Kibbee St
Saint Johns, MI 48879

Jason  Solich
121 Duranta St
Unit A
Roseville, CA 95678

Jason Bartlett
120 Sunridge Dr
Freedom, PA 15042

Jason Beland
811 ave Cardinal Rouleau, apt. 5
apt. 5
Quebec, PA G1S3K6

Jason Blake
385 Sanctuary Park Dr
Summerville, SC 29486

Jason Cain
27 St Germain Place
Saint Charles, IL 60175

Jason DeSilva
1925 Ramsey Drive
Lake Worth, FL 33461

Jason Esbensen
479 E Cherry Rd
Quakertown, PA 18951

jason gorski
400 Brassie Drive
Longwood, FL 32750

Jason Jourdan
366 Holly Grove Road
Lewis Center, OH 43035

Jason Lee
4645 Likini St.
Honolulu, HI 96818

Jason Mitchell
406 Triumph Ln
Wake Forest, NC 27587

Jason Smith
257 1st Avenue
Avondale Estates, GA 30002

JASON STUDLEY
35631 Placid Place
Cathedral City, CA 92234

Jason Yang
12203 S. 4th Street
Jenks, OK 74037

Jason Yoo
1220 Post Rd
Apt 117
Fitchburg, WI 53713

Javier  Orta
1127 Nw 123rd Ct
Miami, FL 33182

Javier Flores
PO Box2289
Roma, TX 78584

Jayson  Olea
8649 N Maya Ct
Tucson, AZ 85742

Jayson  Rivera
4524 s honore
1 apt
Chicago, IL 60609

Jc  Cortez
Douglas Ave
Oakland, CA 94603

JD Davis
330 E 39th St
Apt 31G
New York, NY 10016

Jeanpaul Jonker
De Brouwerstreet 52
Tienen, Belgium 03300

Jeff  Laslett
16848 Brady
Redford, MI 48240

Jeff Bailey
1751 Dutch Valley Rd
Clinton, TN 37716

Jeff Barnes
7 Warren place
Waldwick, NJ 07463

Jeff Dey
4140 SW Tualatin Avenue
Portland, OR 97239

Jeff McPeek
3010 S.Pines rd.
Apt.46
Spokane Valley, WA 99206

Jeff Moore
125 Lang Avenue
Pass Christian, MS 39571

Jeff Reeves
525 Future Islands Way
Wendell, NC 27591

Jeff Russell
205 Galveston Island Ln
Georgetown, TX 78628

Jeffrey  Thackeray
4835 Matchwood Court
Fayetteville, NC 28306

Jen Miller
1250 N June St
Apt 109
Los Angeles, CA 90038

Jenn Rose
6628 Clybourn Ave #131
North Hollywood, CA 91606

```
Jeremy  Pazmino
88-31 75th street
Queens, NY 11421

Jeremy Gates
9731 Mobile Street
Commerce City, CO 80022

Jeremy Huck
4246 S 84th st.
Greenfield, WI 53228

Jeremy Meglasson
170 Panorama Drive
Wimberley, TX 78676

Jerome  Price
1533 N. Humboldt Ave.
Ontario, CA 91764

Jesse Jimenez
1044 Bison Way
Salinas, CA 93905

Jesse Martinez
11491 Se Linwood Ave
Milwaukie, OR 97222

Jesus Castillo
9249 Laurel Ave
Fontana, CA 92335

Jesus Castillo
PO Box 3468
1158 E D St
San Luis, AZ 85349

Jesus Martinez
11491 Se Linwood Ave
Milwaukie, OR 97222

Jesus Montes
1367 NW Campanella Way
Estacada, OR 97023

Jim Garrett
76 Outlook Ave
Hawthorne, NJ 07506

Jim Greenlee
3002 Camelot Dr
Bryan, TX 77802
```

Jim McCaslin
1289 Little Bear Road
Buda, TX 78610

Jim Rogers
23435 Bayleaf Dr
Spring, TX 77373

Jimm McShane
4271 Sandstone Dr
Eagan, MN 55122

Jimmy  Charlton
68 7th Avenue north
Huntington station, NY 11746

Jimmy Shaw
96 Camden Woods Place
Dallas, GA 30157

JOAO PAULO OLIVEIRA
8429 NW 74th St.
PJC39195
Miami, FL 33166

Joaquin  Zarate
2150 calview ave
San Jose, CA 95122

Joe Bartak
12709 W 121st Ter
Overland Park, KS 66213

Joe Gray
960 Pintail Rd
Knoxville, TN 37934

JOE KAMLER
1108 NE 97TH PLACE
Kansas City, MO 64155

Joe Kelley
500 Butler Ranch rd
Dripping Springs, TX 78620

Joe Knight
1227 N Genesee Ave
Apt 5
West Hollywood, CA 90046

Joel Hordyk
PO Box 99900 UC 395 673 RP0 Fiddlers Gre
Ancaster, OK L9G 0E6

```
Joey Hadley
140 Jason drive
Oxford, AL 36203

John  Medina
2307 Commercial St. NE
Albuquerque, NM 87102

John Berry
1609 Shenandoah Rd
Alexandria, VA 22308

John Caruso
42 Eagle Dr 4315
Egg Harbor Township, NJ 08234

John Chisolm Thompson
243 Rhodes dr
Athens, GA 30606

John Churchill
313 creek drive
321
Wayne, PA 19087

John Dunlop
10933 Trellis Ln
Pensacola, FL 32526

John Favotito Favorito
4265 Haulover Dr
Johns Island, SC 29455

John Hutelmyer
2205 Strawberry Lane
Coatesville, PA 19320

JOHN JOHNSON
7740 Texas 183A Toll Road
Apt 619
Leander, TX 78641

John Leo
1 Elisa Ln
CLARK, NJ 07066-1751

John Lopes
3331 W 96th Ave
Westminster, CO 80031

John Munoz
7027 south Rockwell st
Apt 2
Chicago, IL 60629
```

