IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **Rachel Lee Orapello *pka* Rachel Lee Benavides,** | ) ) | Case No.  22-11231-M  Chapter  7 |
| | ) | |
| | ) | |
| **DEBTOR.** | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

AmeriHome Mortgage Company, LLC, a creditor in the above-styled and numbered cause, hereby enters its appearance and requests that service of notices and other documents, pursuant to Rule 2002, be made upon its attorney of record, Michael George, 7666 East 61st Street, Suite 550, Tulsa, Oklahoma 74133.

The undersigned law firm, which is entering an appearance, is not authorized to accept service of process on behalf of AmeriHome Mortgage Company, LLC.

**KIVELL, RAYMENT and FRANCIS, P.C.**

  s/Michael George
Brian J. Rayment, OBA #7441
Michael George, OBA #22570
Triad Center I, Suite 550
7666 East 61st Street
Tulsa, Oklahoma 74133
Phone: (918) 254-0626
Facsimile: (918) 254-7915
E-mail: mgeorge@kivell.com

**ATTORNEYS FOR CREDITOR,
AmeriHome Mortgage Company, LLC**

KRF File #45872/MG

## CERTIFICATE OF MAILING/ELECTRONIC TRANSMISSION

      I hereby certify that on January 6, 2023, I mailed, with sufficient postage thereon, or electronically transmitted, a true and correct copy of the above and foregoing document to:

Ron D. Brown  
Brown Law Firm PC  
715 S. Elgin Ave.  
Tulsa, OK 74120  
*Service accomplished through Court's CM/ECF system.

Patrick J. Malloy, III  
Malloy Law Firm  
Chapter 7 Trustee  
401 S Boston Ave Suite #500  
Tulsa, OK 74103-3800  
*Service accomplished through Court's CM/ECF system.

                                                s/Michael George  
                                        Michael George, OBA #22570

KRF File #45872/MG