John Paradiso
174 Straub Road
Rochester, NY 14626

John Parker
4634 E Willow Point Ct
Wichita, KS 67220

John Purdom
1699 Elmbridge ln
Hemet, CA 92545

John Shih
324 Marble Arch Ave
Unit 1
SAN JOSE, CA 95136

Johnnie Gonzalez
1816 Optimist Dr
Lakeland, FL 33801

Johnny Perez
742 E Ashley Rd
San Antonio, TX 78221

Jomar Sorio
P.O. Box 8894
Tamuning, GA 96931

Jon Kempson
11676 Cygnet Drive
Waldorf, MD 20601

Jonah  Ira
8749 Laguna Star Drive
Elk Grove, CA 95758

Jonathan  Caruthers
3004 Fitzroy Court
Spring Hill, TN 37174

Jonathan  Phillips
232 Pearson Place
Clayton, NC 27527

Jonathan Bondoc
2909 Red Coat Cir
Brandon, FL 33511

Jonathan Feliciano
266 Lyons plains rd
Weston, CT 06883

Jonathan Navoney
180 Stonewood Drive
Bethel Park, PA 15102

Jonathan Pierce
522 tower ct
Circleville, OH 43113

Jordan Brown
444 George Brown Road
Pelion, SC 29123

Jordan Busby
5602 Franks Lane
Farmington, NM 87402

Jordan Hamilton
2716 Jackson St
Saint Joseph, MO 64507

Jordan Silver
4623 Prospect Ave
7
Los Angeles, CA 90027

Jorge Galvez
26111 Gravett Pl
Santa Clarita, CA 91350

Jorge Herrera, Jr.
4063 Coleman Ave
San Diego, CA 92154

JORGE SOLORIO
P.O. BOX 9025
PMB #211
CALEXICO, CA 92232

Jos?  Manuel  Ch? vez
482 W San Ysidro Boulevard
1019
San Ysidro, CA 92173-2444

Jose  Ramirez
830 Jennings Ave
Unit 107
Santa Rosa, CA 95401

Jose Candelario
1206 hasley pl
Melbourne, FL 32940

Jose Diaz
2813 28th st SW
Lehigh Acres, FL 33976

Jose Garcia
3502 South 2nd Street
Milwaukee, WI 53207

Jose M. Chavez
19632 chadway st
Santa Clarita, CA 91351

Jose Sanchez
1607 E Windmill Rd
Derby, KS 67037

Joseph  Karcich
816 Edison avenue
APT 1R
Bronx, NY 10465

Joseph De La Torre
232.W.Wedgewood.ave
San Gabriel, CA 91776

Joseph Donnelly
2990 Fisher Oak Pl
Green Cove Springs, FL 32043

Joseph Garcia
54 W New York Ave
Villas, NJ 08251

Joseph Jj
4122 Main St.
Rear
Pittsburgh, PA 15224

Joseph Revilla
2364 Cottonwood Trail
Chino Hills, CA 91709

Joseph Tijerina
621 SE 168TH AVE
B25
VANCOUVER, WA 98684

Joseph Walker
6121 Farr Rd
Fruitport, MI 49415

Josh Berenbach
159 Enfield Drive
Carthage, NC 28327

Josh Juan
3400 N Zircon Dr
Prescott Valley, AZ 86314

Josh Mendyk
10 Baywood Dr
Ocean View, NJ 08230

Josh Miller
6295 Escallonia Drive
Newark, CA 94560

Joshua  Lockhart
1034 County Street 2939
Tuttle, OK 73089

Joshua Collis
903 W PENN PINES BLVD
CLIFTON HEIGHTS, PA 19018-4314

Joshua Fermin
3403 Cleveland Dr
Troy, MI 48083

Joshua Freytes
7036 65th Pl # 3r
3R
Glendale, NY 11385

Joshua Jacobs
9319 Square Dance Pl
UNIT 103
Las Vegas, NV 89178

Joshua Nish
17820
Garland Groh Blvd
Hagerstown, MD 21740

Joshua Tumblin
1412 nw 61st st
3
Seattle, WA 98107

Joshua Williams
616 Cinnamon Teal Cir
El Paso, TX 79932-4100

Joshua Worthey
401 2nd Ave S, Ste 200
Seattle, WA 98104

Josiah Shorb
2640 Kingsgate Way
Lot 165
Richland, WA 99354

JPMorgan Chase Bank, N.A.
700 West Main Street
Jenks, OK 74037

Juan  Morales
1441 S Peckham St
1
Fullerton, CA 92833

Juan Sanchez
4348 S HERMITAGE AVE
Chicago, IL 60609

Juan Zavala
1169 Nile Ave
Chula Vista, CA 91911

Julian Garza
14206 Stark Way
Mount Laurel, NJ 08054

Julio Jimenez
3515 W 111th Place
Inglewood, CA 90303

Julio Melendez
4924 Bellthorn Dr
Orlando, FL 32837

Julio Sevilla
1644 crenshaw blvd
Los angeles, CA 90019

Julius Rivera
200 Avenue K Southeast
Apt 85
Winter Haven, FL 33880

Juliyn Moreno
145 La Mesa Dr
Salinas, CA 93901

Justin  Freed
600 Mine St
Pottsville, PA 17901

Justin Bellace
1118 Roberts Rd
Media, PA 19063

Justin Honea
10604 Delusion Drive
Bakersfield, CA 93311

Justin Storm
6419 rippling way
Rocklin, CA 95677

Kaden Vidalier
6457 crosstimber dr
Orange, TX 77632

Kagan Schmidt
3265 Camino Coronado
Carlsbad, CA 92009

Kaleb Wilkins
423 SHADY GLN
DALLAS, GA 30132-0516

Kammeo Saunders
P.O. Box 1391
Saint Bonaventure trailer park #3
THOREAU, NM 87323

Kareem Rasheed
9344 213th St
Queens Village, NY 11428

Karina Ramirez
5903 N 68th St
Milwaukee, WI 53218

Kathleen Matkowski
4812 N State Road 7
207
Coconut Creek, FL 33073

Katie Pete
14013 McKay Park Circle
Broomfield, CO 80023

Kayla Loadvine
2210 Torrance Blvd
Torrance, CA 90501

Keegan Hall
318 Hidden Creek Trail
Pelham, AL 35124

Keegan Harrison
8317 Saddleridge Dr NE
Calgary, AK T3J 4K4

Keith McIlvaine
3518 Neville Way
Nazareth, PA 18064

Kelan McLain
8440 Jonfred Court
Cincinnati, OH 45231

Kelsey Prusank
684 park ave west
apt 1
highland park, IL 60035

Kelvin  Cruz
138 Metropolitan avenue
2
Roslindale, MA 02131

Ken  Conkle
1005 Luthy circle ne
Albuquerque, NM 87112

Ken Lagman
1911 Walnut Creek Dr
Papillion, NE 68046-8231

Kenneth  Niebres
9950 Juanita St
Apt 47
Cypress, CA 90630

Kenneth McDonnell
51 White Oak Street
2D
New Rochelle, NY 10801

Keven Rivera
2992 Nottel Dr
St Cloud, FL 34772

Kevin Atkins
1628 cloverdale ln
San Jose, CA 95130

Kevin Deschaine
3986 Yorkland Dr NW
Apt 12
Comstock Park, MI 49321

Kevin Greene
508 Progress Dr
Cottage Grove, WI 53527

Kevin Harrish
61 Deland Avenue
Columbus, OH 43214

Kevin Korpal
8757 Winans Lake Rd
Brighton, MI 48116

Kevin Kozarski
1061 E Windwood Way
Tallahassee, FL 32311

Kevin Lemus
P.O. Box 12874
Reno, NV 89510

Kevin Moore
5433 Black Walnut
Bulverde, TX 78163

Kevin Otterness
266 Exeter Ln
Sugar Grove, IL 60554

Keyan Stockton
21810 W 13th St S
Sand Springs, OK 74063

Kieran OBrien
3475 White Sage St
Corona, CA 92881

Kinsey Handley
6600 Hampsher Road
Clinton, OH 44216

Kris Winn
1007 Mill Forest Srive
Midlothian, VA 23113

Krystle  Gordon
2528 163rd st ct e
Tacoma, WA 98445

Kumar Rodriguez-Olaitan
3398 Bellaire dr
Altadena, CA 91001

Kwame DeRoche
1478 Powells Tavern Place
Herndon, VA 20170-2880

Kyle Dobbs
1033 MONROE ST
QUINCY, IL 62301

Kyle Freeman
60-39 70th Ave
Apt 2
Ridgewood, NY 11385

Kyle Grimes
48365 Calle Del Sol
Indio, CA 92201

Kyle Peterson
330 NW Watercrest Dr
Ankeny, IA 50023

Kyle Quinn
7202 millis drive
Camby, IN 46113

Kyle Wagner
269 Santa Barbara
Irvine, CA 92606

kyle wright
426 FAIRVIEW AVE
CROWN POINT, IN 46307

Kyler Faldzinski
439 south lake view drive
Billings, MT 59105

Lance Sorensen
1203 Birch Ct
Aurora, NE 68818

Landen Troxel
613 north 8 street
Middletown, IN 47356

Laura Leon
2221 E 120th St
Los Angeles, CA 90059

Laura Shaffer
908 Wemberton drive
Nashville, TN 37214

Lauri  Emenhiser
15381 CR 18
Middlebury, IN 46540

Lawrence  Bonin
282 schoolhouse road
Old Saybrook, CT 06475

Lawrence Rush Jr
7014 Blue Beech Dr
Riverview, FL 33578

Lawrence Sanchez
1060 Riker St
Apt 3
Salinas, CA 93901

Leonardo Ponce
8012 Cheshire Cir
La Palma, CA 90623

Leslie Almazan
1701 oak hill lane
917
Austin, TX 78744

Liam Kelly
32 Oak Pl
Bernardsville, NJ 07924

Liam McCurdy
5713 Arlington Pkwy N
Fort Wayne, IN 46835

Lily Thomas
819 Lewis Ave SW
Albuquerque, NM 87102

Lindsay Thompson
1598 Camelot Dr
Corona, CA 92882

Lisa Preldakaj
220 E 57th St
14E
NY, NY 10022

Lizzy Repp
14209 E BLUE RIDGE RD
DEWEY HUMBLT, AZ 86327

LJ Kunze
2914 Lupine
Lake Forest, CA 92630

Logan Callahan
43 Gifford Ave
Poughkeepsie, NY 12601

Logan Coger
7 Sandpiper Lane
Ocean, NJ 07712

Logan Merrill
4415 gwyndale ct
Orlando, FL 32837

Logan Zandstra
45570 Classic Way
Temecula, CA 92592

Lorenzo De Santis
9 Forthbridge Crescent
Toronto, OK M3M1Z9

Louis Luepke
23921 Del Monte Dr.
Unit 39
Valencia, CA 91355

Louis Rivera
55 Hidden Stream Rd
Freehold, NJ 07728

Lucan  Rogers
75 n lookout knob dr
Sahaurita, AZ 85629

Lucas Cahill
26951 Via Grande
Mission Viejo, CA 92691

Lucas Dickens
127 Arizona Ave
Wake Village, TX 75501

Lucas Limbaga
16506 W Alicia Dr
Goodyear, AZ 85338

Lucas Silva
526 S Concord St
Los Angeles, CA 90063

Luis  Ram??rez
1022 Muirfield Ave
Waukegan, IL 60085

Luis Antillon
1396 Shearwater Dr
Patterson, CA 95363

Luis Luck MAX
1345 NW 98th CT STE 2
MAX-8022
Miami, FL 33172-2779

Luis Ortiz
3118 Ravenhill Dr
Fayetteville, NC 28303

Luis Ponce
4034 Karling Pl
Palmdale, CA 93552

Luiz Beu
700 Forbes ave
1002
Pittsburgh, PA 15219

Luke Graeber
8995 W US HIGHWAY 6
Westville, IN 46391

Luke Ludwig
1830 Rainbow Forest Dr
Lynchburg, VA 24502

Luke Manock
8317 East Via de Sereno
Scottsdale, AZ 85258

Luke Mirza
4252 N Menard
Chicago, IL 60634

Lyle Augustine
271 Harvest Hill Dr
Effort, PA 18330

mandy morgan
17708 millstone Dr
Macomb, MI 48044

Manuel Miranda
2104 Woolard Dr
Bakersfield, CA 93304

Manuel Viramontes
1977 DAVIS DR
LOS BANOS, CA 93635

Marc  Pacheco
32827 crown point ln
Lake Elsinore, CA 92530

Marc Bluestone
615 5th Ave SE
Apt 1
Minneapolis, MN 55414

Marc Deblasio
811 E Harlequin Dr
Galloway, NJ 08205

Marc Elias
967 NE Orenco Station Loop
616
Hillsboro, OR 97124

Marc Ross
22747 South Rd
Apple Valley, CA 92307

Marcin Taraszkiewicz
10331 TAILCOAT WAY
COLUMBIA, MD 21044-3810

Marcos Meza
979 Maxwell St.
Fortuna, CA 95540

Marcus Skov
423 Tyee Drive (1732)
Point Roberts, WA 98281

Mario Cuevas
1585 E Elegante Dr
Casa Grande, AZ 85122

Mario Morales
139 South Ave 58
2
Los Angeles, CA 90042

Mark  Jakubowski
115 Birch Street
Ellwood City, PA 16117

Mark Atkins
6832 Heatherknoll Dr
Dallas, TX 75248

Mark Dayoan
50-39 69th st
Woodside, NY 11377

Mark Esquivel
4613 N Malden St
Apt 1
Chicago, IL 60640

Mark Hamilton
106 Lyon Court
Jersey City, NJ 07305

Mark Ludlum
635 Rountree Avenue
Platteville, WI 53818

Mark Simon
4922 Tres Lagos Dr.
Spring, TX 77389

Marshall Mccoy
403 humble way
Seymour, TN 37865

Marvin Alvarado
2196 Matthews Avenue
5G
Bronx, NY 10462

Mason Rainwater
35 maxwell place
Newnan, GA 30266

Mathieu Robichaud
12090 route 11
Village Blanchard, NV E8P 1R8

Matt Goodmark
204 10th street
304
Jersey city, NJ 07302

Matt Reid
17640 N. 77th Way
Scottsdale, AZ 85255

Matt Rek
400 Spectrum Cir
Oxnard, CA 93030

Matt Smith
615 Marketview
Irvine, CA 92602

Matt Taraldsen
7338 14th Ave S
Richfield, MN 55423

Matt Woods
1581 N 1600 E
Logan, UT 84341

Matthew  Oh
11906 E Desert Trail Rd
Scottsdale, AZ 85259

Matthew Beckman
3814 Queen Anne Loop
307
Fayetteville, NC 28306

Matthew Brown
826 Trailway Drive
Raymore, MO 64083

Matthew Crosoli
7944 Nemours Parkway
Orlando, FL 32827

Matthew daughtry
1308 Harris Road
Virginia Beach, VA 23452

Matthew Delaney
3856 19TH ST
# 2
San Francisco, CA 94114

Matthew Diener
17366 Jessica Lane
Chino Hills, CA 91709

Matthew Drake
112 Crab Orchard Ct
Oakdale, PA 15071

Matthew Gurrola
4937 Dillon Cross Way
Antelope, CA 95843

Matthew Higgins
2931 2nd Street
Apt 6
Santa Monica, CA 90405

Matthew Passiglia
4017 Jewell St
San Diego, CA 92109

Matthew Sexton
160 Bosc Court
Telford, PA 18969

Matthew Zeray
25328
E Geddes Place
Aurora, CO 80016

Maurice Mercado
40 South Broadway
Suite 215
Yonkers, NY 10708

Mauricio Cervantes
PO Box 185
Port Isabel, TX 78579

Mauricio Montoya
9020 NW 60TH ST
TAMARAC, FL 33321

Mauricio Rodriguez
99 School St
120
Daly City, CA 94014

Max Killian
4800 Bonnie Brae Rd
North Chesterfield, VA 23234

Maxim Kornyevskyy
585 Bridget Pl
Wheeling, IL 60090

Maximilian  Savula
3852 S Turkeyfoot Rd
New Franklin, OH 44319

Maxwell Walpole
3387 Moubry Lane
Charlottesville, VA 22911

McCloughan Jr David
48 Buttonwood St
Lambertville, NJ 08530

MELANIE BOCKRATH
3271 Road J
Leipsic, OH 45856

Michael  Buonopane
25 Storey Ave
Suite 8 PMB 116
newburyport, MA 01950

Michael  Dorsey
1527 Friar Ln
Kirkwood, MO 63122

Michael  MacDougall
1466 Cedar Street
Berkeley, CA 94702

Michael Burchett
3800 Falls Road
Manchester, MD 21102

Michael Dank
9106 Louisiana Ave N
Brooklyn Park, MN 55445-3249

Michael Endter
9311 W Meadow Park Dr
Hales Corners, WI 53130

Michael Gonzalez
12535 W Virginia Ave
Avondale, AZ 85392

Michael Jimenez
1813 NE 17th Ave
Hillsboro, OR 97124-1904

Michael Krebs
96 motor ave
Farmingdale, NY 11735

Michael Marsden
1102 W. Butterfield Dr
Nixa, MO 65714

Michael Martinez
5419 pine ave
Maywood, CA 90270

Michael Nguyen
1908 Peyton Stewart Court
N Las Vegas, NV 89086

Michael Nie
3917 Partridge Road
DeForest, WI 53532

Michael Short
402 Marigold LN
Cedar Park, TX 78613

Michael Smith
30 Sawmill Way
Amston, CT 06231

Michael Varela
2716
Sunset Avenue
Dallas, TX 75211

Michael Wise
245 Strack Drive
Myerstown, PA 17067

Michael Wu
18 Trimble Crescent
Ottawa, OK K2H708

Micky Martins
42562 Sauternes Ln
Murrieta, CA 92562

MIGUEL GONZALEZ
12536 LAKE RIDGE CIR
CLERMONT, FL 34711

Miguel Gutierrez
101 s pritchard ave
Apt 5
Fullerton, CA 92833

Mikayla Bockrath
3271 Road J
Leipsic, OH 45856

Minn Maung
10119 Brockway Street
El Monte, CA 91733

Mirsab Naeem
919 arbor avenue
Wheaton, IL 60189

MITCHELL CRUZ
808 WHITNEY AVE
SUISUN CITY, CA 94585

Mohammad Altamimi
182-21 150th Avenue
DHA 16195
Springfield Gardens, NY 11413

MRH StickerShop
1814 17th Ave E
Tuscaloosa, AL 35404

Nadia Ferrigno
323 E Lomita Ave
301
Glendale, CA 91205

Nate Felix
3028 Cropley Avenue
San Jose, CA 95132

Nathan Buchan
9157 Dallas
Grosse ile, MI 48138

Nathan Morello
1331 Suncrest Dr
Snohomish, WA 98290

Nathan Spencer
1100 Marbury Rd
TRI STAR INDUSTRIAL / COLUMBIA SPECIALTY
San Jose, CA 95133

Nathan Thibodeau
8018 Strawhorn Dr
Mechanicsville, VA 23116

Nathaniel Gamez
7065 S Camino De Ayer
Tucson, AZ 85746

National Debt Relief
11 Broadway
New York, NY 10004

Naty Torres
12023 w Waldo Ave
Beach Park, IL 60087

Navy FCU
Attn: Bankruptcy
Po Box 3000
Merrifield, VA 22119

Neil  Harrington
5125 S Walnut Hill Road
Springfield, MO 65810

Nicholas  Watt
425 haven ave
Ocean City, NJ 08226

Nicholas Hernandez
2050 e Gonzales rd
Apt 340
Oxnard, CA 93036

Nicholas Ortiz
6901 37TH ST
RIVERSIDE, CA 92509

Nicholas Smith
1912 Berkshire Dr.
Thousand oaks, CA 91362

Nick Bellinger
29 marsala
Irvine, CA 92606

Nick Cambronne
331 Parkview Lane S
Maplewood, MN 55119

Nick Chew
2515 central ave
Alameda, CA 94501

Nick Dominguez
624 Pine ST
Reading, PA 19602

Nick Kott
6522 Se 21st Ave
Portland, OR 97202

Nick Pierce
19 Marion St
Portland, ME 04101

Nick Weible
2101 84th Ave NE
Lake Stevens, WA 98258

Nicolas Martin
10196 w Morten avenue
Glendale, AZ 85301

NICOLAS ROSENDAUL
1000 CYPRESS RIDGE PL
COLUMBUS, OH 43228

Nilo Soares
3705 San Simeon Circle
Su??te 4172
Weston, FL 33331

Noah Hirahara-picotte
1405 Gulledge Road
Farmington, NM 87401

Noah McClure
1900 E Cary St
Apt 213
Richmond, VA 23223

Noah Ostrega
643 Derek Dr
Wentzville, MO 63385

Noah Stephenson
9917 Mirandy Way
Oak Hills, CA 92344

Noe Reyes
18145 Soledad Canyon Rd SPC 73
Canyon Country, CA 91387

OA Customs
8800 perry highway
Erie, PA 16509

Old Republic Collectibles, LLC
1712 Valley Road
Sapulpa, OK 74066

Oliver Swats
3006 S Saint Paul St
Denver, CO 80210

Olivia Zhou
635 Woodland Ave
Roselle Park, NJ 07204

Omar  Jimenez
2832 N mango ave
Chicago, IL 60634

Oscar Alfonso
2854 HALL DR SE
SMYRNA, GA 30082-2028

Oscar Chocolatl
19 Craig Pl
Bloomfield, NJ 07003

OSU Medical Center
Dept 2855
Tulsa, OK 74182-2855

OSU Medical Center
Dept 2855
Tulsa, OK 74182

OSU Medical Center
Dept 2569
Tulsa, OK 74182-0550

OSU Medicine
5310 East 31st Street
West Tower
13th Floor
Tulsa, OK 74135

```
Owen Moreis
142 north Oakland ave
Runnemede, NJ 08078

Pail Guzzo
49 Main Terr
Bloomfield, NJ 07003

paris badillo
218 McCole Rd
East Stroudsburg, PA 18302

Parker Shaw
415 w 117th St S
Jenks, OK 74037

Patrick Buttner
1200 Clinton St.
Apt. 232
Hoboken, NJ 07030

Patrick Egar
14 Muir Lane
Howell, NJ 07731

Patrick Kramer
3800 Plowden Rd
C5
Columbia, SC 29205

Patrick LaTorre
86-18 76th st
Woodhaven, NY 11421

Patrick Lewis
691 Dover St
Pingree Grove, IL 60140

Patrick McDermott
335 Eclipse Drive
Colorado Springs, CO 80905

Patrick Robles
5637 Patti Ct.
Stockton, CA 95212

Paul Clingan
120 Westlake Ave N
1118
Seattle, WA 98109

Paxton Baker
708 Keenan Dr
Vestal, NY 13850
```

Pedro  Flores
2896 garner ave
San bernardino, CA 92405

Pedro Ponce
1210 S Donato Rd
Poteet, TX 78065

Perry Cozzone
105 Bellefair Lane
West Chester, PA 19382

Perry Fortier
18 Western Ave
Apt#3
Biddeford, ME 04005

Peter  Anderson
73 Corningst
Beverly, MA 01915

Peter Anderson
73 Corningst
Beverly, MA 01915

Peter Kazeck
163 Hearthside Ave NW
Palm Bay, FL 32907

Peter Lee
1729 Green Street
1729 Green Street
Harrisburg, PA 17102

Peter Talamantes
541 koleen ct
Kerman, CA 93630

Phil Orapello
1345 Martin Ct Apt 217
Bethlehem, PA 18018

Phil Orzechowski
1556 Mulberry Road
Saint Cloud, MN 56303

Philip Anderson
2225 w. winnebago dr
peoria, IL 61614

Philip Kalicharan
1111 Via Jardin
Riviera Beach, FL 33418

Philip Kalicharan
1090 Woodbine Way
Apt 1012
Riviera Beach, FL 33418

Philip Wilmot
18859 W Desert Hills Dr
Surprise, AZ 85388

Phillip Amundsen
78 Houtman Drive
Walden, NY 12586

Phillip Orapello
1712 Valley Road
Sapulpa, OK 74066

Pierce Hemphill
1917 Yacht Camilla
Newport Beach, CA 92660

Pierre Lavoie
15 Kidd Cir
Aurora, OK L4G 0H1

Preston Kietzman
315 S Fell Ave
506 D South
Normal, IL 61761

QC MARLON OVERAT QUISPE FLORES
8429 NW 68th street Doral
Miami, FL 33166

Ralph Vasquez
706 E Peninsula Dr
Coppell, TX 75019

Randy Olson
8510 N 64TH DR
GLENDALE, AZ 85302

Ray  Helton
76 the Blvd
Newnan, GA 30263

Ray Williamson
139 East Main St
Glen Lyon, PA 18617

Raymond Orsine
1451 Clarence
Lakewood, OH 44107

Reagan Robinson
3155 S Hidden Valley Rd
Unit #341
St. George, UT 84790

Reese Kitchen
406 Garden Way
Colton, CA 92324

Reggie B. Warren
161 Lantana Cerro
Spring Branch, TX 78070

Reinier  Hernandez
16622 NW 72 PL
Miami Lakes, FL 33014

Remiel Marrero
1451 McNeill Rd
Sanford, NC 27330

Retta  Stockner
201 Wilson ave
Luray, VA 22835

Richard  Ramos
2041 holland ave
Apt 1b
bronx, NY 10462

Richard Glick
2542 15th Ave W
Seattle, WA 98119

Richard Sanchez
13901 Olive View Lane
Unit 16
Sylmar, CA 91342

Rick Figueroa
9414 Maverick Pass
San Antonio, TX 78240

Ricky Fassbinder
1195 N 730 E
Pleasant Grove, UT 84062

Ricky Pablo Meza
979 Maxwell St.
Fortuna, CA 95540

Rik Villanueva
4421 Hunt Club Dr
Apt 2A
Ypsilanti, MI 48197

Rita Jarosiewicz
50 North Illinois St
Apt.315
Indianapolis, IN 46204

Rob Leung
529 Lawton St
San Francisco, CA 94122

Robert  Dean
P.O. Box 660
Sylva, NC 28789

Robert  KIRSCH
5537 Ed Lou Lane Apt B
St. Louis, MO 63128

Robert  Strong
4752 Johnson Creek Loop
College Station, TX 77845

Robert A Villanueva
310 E. Stephanie Dr
Covina, CA 91722

Robert Bielewicz
208 Darnley Drive
Coraopolis, PA 15108

Robert Charubini
11023 Sound Rd
Davidson, NC 28036

Robert Chavez
6835 Stern Ct
Eastvale, CA 91752

Robert Vassilakos
4005 Stratford Ln
Norman, OK 73072

Roberto Cuenca
852 Haggerty Rd
Wetumpka, AL 36093

Rodney Godfrey
1213 Sunnydell Lane
Norfolk, NE 68701

Rodrigo  Santo
11495 Riverside Dr
308
North Hollywood, CA 91602

Roger Sharp
1829 McBurney Rd
Phelps, NY 14532

Rogue Collectors
De Brouwerstraat 52
Tienen, Belgium 03300

Ronald  Kimble
252 W 2nd St
101
Corning, NY 14830

Rory Mull
240 N Pleasant Hill Blvd
Pleasant Hill, IA 50327

Roy Marasigan
PO Box 21283
Barrigada, GA 96921

Ruben Cadabes
552 Cattail Ct
American Canyon, CA 94503

Rudy Garcia
722 S Claudina St
Anaheim, CA 92805

Ryan Crane
376 Patton Ave.
Cheyenne, WY 82007

Ryan dunham
2412 maple ave
Rapid City, SD 57701

Ryan Egg
6803 Potts Road
Riverview, FL 33569

Ryan Field
140 Ferrini Road (Apt. #12)
San Luis Obispo, CA 93405

Ryan Hrejsa
1822 N Vail Ave
Arlington Heights, IL 60004

Ryan Kidd
12340 NE 48th Loop
Oxford, FL 34484

Ryan Kurkiewicz
16 Grafton St.
B
Millbury, MA 01527

Ryan Lara
3237 E Yountville Dr
Ontario, CA 91761

Ryan Montgomery
206 Bird Nest Alley
Nolensville, TN 37135

Ryan Ng
1454 Pineridge Dr
Cambria, CA 93428

Ryan Waara
14013 Quince St NW
Andover, MN 55304

Sam Butterworth
4415 Shoalwood Ave.
Austin, TX 78756

Sam Smith
89 Franklin Street
Douglas, MA 01516

sam yanelli
3620 Mackenzie Lane
Richardson, TX 75082

Samantha Berberich
29 Crestwood Dri
Rotterdam, NY 12306

Samantha Ferrell
2288 Pressley Rd
Chester, SC 29706

Samuel  Riefler
5579 Palo Verde
Twentynine Palms, CA 92277

Samuel Love
9891 Sagebud Ln
Houston, TX 77089

Saul Rivera
9346 Canford St
Pico Rivera, CA 90660

Saulo  Salmeron
1298 Waxwing Lane
Chula Vista, CA 91911

Scot Leonard
41 N Carroll St
Reading, PA 19611

Scott  Baker
430 Salisbury Rd
Edgewater, MD 21037

Scott  Curry
55 East 6th Street
Dunkirk, NY 14048

Scott McDonald
2409 Old Hickory Rd
Louisville, KY 40299

Scott Nielsen
2695 Broadway
(Gate Code: 2-3-5)
San Diego, CA 92102

Scott Zemartis
266 stone road west Creek
West creek, NJ 08092

Sean Carney
5358 Luther Lane
Hilliard, OH 43026

Sean Dixon
2644 Pemberton Dr
Toledo, OH 43606

Sean Noyce
5708 Crow Lane
San Jose, CA 95123

Sebastian  Fischer
125 Hollywood drive
Glen Burnie, MD 21060

Serdar Senol
Bahcelievler Mah. Adnan Menderes Bul.
Zafer Apt. 40/13 Pendik
Istanbul, OR 34893

Sergio  Zegarra
2142 Walden Park Cir
Apt 102
Kissimmee, FL 34744

Service Finance Company
Attn: Bankruptcy
555 S Federal Highway
Boca Raton, FL 33432

Seth Stewart
7 Poplar Dr.
Aliso Viejo, CA 92656

Shamus Geel
7909 112th Ave E
Parrish, FL 34219

Shane  Kimble
9250 foster rd
Bellflower, CA 90706

Shane Brosnahan
634 Preferred Dr
Washington, PA 15301

Shane Draper
469 pleasant st
Canton, MA 02021

Shane Goins
306 S sunset hills dr.
Concordia, MO 64020

Shane Isch
4574 s 550 w
Berne, IN 46711

Shane Porter
147 Ruidosa St
Ardmore, OK 73401

Shane Siewiyumptewa
18295 Carlos point Colorado Springs
Colorado Springs, CO 80928

sharon ruiz
107 Piano Lane
Davenport, FL 33896

shawn eckels
9995 E Harvard Ave
L151
denver, CO 80231

Shawn Hoffman
1934 10th Street
South Lake Tahoe, CA 96150

```
Shawn Stocking
8701 Nanlee Dr
Springfield, VA 22152

Sidrat Yunus
57-11 86th street
Middle village, NY 11379

Simon Orychiwski
1139 Herzel Avenue
Lancaster, CA 93535

Sohail Khan
69 Humphreys Dr
Camden, DE 19934

Sophie Bonselaar
1361 JESSE BRIDGE RD
Pittsgrove, NJ 08318

Sotirios  Gitsis
595 chambers street
Spencerport, NY 14559

Spencer Barron
8906 Lake Springs Cove
Cordova, TN 38016

Spencer Lunt
5744 oakdale drive
Holladay, UT 84121

Stacy Andrus
65 Raymond St
Apt 2
Providence, RI 02908

Stan Lemanski
1189 Rosemary Drive
Orlando, FL 32807

Stanley Galindo
2307 W Cuthbert Ave
Midland, TX 79701

Stephane Stephane
148 1/2 cassidy street
Moncton, NV E1C6T4

Stephanie Pettovello
45121 Patrick Dr
Canton, MI 48187
```

Stephen  Drawdy
1905 Williams road
Plant City, FL 33565

Stephen Wagner
246 Fawn Trail
West Seneca, NY 14224

Steve Boldt
51 Meadow Vly
Irvine, CA 92602

Steve Dye
2316 Speedway Blvd
104A
Lincoln, AL 35096

Steve McShane
542 Broadway Ave S
New Richland, MN 56072-2027

Steve Russell
4820 168TH ST SW
3
LYNNWOOD, WA 98037-8613

Steven Greene
104 Falling Water
Woodstock, GA 30188

Steven Keller
74 Calle vista
Camarillo, CA 93010

Steven Langdon
609 North Franklin St
Wilkes Barre, PA 18702

Steven Meservy
1111 Oakley Industrial Boulevard
Apt. 6304
Fairburn, GA 30213

Steven Moore
110 Allnutt Drive
Frankfort, KY 40601

Steven Ramon
9902 Cowboy Lane
San Antonio, TX 78254

Stripe Capital Program
354 Oyster Point Blvd
South San Francisco, CA 94080

Sun-Ying Wong
5805 146th ave se
Bellevue, WA 98006

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Tadeh Petrossian
1653 Country Club Dr
Glendale, CA 91208

Taeho Koh
1720 W EL CAMINO REAL
Apt 405
MOUNTAIN VIEW, CA 94040

Tamara petersen
1615 Erie Drive
Harlan, IA 51537

Tanner Osborn
405 Pleasant Valley Dr.
Coatesville, PA 19320

Taylor  Norrell
1143 Mcgarity Road
Mcdonough, GA 30252

Taylor Colon
2171 Kingston Ct STE I
APF615
Marietta, GA 30067

Taylor D
94-301 Keaoopua Pl
Mililani, HI 96789

Taylor Oldham
10285 S Apex Rd
Copperton, UT 84006

teresa antonis
4304 Westbay
Lake Oswego, OR 97035

Thano Karimalis
28600
Meadowbrook Rd
Novi, MI 48377

Theodore Dechter
937 East 3370 South
Salt Lake City, UT 84106-2048

Thomas Davis
20856 S. Valentine Ave
Riverdale, CA 93656

Thomas Davis
20725 Wood Quay Dr
Unit 375
Sterling, VA 20166

Thomas Hunter
28 Chestertown Road
Sicklerville, NJ 08081

Thomas Short
2320 Santa Fe Dr
Greenfield, IN 46140

Tim Farnsworth
2634 Bancock Street
Simi Valley, CA 93065

Tim Frenz
71 Mildred Drive
Cheektowaga, NY 14225

Tim Han
18808 Christina Ave
Cerritos, CA 90703

Tim O   Connor
5379 Butano Park Drive
Fremont, CA 94538

Tim Smith
1290 Folkstone Dr
Pittsburgh, PA 15243

Tim vonScheele
4 151st PL SE
Lynnwood, WA 98087

Timothy Conner
3008 Jiles Road
Kennesaw, GA 30144

Timothy Murphy
3117 Brookridge Lane
Charlotte, NC 28211

Timothy Read
1937 Pelham Ave Apt 1
Los Angeles, CA 90025

Timothy So
2330 Auburn St.
Durham, NC 27707

Tinker-mc
Attn: Bankruptcy
Po Box 45750
Tinker AFB, OK 73145

Tito Carril
13103 mulberry park dr
833
Orlando, FL 32821

Todd Breland
231 Lake Drive
Virginia Beach, VA 23451

Todd Johnson
46-078 Emepela Pl
F101
Kaneohe, HI 96744

Todd Schaefer
1244 Southwind Drive
Helena, AL 35080

Tom  Monteverde
1061 Bartlein Ct.
Menahsa, WI 54952

Tom Cataldo
18 Newberry Dr
Endicott, NY 13760

Tommie Inglett
501 E Logan St
Willard, MO 65781

Tony Raggio
1500 Corsley Ct
Ambler, PA 19002-3135

Topher Sassman
10815 Hesby St
110
North Hollywood, CA 91601

Travis Olson
3355 S Cortez Rd
#88
Apache Junction, AZ 85119

Trayton Morlock
12055 Hillcrest Drive
Lemont, IL 60439

Trenten Dodson
1614 Tanaga Ave
Kenai, AK 99611

Tristan Child
317 Red Morganite Trail
Buda, TX 78610

troy johnson
1523 mimbres canyon pl ne
albuquerque, NM 87112

Truity Credit Union
Attn: Bankruptcy Department
Po Box 1358
Bartlesville, OK 74005

Tyler  Kanter
504 4th ave
Westwood, NJ 07675

Tyler Deye
8505 Pepperidge Way
Liverpool, NY 13090

Tyler Finucan
6 Hobson Ave
Apt 5
Old Orchard Beach, ME 04064

Tyler Schulke
14520 Connelly Road
Snohomish, WA 98296

Tyler Story
8845 25th Street
Metairie, LA 70003

Tyler Whittaker
718 Concord Ave
Winchester, KY 40391

UPS Supply Chain Solutions
PO Box 730900
Dallas, TX 75373-0900

Van Eiseman
18680 Wood Duck Way
Lake Oswego, OR 97035

Victor Gutierrez
8558 Collingwood
Universal City, TX 78148

Victor Sanchez
2110 O Avenue
National city, CA 91950

vincent jacobs
373 FAIRFIELD CIR W
MEMPHIS, TN 38117

Vincent Lanning
1354 Hobart Court
Independence, KY 41051

Vinh Aven
1639 Peach Tree Pl.
Upland, CA 91784

Wayde Varney
145 main st
4
Spencer, MA 01562

Wes Hansen
4132 W Evans Dr
Phoenix, AZ 85053

Wes Summers
8005 bath road
8005
Wise, VA 24293

Weston Wilkerson
1820 San dollar circle
Pensacola, FL 32504

Wil  Biggerstaff
1907 Mountainbrook Drive
Gastonia, NC 28052

Will Sangalli
6223 walking gait dr
San Antonio, TX 78240

william  Benzing
117 Honeyridge Ln
Holly Springs, NC 27540

William Davis
3060 Stormy Point Dr
El Paso, TX 79938

Winslow Norton
925 Grizzly Peak Blvd
Berkeley, CA 94708

Zach Cypher
2500 South 74th Street
Lincoln, NE 68506

Zach Habib
5230 S Gramercy Place
Los Angeles, CA 90062

Zach McCarty
187 Meeting House Dr
Winchester, VA 22602

Zach Parousis
781 Hanover St
Fall River, MA 02720

Zachary Abid
1209 Dunham st SE
Grand Rapids, MI 49506

Zachary Altenbach
1611 Pershing Road
Jacksonville, FL 32205

Zachary Zeller
1501 Laverne Way
Concord, CA 94521

Zack Coupland
225 Woodlawn Ave
Clarks Summit, PA 18411

Zack Van Vleet
325 Mulligan Street
Spartanburg, SC 29303

Zakkary Woodruff
10003 E County Road 350 S
Walton, IN 46994

Zane Jordan
539 meadow dr se
North Bend, WA 98045

Zen Pimentel
31 S Woodland Ave
Runnemede, NJ 08078